IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW,<br>on behalf of himself and all others<br>similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>          Defendant. | Civil Action No.  05-1138 (GK) |

**CONSENT MOTION TO ENLARGE TIME
WITHIN WHICH DEFENDANT MAY MOVE
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Marriott International, Inc., by its undersigned counsel, hereby moves to enlarge the time within which it may move or otherwise respond to plaintiff's complaint up to and including July 15, 2005.  Counsel for parties have conferred on June 8, 2005, and plaintiff's counsel consented to this motion.

WHEREFORE, Defendant respectfully requests that the Court approve this consent motion and order the enlargement of time.

Respectfully submitted,

| | |
|---|---|
| /s/   Paul D. Cullen, Sr. | /s/   Benjamin S. Boyd |
| Paul D. Cullen, Sr. (Bar No. 100230) | Benjamin S. Boyd (Bar No. 413698) |
| Daniel E. Cohen (Bar No. 414985) | |
| Susan Van Bell (Bar No. 439972) | DLA PIPER RUDNICK GRAY CARY US LLP |
| THE CULLEN LAW FIRM, PLLC | 1200 Nineteenth Street, N.W. |
| 1101 30th Street, N.W., Suite 300 | 7th Floor |
| Washington, D.C. 20007 | Washington, D.C. 20036-2412 |
| Tel: (202) 9444-8600 | Tel:  (202) 861-3900 |
| Fax: (202) 944-8611 | Fax:  (202) 223-2085 |
| Attorneys for Plaintiff | Attorneys for Defendant Marriott International, Inc. |

*Of Counsel*:

Mark W. Borghesani

19 Sivtsez, Vrazhek Per., kv. 10
Moscow 119003 Russia
Tel:  +7-916-640-0290

*Of Counsel*:

John C. Dougherty
Jeffrey E. Gordon
Sonia Cho

DLA PIPER RUDNICK GRAY CARY US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Tel: (410) 580-3000
Fax: (410) 580-3001

Dated: _____, 2005

SO ORDERED:

_____
Gladys Kessler
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be served a true and correct copy of the foregoing Consent Motion to Enlarge Time Within Which Defendant May Move or Otherwise Respond to Plaintiff's Complaint, this 13th day of June 2005 by first-class mail, upon the following counsel of record:

>Paul D. Cullen, Sr., Esq.
>Daniel E. Cohen, Esq.
>Susan Van Bell, Esq.
>
>The Cullen Law Firm, PLLC
>1101 30th Street, N.W. Suite 300
>Washington D.C. 20007
>Tel: (202) 944-8600
>Fax: (202) 944-8611
>
>Attorneys for Plaintiff

/s/   Benjamin S. Boyd
Benjamin S. Boyd