**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRITT A. SHAW,<br>on behalf of himself and all others<br>similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>　　　　　　Defendant. | Civil Action No.  05-1138 (GK) |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Marriott International, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Marriott International, Inc., which have any outstanding securities in the hands of the public.

**NONE.**

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　  /S/   Benjamin S. Boyd
　　　　　　　　　　　　　　　　　　Benjamin S. Boyd (Bar No. 413698)

　　　　　　　　　　　　　　　　　　DLA PIPER RUDNICK GRAY CARY US LLP
　　　　　　　　　　　　　　　　　　1200 Nineteenth Street, N.W.
　　　　　　　　　　　　　　　　　　7th Floor
　　　　　　　　　　　　　　　　　　Washington, D.C.  20036-2412
　　　　　　　　　　　　　　　　　　Telephone (202) 861-3900
　　　　　　　　　　　　　　　　　　Facsimile (202) 223-2085

　　　　　　　　　　　　　　　　　　Attorneys for Defendant Marriott International, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June 2005, a copy of Marriott International, Inc.'s Certificate Under Local Civil Rule 7.1 was electronically filed and served by first-class mail on:

>Paul D. Cullen, Sr. (Bar No. 100230)
>Daniel E. Cohen (Bar No. 414985)
>Susan Van Bell (Bar No. 439972)
>THE CULLEN LAW FIRM, PLLC
>1101 30th Street, N.W., Suite 300
>Washington, D.C. 20007
>
>Attorneys for Plaintiff


    /S/ Benjamin S. Boyd
    Benjamin S. Boyd