

# RUSSIAN-UKRAINIAN LEGAL GROUP, P.A. WASHINGTON
# UKRAINIAN LEGAL GROUP, L.L.C. KIEV, UKR

- Home
- About RULG
- Attorneys
- Client Policy
- Illustrative Projects
- Directory Listings
- Conferences & Presentations
- Publications
- Chronicle of Legislative Developments
- Legislative Drafting
- OECD-EU Project for Ukraine
- Commercial Dispute Resolution
- IP Rights
- Information Technology
- Labor Law
- PSA Legislation
- Recruiting
- Contact Information
- Links

Dear Clients, Colleagues, and Friends,

Welcome to the home page of the Russian-Ukrainian Legal Group, P.A. This site aims to provide you with detailed information about our firm, the legal services we provide, our attorneys, and important legal developments in Ukraine and Russia.

Traditionally, in this letter, we provide an overview of our firm's news and achievements over the past year. This time is different -- there was no more important event in 2004 for us in Ukraine than the victory of democracy in our country, which will have a watershed effect on our political, economic, and cultural life. More importantly for our clients, we expect to see dramatic improvements in Ukraine's investment and business environment and are happy to report that Ukraine is now open for business. We are extremely optimistic about the future, and invite you to share with us the excitement and rewards of doing business in an independent, free and democratic Ukraine!

Coming back to our practice, we are pleased to say that 2004 was another great year for us and for our clients. A number of interesting projects and landmark deals were implemented last year, and many more are contemplated in 2005. We have further developed our commercial dispute resolution practice and invite you to visit the new page on this site devoted to this topic. Our article on "New Prospects for Alternative Dispute Resolution in Ukraine" opens the 2005 "Ukrainian Law Firms" Handbook for Foreign Clients, published by Yuridicheskaya Practika. And our firm is repeatedly mentioned in the Handbook as "highly recommended" by clients and competitors alike in almost all categories of business and corporate law. Several of our attorneys were individually honored by being designated "recommended company and corporate transaction practitioners in Ukraine" by the 2005 edition of Global Counsel 3000, and we continue to be listed in most prestigious law directories.

Our attorneys have been actively involved in various professional activities: attending and speaking at international conferences, publishing articles on various aspects of Ukrainian and Russian law and participating in professional organizations and associations. Information about these activities is available on the respective pages of this site.

As always, however, our most exciting and rewarding experience has been in working on behalf of our clients. Highlights from 2004 include:

- Ongoing representation of our international corporate clients in many aspects of their business in Ukraine, including setting up corporate structures, drafting and negotiating M&A documents, conducting due diligence, maintaining our firm's 100% success rate in obtaining antimonopoly clearances, advising on securities transactions, completing several transfers of industrial property (trademarks and technology), representing clients in their dealings with customs, tax, and other regulatory authorities, resolving labor law issues and so much more.
- Carrying out the legal portion of the OECD-EU Project on Improving the Conditions for Enterprise Development and the Investment Climate for Domestic and International Investors in Ukraine, including carrying out a survey of international and domestic businesses; organizing and leading several panels at a Workshop on 19 May 2004 in Kiev; and preparing a comprehensive Report on the modern Ukrainian legal environment for business activity (civil and commercial legislation, company law, antimonopoly law and hidden charges and unnecessary obstacles to doing business in Ukraine). As a continuation of this Project, we were asked by OECD to draft a Bill on Regulatory Governance for the new Government of Ukraine, considering that streamlining the permits system and lifting the heavy burden of chaotic overregulation of the economy will be one of its top priorities. Information on the Project can be found on the "OECD-EU Project for Ukraine" page of this site.

Also, as a courtesy to our clients and friends, and at their request, we have continued our free monthly service of providing the Chronicle of Major Legislative Developments in Ukraine, which is

circulated via e-mail to our subscribers. The subscription forms are available on the "Chronicle of Legislative Developments" page of this site.

We look forward to a very busy and successful 2005 and to more opportunities to assist you in your business endeavors in Ukraine and the other CIS countries.

We appreciate the time you are taking to review our home page and hope its contents prove useful. Please feel free to contact us with your comments, questions, or suggestions.

Sincerely yours,
Irina Paliashvili
President

© 2005 Russian-Ukrainian Legal Group, P.A.

# RUSSIAN-UKRAINIAN LEGAL GROUP, P.A. WASHINGTON
# UKRAINIAN LEGAL GROUP, L.L.C. KIEV, UKR

- Home
- About RULG
- Attorneys
- Client Policy
- Illustrative Projects
- Directory Listings
- Conferences & Presentations
- Publications
- Chronicle of Legislative Developments
- Legislative Drafting
- OECD-EU Project for Ukraine
- Commercial Dispute Resolution
- IP Rights
- Information Technology
- Labor Law
- PSA Legislation
- Recruiting
- Contact Information
- Links

### Irina Paliashvili



Irina Paliashvili began her private practice in 1992 by founding one of the first private law firms in Kiev and expanded by co-founding a private law firm in Moscow. In 1995, she founded the Washington-based Russian-Ukrainian Legal Group, P.A., where she serves as the President and Senior Counsel. Before going into private practice, Dr. Paliashvili served as General Counsel (International) to two major companies in Ukraine. In 1991, Dr. Paliashvili completed a six-month assignment with a prominent Chicago law firm as a part of the American Bar Association's Soviet Lawyer Internship Program followed by a four-month assignment in Frankfurt working with a leading German law firm on an EEC-sponsored project for restructuring the banking system of Ukraine. She has also served as a Professor of Law at the Kiev State University Law School. Dr. Paliashvili graduated with high honors from the Kiev State University School of International Law and received a Ph.D. in Private International Law from the same school. She also holds an LL.M. in International and Comparative Law from George Washington University. Dr. Paliashvili frequently speaks at international conferences on the legal and business climates in Ukraine, Russia, and other newly independent states. Her articles regularly appear in leading professional publications in the United States and Europe. Dr. Paliashvili is licensed to practice Russian and Ukrainian law as a Special Legal Consultant in the District of Columbia and is a member of the Russian International Law Association, the Kiev Bar, the American Bar Association, the Washington Foreign Law Society, the Committee on Non-Member Economies of the Business and Industry Advisory Committee to the OECD (BIAC), the Congress of Fellows of the Center for International Legal Studies, the International Trademark Association (INTA), and other professional organizations. She was individually designated as a "recommended company and corporate transaction practitioner in Ukraine" by the Global Counsel 3000. Dr. Paliashvili has special expertise in the area of commercial dispute settlement and mediation. She is a mediator trained and certified by the CPR Institute for Dispute Resolution in New York and a member of its International Panel of Distinguished Neutrals, a founding member of the Moscow Center for Dispute Resolution and a member of the INTA International Panel of Neutrals. She also serves on the Board of Reporters of the Institute for Transnational Arbitration of The Center for American and International Law (ITA) as Reporter for Ukraine. Dr. Paliashvili is fluent in English, Ukrainian, Russian, Georgian, and Spanish. She divides her working time among Washington, Kiev, and Moscow. E-mail: irinap@rulg.com. Back

### Victor Kovalenko



Victor Kovalenko served as Acting Director of the Law Department at the Ukrainian Chamber of Commerce & Industry from 1989 to 1993. He was responsible for drafting contracts and agreements on behalf of the Chamber, advising foreign and Ukrainian companies on trade and investment issues, registering foreign companies in Ukraine, drafting various trade laws and litigating in Ukrainian courts on labor issues. Mr. Kovalenko has worked for a major U.S. law firm in both the United States and Moscow and in 1994, became a member of our legal team, first in Moscow and then in Kiev, specializing in corporate and business law. His areas of expertise also include currency issues, customs regulations, labor law, taxes, corporate issues, securities, energy legislation, oil and gas regulation, telecommunications law, project financing (particularly in agriculture), land and real estate law, construction regulations, leasing, privatization and international and domestic business transactions in both Russia and Ukraine. Mr. Kovalenko received his law degree with high honors from Kiev State University in 1986 and his LL.M. from the George Washington University National Law Center in 1993. He has also studied at the Taiwan Institute for Economic Research. Mr. Kovalenko is fluent in