IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, ET AL.,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC.

        Defendant.

Civil Action No. 05-1138 (GK)

## DECLARATION OF JEFF B. STANT

I, Jeff B. Stant, submit this declaration in support of Marriott International, Inc.'s ("Marriott") Memorandum of Points and Authorities in Support of Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss"), and state as follows:

1. I am over the age of eighteen and am competent to testify as to the matters stated herein. All statements made herein, unless otherwise indicated, are set forth on personal knowledge.

2. I am an Assistant Corporate Secretary for Marriott. I have held this position since 1993. I have been employed by Marriott since 1986.

3. Marriott is a publicly traded company incorporated in Delaware.

4. Marriott's headquarters and principle place of business are located at 10400 Fernwood Road, Bethesda, Maryland 20817. This has been the location of Marriott's worldwide headquarters since 1979.

2

5.  Marriott maintains a mailing address in the District of Columbia for business purposes, which is One Marriott Drive, Washington, D.C. 20058. However, any mail sent to that address is actually delivered to Marriott's headquarters in Bethesda, Maryland.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 20, 2005

*Jeff B. Slant* (signature)
Jeff B. Slant