**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRITT A. SHAW, ET AL., on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>              Defendant. | Civil Action No. 05-1138 (GK) |

**ORDER**

Upon consideration of Defendant Marriott International, Inc.'s ("Marriott") Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss"), Memorandum of Points and Authorities in Support thereof, the accompanying exhibits and declarations, it is this _____ day of _____, 2005, ORDERED:

1.    That the Motion to Dismiss is GRANTED;

2.    That the First Amended Class Action Complaint is DISMISSED in its entirety WITH PREJUDICE; and

3.    That the Clerk of the Court shall notify all counsel of record of this Order.

                                                          _____
                                                          Judge Gladys Kessler
                                                          United Stated District Court Judge