## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of July, 2005 a copy of Marriott's Motion to Dismiss the First Amended Class Action Complaint, Memorandum in Support thereof, and accompanying exhibits and declarations were served by electronic filing and first-class mail on:

Paul D. Cullen
Daniel E. Cohen
Susan Van Bell
THE CULLEN LAW FIRM, PLLC
1101 30th Street, N.W., Suite 300
Washington, D.C. 20007

Attorneys for Plaintiffs


 /s/   Sonia Cho_____
Sonia Cho