UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

PROPOSED SCHEDULING ORDER

    Pursuant to LCvR 16.3, the parties respectfully submit this Proposed Scheduling Order. All dates are calculated from the date of the initial scheduling conference (July 29, 2005), with the exception of deadline for the class certification motion, which is calculated in accordance with the requirements of LCvR 23.1(b):

| | | |
|---|---|---|
| Deadline for Class Certification Discovery | 7/1/05 + 90 days | 9/29/05 |
| Exchange witness lists | 45 days | 9/12/05 |
| Deadline for Post R.26(a) Discovery Requests | 60 days | 9/27/05 |
| Deadline for Class Certification Motion | 7/1/05 + 90 days | 9/29/05 |
| Proponent's R.26(a)(2) Statements | 90 days | 10/27/05 |
| Opposition to Class Certification Motion | 9/29/05 + 30 days | 10/31/05 |
| Joinder of Parties and Amendments to Pleadings | 90 days | 10/27/05 |

| | | |
|---|---|---|
| Reply to Opposition to Class Certification Motion | 10/31/05 + 15 days | 11/15/05 |
| Opponent's R.26(a)(2) Statements | 120 days | 11/28/05 |
| All discovery closed | 165 days | 1/10/06 |
| Deadline for filing motions | 195 days | 2/9/06 |
| Alternative Dispute Resolution | (TBD) | |
| Pretrial conference | 9 months | 4/28/06 |

  The Plaintiffs respectfully request that the Court grant this Proposed Scheduling Order.


Dated: _____          _____
                  Gladys Kessler
                  United States District Court Judge