AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BRITT SHAW, et al.

        Plaintiff(s)       )
                               )    **APPEARANCE**
                               )
           vs.             )    CASE NUMBER   05-1138 (GK)
MARRIOTT INTERNATIONAL, INC.  )
                               )
       Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of   SUSAN VAN BELL   as counsel in this
                              (Attorney's Name)

case for: BRITT SHAW, et al.
          (Name of party or parties)


August 2, 2005                                    */s/ Susan Van Bell*
Date                                              Signature

                                           Susan Van Bell
439972                                          Print Name
BAR IDENTIFICATION
                                         1101 30th Street, NW, Ste. 300
                                         Address

                                         Washington, DC    20007
                                         City          State       Zip Code

                                         (202) 944-8600
                                         Phone Number