**EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, *et al.*                )
                                       )
                                       )
    Plaintiffs,                        )
                                       )   Civil Action No. 05-1138 (GK)
v.                                     )   Status Conference 11/15/05
                                       )
MARRIOTT INTERNATIONAL, INC.           )
                                       )
    Defendant.                         )
                                       )

## DECLARATION OF JONATHAN COLSON

I, Jonathan Colson, hereby declare and state:

1. I am a paralegal employed by The Cullen Law Firm PLLC, counsel for the plaintiffs in this case. I make this declaration based upon my personal knowledge and experience.

2. In the course of my responsibilities, I was directed to locate and secure documents in which Marriott International, Inc. represented that its headquarters were located in Washington, D.C.

3. During the course of my research, I located the following documents on Marriott's website, true and authentic copies of which are attached as Exhibits A through J respectively:

   A. The "Corporate Information" section of Marriott's website, which provides "Contact Information" as "Corporate Headquarters, Marriott International, One Marriott Drive, Washington, D.C. 20058.

   B. The "Careers" section of Marriott's website, which states, "The company is headquartered in Washington, D.C." and provides the following address: Marriott International, Marriott Drive, Washington, D.C. 20058.

   C. The "Investor Relations" section of Marriott's website states that Marriott is headquartered in Washington, D.C.

D.  The "Our Brands" section of Marriott's website contains a "Marriott International Factoid," which states "Did you know Marriott International: Is headquartered in Washington, D.C."

E.  Marriott's press releases, which are available on its website, contain a final paragraph of summary information about Marriott, which says "The company is headquartered in Washington, D.C." as well as a copy of Marriott's filing with the Securities & Exchange Commission which attaches the release and incorporates it by reference into the filing.

F.  Marriott's Annual Reports to shareholders for 2000 – 2004, which are all available on Marriott's website, provide its Corporate Headquarters address as "Marriott International, Inc., Marriott Drive, Washington, D.C. 20058."

G.  Marriott International's Form 8-K Report, submitted to the United States Securities and Exchange Commission on February 8, 2005, shows the Corporate Headquarters address as Marriott Drive, Washington, DC 20058.

H.  Marriott International, Inc.'s 10-K Report to the Securities and Exchange Commission for fiscal year ended December 29, 2000.

I.  Marriott International, Inc.'s 10-K Report to the Securities and Exchange Commission for fiscal year ended December 31, 2004.

J.  The "Terms of Use" section of Marriott's website.

4.  On or about July 11, 2005, I made copies of the documents attached as Exhibits A-I and sent them to Professor Chekitan S. Dev in Ithaca, New York for his review and evaluation.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
JONATHAN COLSON

Executed on: August 2, 2005