# EXHIBIT 1A

Find & Reserve  |  Specials & Packages  |  Destinations  |  Events & Meetings  |  Marriott Rewards

Corporate Information

Culture  ⊞
Our Brands
News Releases  ⊞
Investor Relations  ⊞
Careers  ⊞
Lodging Development  ⊞
Supplier Diversity
Global Sales  ⊞

## Corporate Information





Marriott International, Inc., is a leading worldwide hospitality company. Its heritage can be traced to a root beer stand opened in Washington DC, in 1927 by J. Willard and Alice S. Marriott. Today, Marriott International has more than 2,600 lodging properties located in the United States and 65 other countries and territories.



### Marriott Culture >>

Discover rich Marriott Culture.

Core Values & Culture >>
Community Involvement >>
Diversity >>

### Careers >>

Marriott is a perfect place to pursue your career. We invite you to explore our established, global company full of people going places.

### Investor Relations >>

The most current information available on the company, its strategies, and recent performance.

Stock Quote >>
Financial Information >>
Annual Reports >>

### Lodging Development >>

Realize your growth potential with ours. Explore global opportunities with Marriott International.

### Our Brands >>

Marriott International is a leading worldwide hospitality company with over 2,600 operating units.

### News Releases >>

Visit the Marriott newsroom for the latest news from Marriott International and all the Marriott hospitality brands.

### Supplier Diversity >>

Marriott is committed to engaging small, minority, and women-owned business to supply key products and services.

### Global Sales >>

For business opportunities within Marriott worldwide, contact our global sales offices.

**Related Organizations**
Marriott Foundation
Organization >>

**Contact Information**
Corporate Headquarters
Marriott International
One Marriott Drive
Washington, D.C. 20058
Phone: 301.380.3000

International Sites | Travel Agents | Corporate Information | Careers | Help | Contact Us | Site Map

PRIVACY
BBBOnLine

© 1996 - 2005 Marriott International, Inc. All rights reserved. Marriott proprietary information.

Terms of Use | Internet Privacy Statement