# EXHIBIT 1B

Find & Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

Corporate Information
- Culture
- Our Brands
- News Releases
- Investor Relations
- Careers
  - About Marriott
  - Career Paths
  - Job Search
  - Benefits & Culture
  - J1 Visa
  - Submit Resume
  - College Recruitment
  - Lodging Development
  - Supplier Diversity
  - Global Sales

## Careers





People going places.℠

FORTUNE 100 BEST COMPANIES TO WORK FOR 2005
Hall of Fame

**The *Only* Place To Pursue Your Career**

Welcome to Marriott International, Inc. You have found the perfect place to pursue your professional career. Ready to be challenged? Ready to achieve and to be recognized? You're on the road to success and we invite you to explore our established, global company full of people going places. Marriott is the only place you'll find it all.

An essential function of our success is our people - the associates- whose diverse cultures and backgrounds are the essence of our vision to better serve the needs of our customers around the world. Marriott's commitment to global diversity is absolute.

### About Marriott International



DiversityInc top 50 Companies FOR DIVERSITY 2004

MARRIOTT INTERNATIONAL, INC. (NYSE:MAR) is a leading lodging company with more than 2,600 lodging properties in the United States and 64 other countries and territories. Marriott International operates and franchises hotels under the Marriott, JW Marriott, The Ritz-Carlton, Renaissance, Residence Inn, Courtyard, TownePlace Suites, Fairfield Inn, SpringHill Suites, and Bulgari brand names; develops and operates vacation ownership resorts under the Marriott Vacation Club International, Horizons, The Ritz-Carlton Club and Marriott Grand Residence Club brands; operates Marriott Executive Apartments; provides furnished corporate housing through its Marriott ExecuStay division; and operates conference centers. The company is headquartered in Washington, D.C., and has approximately 128,000 employees. It is ranked as the lodging industry's most admired company and one of the best places to work for by Fortune® magazine. In fiscal year 2003, Marriott International reported sales from continuing operations of $9 billion.

Marriott International
Marriott Drive
Washington DC 20058
(tel) 301-380-3000

Marriott International is an Equal Opportunity Employer, M/F/D/V.