# EXHIBIT 1C

Find & Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

**Corporate Information**
Culture
Our Brands
News Releases
Investor Relations
  Recent Investor News
  Historical Stock Price & Tax
  Corporate Governance
  Corporate Info. & SEC Filings
  DRIP & Shareholders Accounts
  Frequently Asked Questions
  Calendar of Events
  Investor Fact Book
  Security Analysts
  Contact Us
Careers
Lodging Opportunities
Supplier Diversity
Global Sales

## Investor Relations




Welcome to Marriott International, Inc.'s Investor Relations Center. Whether you are a current or prospective shareholder of our company, this center has the most up-to-date information available on the company, its strategies and recent performance.

### Stock Table

**11:22 AM EST on Jul 06   Marriott International, Inc. (MAR)**

| | | | |
|---|---|---|---|
| Price Last | $ 69.24 | Price Change | $ + 0.14 |
| Previous Day Close | $ 69.10 | Percentage Change | ↑ 0.20% |
| Volume (000) | 131,000 | Qtrly. Dividend | $ 0.105 |
| YTD % Change | $ N/A | Dividend Yield (%) | 0.61 % |
| 52-week high | $ 70.01 | Market Capitalization | $15,410,230 |
| 52-week low | $ 44.95 | Shares Outstanding (in millions) | 223.01 |

Security Analyst Meeting, June 2, 2005 >>

Marriott International 2005 Annual Meeting >>

Marriott International First Quarter Earnings Call >>

Reconciliations Required by Sarbanes Oxley >>

Marriott International, Inc. is a leading worldwide hospitality company. Its heritage can be traced to a small root beer stand opened in Washington, D.C. in 1927 by J. Willard and Alice S. Marriott. Today it has nearly 2,600 lodging properties in the United States and 65 other countries and territories.

Marriott International operates and franchises hotels under the *Marriott, JW Marriott, The Ritz-Carlton, Renaissance, Residence Inn, Courtyard, TownePlace Suites, Fairfield Inn, SpringHill Suites,* and *Bulgari* brand names; develops and operates vacation ownership resorts under the *Marriott Vacation Club International, Horizons, The Ritz-Carlton Club* and *Marriott Grand Residence Club* brands; operates *Marriott Executive Apartments*; provides furnished corporate housing through its *Marriott ExecuStay* division; and operates conference centers. The company is headquartered in Washington, D.C., and has approximately 133,000 employees. It is ranked as the lodging industry's most admired company and one of the best places to work for by Fortune® magazine. In fiscal year 2004, Marriott International reported sales from continuing operations of $10 billion.

Marriott International's goal is to create significant value by aggressively building its brands and growing its businesses. The company is dedicated to providing exceptional service to customers, growth opportunities for associates, and attractive

International Sites | Travel Agents | Corporate Information | Careers | Help | Contact Us | Site Map

© 1996 - 2005 Marriott International, Inc. All rights reserved. Marriott proprietary information.

PRIVACY BBBONLINE

Terms of Use | Internet Privacy Statement