**EXHIBIT 1D**

Find & Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

**Corporate Information**
- Culture
- Our Brands
- News Releases
- Investor Relations
- Careers
- Lodging Development
- Supplier Diversity
- Global Sales

## Our Brands





**Marriott International Factoids**
Did you know Marriott International:

Is headquartered in Washington DC

Employs 128,000 people

Marriott International, Inc., (NYSE:MAR) is a leading worldwide hospitality company with nearly 2,800 operating units in the United States and 69 other countries and territories.

Marriott Lodging operates and franchises hotels under the following brands:

- Marriott Hotels & Resorts
- JW Marriott Hotels & Resorts
- Renaissance Hotels & Resorts
- Courtyard by Marriott
- Residence Inn by Marriott
- Fairfield Inn by Marriott
- Marriott Conference Centers
- TownePlace Suites by Marriott
- SpringHill Suites by Marriott
- Marriott Vacation Club International
- Horizons by Marriott
- The Ritz-Carlton Hotel Company, L.L.C.
- The Ritz-Carlton Club
- Marriott ExecuStay
- Marriott Executive Apartments
- Marriott Grand Residence Club

**Marriott Hotels & Resorts >>**



- Flagship brand of quality-tier, full-service hotels & resorts
- Provides consistent, dependable, and genuinely caring experiences to guests on their terms
- 482 Marriott Hotels & Resorts locations worldwide; 312 US, 170 international
- Features include:
  - Fully equipped fitness centers
  - Gift shops
  - Swimming pools
  - Concierge levels
  - Business centers
  - Meeting facilities
  - High-speed Internet access is available at many hotels

Back to Top

**JW Marriott Hotels & Resorts >>**



- Most elegant and luxurious Marriott brand
- Provides business and leisure travelers a deluxe level of comfort and personal service on their terms
- 20 JW Marriott Hotels worldwide; 8

**Renaissance Hotels & Resorts >>**



- Quality-tier full-service brand providing guests with the ambiance of a boutique
- Brand signatures include interior design, a "street" restaurant and savvy service
- Features include:
  - Business library and center
  - Swimming pool
  - Fitness centers
  - Conference and banquet facilities
- 130 Renaissance Hotels, Resorts and Suites; 64 US, 66 international

◘ Back to Top

**Courtyard by Marriott >>**



- Moderately priced lodging brand
- "Designed by business travelers for business travelers."
- This lodging brand has recently increased its number of downtown locations, often through conversions of historical buildings
- Features include:
  - 80 to 150 guest rooms
  - High-speed Internet access
  - Restaurant, lounge
  - Meeting space
  - Central courtyard
  - Exercise room
  - Swimming pool
  - 24-hour access to food
- 638 Courtyard by Marriott locations worldwide; 583 US, 55 international

◘ Back to Top

**Residence Inn by Marriott >>**



- Designed as "home away from home" for travelers staying 5 or more nights
- Residential atmosphere with spacious accommodations
- 454 Residence Inn by Marriott locations worldwide; 441 US, 13 international
- Features include:
  - Complimentary hot breakfast
  - Evening hospitality hour
  - Swimming pool
  - Sport Court®
  - Personalized grocery shopping
  - Daily housekeeping
  - Guest suites with separate living and sleeping areas
  - Fully equipped kitchen
  - Work space with data ports and voicemail

◘ Back to Top

**Fairfield Inn by Marriott >>**

- Consistent, quality lodging at an affordable price
- 530 Fairfield Inn by Marriott locations



- Features include:
  - Spacious guest rooms
  - Daily complimentary continental breakfast
  - Swimming pool
  - Future plans include a selection of Fairfield Inn & Suites properties offering exercise rooms and enhanced amenities

🔼 Back to Top

### Marriott Conference Centers >>



- Quality-tier brand specializing in highly effective small- to mid-sized meetings
- 13 Marriott Conference Centers in the US
- Properties provide:
  - The latest audiovisual communications technology
  - Experiential learning facilities
  - Gourmet conference dining
  - Golf
  - Recreational/fitness venues

🔼 Back to Top

### TownePlace Suites by Marriott >>



- Mid-priced, extended-stay brand
- Provides all the conveniences of home in a residential atmosphere
- Launched in 1997
- 112 TownePlace Suites by Marriott locations in the US

🔼 Back to Top

### SpringHill Suites by Marriott >>

- Moderately priced, all-suite lodging brand
- Guest suites that are up to 25% larger than standard hotel rooms
- Launched in 1998
- 116 SpringHill Suites by Marriott locations worldwide; 115 US, 1 international
- Features include:
  - Complimentary continental breakfast
  - Self-serve business center
  - Indoor pool
  - Whirlpool spa
  - High-speed internet access
  - Exercise room

🔼 Back to Top

### Marriott Vacation Club International (MVCI) >>



- A leading developer and operator of vacation ownership resorts
- Average weekly interval price of $18,700
- 52 resorts around the globe
- Features include:
  - Spacious living and dining area
  - 1-, 2-, and 3-bedroom villas
  - Master bedroom and bath with whirlpool spa

- Private balcony
- Kitchen
- Laundry area (depending on location)

🔼 Back to Top

### Horizons by Marriott Vacation Club >>



- Value-oriented vacation ownership resort communities
- Fun amenities and activities for the entire family
- Average weekly interval price is $12,000
- Features include:
  - Roomy and functional 2-bedroom, 2-bath villas
  - Family-friendly living and dining areas
  - Private balcony
  - "Everything but food" kitchen
  - Washer and dryer
- Second resort opened in Branson, MO, October 2001

🔼 Back to Top

### The Ritz-Carlton Hotel Company, L.L.C. >>



- Worldwide symbol for the finest in accommodations, dining, and service
- Twice a recipient of the Malcolm Baldrige National Quality Award
- 57 Ritz-Carlton hotels and resorts locations worldwide; 35 US, 22 international
- Hotels and resorts offer signature service amenities
  - Fine dining
  - 24-hour room service
  - Twice-daily housekeeping
  - Fitness centers
  - Business centers
  - Concierge services

🔼 Back to Top

### The Ritz-Carlton Club >>



- Collection of private residences in highly desirable resort destinations
- Exclusive to Members and their guests
- 3- to 5-week ownership fractions range from $136,000 to $510,000
- Properties include:
  - St. Thomas, USVI
  - Bachelor Gulch, CO
  - Jupiter, FL
  - Aspen, CO

🔼 Back to Top

### Marriott ExecuStay



- Fully furnished corporate housing to executives and travelers who need temporary accommodations for a month or longer
- Features include:
  - Well-maintained properties in convenient locations
  - Flexible lease terms and options

- Competitive pricing
- Individually selected, attractively furnished and customized to satisfy each individual's needs
- ExecuStay apartments are managed in 37 major markets

◘ Back to Top

### Marriott Executive Apartments >>



- Corporate housing brand designed to meet the needs of business executives on an overseas assignment of 30 days or more
- Offer travelers residential accommodations with hotel-like amenities
- 14 Marriott Executive Apartments internationally

◘ Back to Top

### Marriott Grand Residence Club >>



- Fractional property ownership in premier second-home destinations
- Services and amenities of a fine hotel
- 3-to 13-week ownership fractions range from $83,900 to $550,000
- First property opened in Lake Tahoe, CA, November, 2002
- Second property to open in Mayfair-London, UK, 2003

◘ Back to Top