# EXHIBIT 1E

Find & Reserve  |  Specials & Packages  |  Destinations  |  Events & Meetings  |  Marriott Rewards

Corporate Information

Culture   ⊞

Our Brands

News Releases   ▼

  Corporate Profile

Awards & Recognition   ⊞

Marriott Rewards News   ⊞

Media Inquiries

Investor Relations   ⊞

Careers   ⊞

Lodging Development   ⊞

Supplier Diversity

Global Sales   ⊞

## Marriott News

### ▼ MARRIOTT BRANDS RECEIVE TOP HONORS IN CONSUMER SURVEYS

**Marriott Hotels & Resorts, Courtyard and TownePlace Suites Ranked #1 by Business Travel News**

CONTACT:
John Wolf
(301) 380-5718
john.wolf@marriott.com

Washignton , DC  -  7 February 2005 -

Business and leisure travelers rank Marriott International, Inc. (NYSE:MAR) hotels and resorts and its frequent travel program, Marriott Rewards, at the top in the following current consumer surveys:

• Business Travel News – Today, three of the company's brands received the highest rankings in their categories in this year's U.S. Hotel Chain Survey, more than any other lodging company.  Ranked number one by the publication were Marriott Hotels & Resorts in the upscale category, Courtyard in the mid-price with food and beverage category and TownePlace Suites in the upscale extended-stay category.  Both Courtyard and TownePlace Suites earned top honors for the second year in a row.  The annual readers survey reflects the opinions of corporate travel buyers and meeting planners based on a range of criteria, including ease of arranging individual and group travel, helpful and courteous staff, quality of food and amenities, and overall price-value relationship.

• Market Metrix – The quarterly survey, which provides rankings based on customer satisfaction, named SpringHill Suites the number one upscale hotel brand.   The survey is based on 35,000 in-depth consumer interviews.

• Travel Weekly China – In its end of the year 2004 hotel rankings, the magazine named Marriott International and its brands "The Best Hotel Chain." The 2004 award finalists were chosen by a distinguished panel of judges comprised of well-respected travel professionals, university professors and Chinese travel writers.

• Marriott Rewards, the company's frequent travel program, was recently voted the best by the readers of Global Traveler magazine. With more than 2,400 participating hotels in 64 countries, Marriott Rewards provides travelers the opportunity to get to the places they dream of 30 percent faster than with other leading programs.**

For reservations at any Marriott hotel brand, call (800) 228-9290, visit Marriott.com or contact a travel professional.

**Comparison based on seven nights at Starwood, Hilton, InterContinental Hotel Group and Hyatt full-service hotels of similar quality and points earned on dollars spent.  Assumes standard award offerings for base-level members.  All comparisons made as of 1/05.

MARRIOTT INTERNATIONAL, INC. (NYSE:MAR) is a leading lodging

**Brand News**
Learn about news from your favorite brands!

Select a brand

**Marriott Rewards>>**
See why Marriott Rewards has been named "Best Hotel Reward Program in the World" by Business Traveler magazine!

Membership Benefits>>
Participating Hotels>>

company . . . . . . than 2,600 lodging properties in the United States and 64 other countries and territories. Marriott International operates and franchises hotels under the Marriott, JW Marriott, The Ritz-Carlton, Renaissance, Residence Inn, Courtyard, TownePlace Suites, Fairfield Inn, SpringHill Suites, and Bulgari brand names; develops and operates vacation ownership resorts under the Marriott Vacation Club International, Horizons, The Ritz-Carlton Club and Marriott Grand Residence Club brands; operates Marriott Executive Apartments; provides furnished corporate housing through its Marriott ExecuStay division; and operates conference centers. The company is headquartered in Washington, D.C., and has approximately 128,000 employees.  It is ranked as the lodging industry's most admired company and one of the best places to work for by Fortune® magazine. In fiscal year 2003, Marriott International reported sales from continuing operations of $9 billion.  For more information or reservations, please visit our web site at www.marriott.com

Back to News Releases

International Sites | Travel Agents | Corporate Information | Careers | Help | Contact Us | Site Map



© 1996 - 2005 Marriott International, Inc. All rights reserved. Marriott proprietary information.          Terms of Use | Internet Privacy Statement

Fi...&Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

Corporate Information

Culture                        ⊞
Our Brands
News Releases                  ▼
  Corporate Profile
  Awards & Recognition         ⊞
  Marriott Rewards News        ⊞
  Media Inquiries
Investor Relations             ⊞
Careers                        ⊞
Lodging Development            ⊞
Supplier Diversity
Global Sales                   ⊞

## Marriott News

### MARRIOTT IS THE MOST ADMIRED COMPANY IN THE LODGING INDUSTRY FOR 6TH STRAIGHT YEAR, ACCORDING TO FORTUNE

CONTACT:
Elizabeth McGlasson
(301) 380-7431
elizabeth.mcglasson@marriott.com

Washington , DC  -  25 February 2005 -

Fortune magazine has named Marriott International, Inc. (NYSE:MAR) the most admired company in the lodging industry for the sixth consecutive year.  Marriott's No. 1 ranking is the result of a poll of 10,000 executives, directors and securities analysts who judge companies based on "innovativeness, employee talent, use of corporate assets, social responsibility, quality of management, financial soundness, long-term investment and quality of products/services."

Fortune's rankings show that Marriott ranked number one in the lodging industry specifically for employee talent, use of corporate assets, and long-term investment.  Marriott also ranked first overall among the companies from all industries in the Baltimore-Washington area included on the list.

"We are very proud that the nation's top business leaders have once again ranked Marriott as the most admired lodging company," said J.W. Marriott, Jr., chairman and chief executive officer. "Our business model, our brands, our leaders, and above all, our associates are the keys to our success."

The list appears in Fortune's March 7 issue, available on newsstands Feb. 28 and at www.fortune.com today.

Other recent awards recognizing Marriott as a great place to work include:

- Fortune magazine – Named Marriott one of "100 Best Companies to Work for."
- National Association for the Advancement of Colored People (NAACP) – Ranked Marriott number one in the organization's annual lodging industry report card.
- Latina Style magazine – Named Marriott one of "The 50 Best Companies for Latinas to Work For in the U.S."
- Diversity Inc. magazine – Named Marriott one of "The Top 50 Companies for Diversity."
- Hispanic magazine – Recognized Marriott International as one of the 100 "Best Places to Work for Latinos."
- Working Mother magazine – Ranked Marriott one of the "Best Companies for Working Mothers."
- Washingtonian magazine – Selected Marriott as a "Great Place to

**Brand News**
Learn about news from your favorite brands!

Select a brand

**Marriott Rewards>>**
See why Marriott Rewards has been named "Best Hotel Reward Program in the World" by Business Traveler magazine!

Membership Benefits>>
Participating Hotels>>

-----------------------------------------

MARRIOTT INTERNATIONAL, INC. (NYSE:MAR) is a leading lodging company with more than 2,600 lodging properties in the United States and 65 other countries and territories.  Marriott International operates and franchises hotels under the Marriott, JW Marriott, The Ritz-Carlton, Renaissance, Residence Inn, Courtyard, TownePlace Suites, Fairfield Inn, SpringHill Suites, and Bulgari brand names; develops and operates vacation ownership resorts under the Marriott Vacation Club International, Horizons, The Ritz-Carlton Club and Marriott Grand Residence Club brands; operates Marriott Executive Apartments; provides furnished corporate housing through its Marriott ExecuStay division; and operates conference centers. The company is headquartered in Washington, D.C., and has approximately 133,000 employees.  It is ranked as the lodging industry's most admired company and one of the best places to work for by Fortune® magazine.  In fiscal year 2004, Marriott International reported sales from continuing operations of $10 billion.  For more information or reservations, please visit our web site at www.marriott.com.

-

Back to News Releases

---

International Sites | Travel Agents | Corporate Information | Careers | Help | Contact Us | Site Map

© 1996 - 2005 Marriott International, Inc. All rights reserved. Marriott proprietary information.

PRIVACY
BBBOnLine

Terms of Use | Internet Privacy Statement

Find & Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

Corporate Information

Culture ⊞

Our Brands

News Releases ▾

  Corporate Profile

  Awards & Recognition ⊞

  Marriott Rewards News ⊞

  Media Inquiries

Investor Relations ⊞

Careers ⊞

Lodging Development ⊞

Supplier Diversity

Global Sales ⊞

## Marriott News

### ▾ BUSINESS ETHICS SELECTS MARRIOTT AS ONLY HOTEL COMPANY FOR ITS '100 BEST CORPORATE CITIZENS' LIST

CONTACT:
Beth McGlasson
(301) 380-7431
elizabeth.mcglasson@marriott.com

Washington , DC - 13 April 2005 -

Marriott International, Inc. (NYSE:MAR) has been named by Business Ethics magazine as the only hotel company on its "100 Best Corporate Citizens" list, according to the Spring 2005 issue.  All companies on the Russell 1000 index are considered, and rankings are based on eight different categories:  total return to stockholders, the community, governance, diversity, employees, the environment, human rights and product.

"Being named to this important list only confirms Marriott's motto, 'How we do business is just as important as the business we do,'" said J.W. Marriott, Jr., chairman and CEO, Marriott International.  "This recognition reinforces our longstanding commitment to employee- and community-focused programs."

Marriott has often been recognized for its positive employee culture, which is based on the theory that if you "take care of your employees, they'll take care of your customers, who will return again and again." For eight consecutive years, the company has been featured in Fortune magazine's "100 Best Companies to Work For" list.

More than 16 years ago, Marriott became the first lodging company to establish a diversity program and continues to set the standard for the industry. Just this week, Marriott was ranked #12 by DiversityInc's "Top 50 Companies for Minorities." The National Association for the Advancement of Color People (NAACP) has ranked Marriott at the top of the lodging industry six out of seven times in its annual lodging industry report card.

Business Ethics Selects Marriott for its "100 Best Corporate Citizens" List

Marriott's global "Spirit to Serve Our Communities" program includes partnerships with non-profit organizations, financial and in-kind donations, associate fundraising and active volunteerism, including Marriott's worldwide day of service in which the company's 133,000 associates can volunteer in their local communities.  Projects range from city and beach clean-ups to serving the hungry and building homes for Habitat for Humanity International.  On May 18, more than 1,800 associates at Marriott's headquarters and hotels in the Washington, D.C., area will volunteer for this year's special day of service.

"What distinguishes the '100 Best Corporate Citizens' from their peers is a commitment to higher standards," said Marjorie Kelly, editor of Business Ethics magazine.  "The list represents the top ten percent of Russell 1000 firms when it comes to corporate social

**Brand News**
Learn about news from your favorite brands!

Select a brand 

**Marriott Rewards>>**
See why Marriott Rewards has been named "Best Hotel Reward Program in the World" by Business Traveler magazine!

Membership Benefits>>
Participating Hotels>>

that demand higher standards from a
variety of stakeholders with excellence and integrity."

Published quarterly, Business Ethics is a business magazine that
focuses on ethics and corporate social responsibility.

MARRIOTT INTERNATIONAL, INC. (NYSE:MAR) is a leading lodging
company with more than 2,600 lodging properties in the United
States and 65 other countries and territories. Marriott International
operates and franchises hotels under the Marriott, JW Marriott, The
Ritz-Carlton, Renaissance, Residence Inn, Courtyard, TownePlace
Suites, Fairfield Inn, SpringHill Suites, and Bulgari brand names;
develops and operates vacation ownership resorts under the Marriott
Vacation Club International, Horizons, The Ritz-Carlton Club and
Marriott Grand Residence Club brands; operates Marriott Executive
Apartments; provides furnished corporate housing through its
Marriott ExecuStay division; and operates conference centers. The
company is headquartered in Washington, D.C., and has
approximately 133,000 employees. It is ranked as the lodging
industry's most admired company and one of the best places to work
for by Fortune® magazine. In fiscal year 2004, Marriott International
reported sales from continuing operations of $10 billion. For more
information or reservations, please visit our web site at
www.marriott.com.

Back to News Releases

---

International Sites | Travel Agents | Corporate Information | Careers | Help | Contact Us | Site Map

© 1996 - 2005 Marriott International, Inc. All rights reserved. Marriott proprietary information.

PRIVACY
BBBONLINE

Terms of Use | Internet Privacy Statement