**EXHIBIT 1F**



# Brand Value

*Marriott International, Inc. 2000 Annual Report*



MARRIOTT INTERNATIONAL, INC. MARRIOTT DRIVE, WASHINGTON, D.C. 20058



OFFICIAL HOTEL SUPPLIER OF THE
US OLYMPIC TEAM



MARRIOTT INTERNATIONAL, INC.
*2001 Annual Report*

OUR 75TH YEAR OF SERVICE



As we celebrate our company's anniversary in 2002, we recognize much more than just 75 years of growth and service excellence. We pay tribute to the driving force behind Marriott's success – our terrific people and our long-standing culture of "Spirit to Serve."



Marriott International, Inc.   Marriott Drive, Washington, D.C. 20058
www.marriott.com

# MARRIOTT INTERNATIONAL, INC.
## 2002 ANNUAL REPORT







# MARRIOTT INTERNATIONAL, INC.
## 2003 ANNUAL REPORT



# Marriott.

MARRIOTT INTERNATIONAL, INC. MARRIOTT DRIVE, WASHINGTON, D.C. 20058



WWW.MARRIOTT.COM



Marriott
MARRIOTT INTERNATIONAL, INC.
2004 ANNUAL REPORT

**Marriott**

MARRIOTT INTERNATIONAL, INC.
MARRIOTT DRIVE
WASHINGTON, D.C. 20058
MARRIOTT.COM

## 2004 AWARDS

**MARRIOTT INTERNATIONAL, INC.**
Fortune Magazine – one of *America's Most Admired Companies*
Fortune Magazine – one of the *Top 50 Companies for Minorities*
Fortune Magazine – one of the *100 Best Companies to Work For*
Working Mother – *100 Best Companies for Working Mothers*
Hispanic Magazine – *Corporate 100*
Diversity Inc. – *Top 10 Companies for Diversity* (Directly Elected)
Essence Magazine – *Top 30 Companies for African Americans*
Latina Style – *Top 50 Companies for Latinas*
Black Enterprise – *Top 40 Best Companies for Diversity*
Business Ethics – *100 Best Corporate Citizens*

**THE RITZ-CARLTON® HOTEL COMPANY, L.L.C.**
Business Traveler – *Best Hotel Chain Worldwide*

**MARRIOTT® HOTELS & RESORTS**
Business Traveler – *Best Hotel Chain in North America*
Business Travel News – *Top Hotel Chain* (Upscale)

**COURTYARD BY MARRIOTT®**
Business Travel News – *Top Hotel Chain in Mid-Priced category*

**TOWNEPLACE SUITES BY MARRIOTT®**
Business Travel News – *Top Extended Stay Chain in Mid-Priced category*

**MARRIOTT REWARDS®**
Business Traveler – *Best Hotel Rewards Program*

**MARRIOTT VACATION CLUB℠ INTERNATIONAL**
InterVal – *Premier Resorts*