**EXHIBIT 1G**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 8-K

CURRENT REPORT

Pursuant to Section 13 or 15(d) of

The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): February 8, 2005

# MARRIOTT INTERNATIONAL, INC.

(Exact name of registrant as specified in its charter)

| Delaware | 1-13881 | 52-2055918 |
|---|---|---|
| (State of incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

10400 Fernwood Road, Bethesda, Maryland 20817

(Address of principal executive offices, including Zip Code)

Registrant's telephone number, including area code: (301) 380-3000

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

© 2005. EDGAR Online, Inc.

**ITEM 2.02. Results of Operations and Financial Condition.**

**Financial Results for the Quarter and Fiscal Year Ended December 31, 2004**

Marriott International, Inc. ("Marriott") today issued a press release reporting financial results for the quarter and fiscal year ended December 31, 2004.

A copy of Marriott's press release is attached as Exhibit 99 and incorporated by reference.

**ITEM 9.01. Financial Statements and Exhibits.**

(c) Exhibits. The following exhibit is furnished with this report:

Exhibit 99 - Press release issued on February 8, 2005.

2

© 2005. EDGAR Online, Inc.

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**MARRIOTT INTERNATIONAL, INC.**

Date: February 8, 2005   By:   /s/ Carl T. Berquist
Carl T. Berquist
Executive Vice President, Financial Information
and Enterprise Risk Management

3

© 2005. EDGAR Online, Inc.

## EXHIBIT INDEX

| ExhibitNo. | Description |
|---|---|
| Exhibit99 | Press release dated February 8, 2005, reporting financial results for the quarter and fiscal year ended December 31, 2004. |

4

© 2005. EDGAR Online, Inc.

Exhibit 99

Marriott International, Inc.

Corporate Headquarters

Marriott Drive

Washington, D.C. 20058

(301) 380-7770

© 2005. EDGAR Online, Inc.