# EXHIBIT 1H

# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

**[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

**[_] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended December 29, 2000 Commission File No. 1-13881**

# MARRIOTT INTERNATIONAL, INC.

Delaware
52-2055918
(State of Incorporation)                    (I.R.S. Employer Identification
Number)

10400 Fernwood Road
Bethesda, Maryland   20817
(301) 380-3000

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
| --- | --- |
| Class A Common Stock, $0.01 par value (243,655,082 shares outstanding as of January 31, 2001) | New York Stock Exchange<br>Chicago Stock Exchange<br>Pacific Stock Exchange<br>Philadelphia Stock Exchange |

The aggregate market value of shares of common stock held by non-affiliates at
January 31, 2001 was $8,877,105,533.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months, and (2) has been subject to such filing requirements for the past 90 days.

Yes [X] No [_]

Indicate by check mark if disclosure by delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [X]

**Documents Incorporated by Reference**

Portions of the Proxy Statement prepared for the 2001 Annual Meeting of Shareholders are incorporated by reference into Part III of this report.

EDGARpro    2002.  EDGAR Online, Inc.

Index to Exhibits is located on pages 53 through 55.

## PART I

Throughout this report, we refer to Marriott International, Inc., together with its subsidiaries, as "we," "us," or "the Company."

## FORWARD-LOOKING STATEMENTS

We have made forward-looking statements in this document that are based on the beliefs and assumptions of our management, and on information currently available to our management. Forward-looking statements include the information concerning our possible or assumed future results of operations and statements preceded by, followed by or that include the words "believes," "expects," "anticipates," "intends," "plans," "estimates," or similar expressions.

Forward-looking statements involve risks, uncertainties and assumptions. Actual results may differ materially from those expressed in these forward-looking statements. We caution you not to put undue reliance on any forward-looking statements.

You should understand that the following important factors, in addition to those discussed in Exhibit 99 and elsewhere in this annual report, could cause results to differ materially from those expressed in such forward-looking statements.

. competition for each of our business segments;

. business strategies and their intended results;

. the balance between supply of and demand for hotel rooms, timeshare units, senior living accommodations and corporate apartments;

. our continued ability to obtain new operating contracts and franchise agreements;

. our ability to develop and maintain positive relations with current and potential hotel and senior living community owners;

. the effect of international, national and regional economic conditions;

. the availability of capital to allow us and potential hotel owners to fund investments;

. the effect that internet hotel reservation channels may have on the rates that we are able to charge for hotel rooms; and

. other risks described from time to time in our filings with the Securities and Exchange Commission (the SEC).

## ITEMS 1 and 2. BUSINESS AND PROPERTIES

We are a worldwide operator and franchisor of hotels and related lodging facilities, an operator of senior living communities, and a provider of distribution services. Our operations are grouped in three business segments, Lodging, Senior Living Services and Distribution Services, which represented 78, 7, and 15 percent, respectively, of total sales in the fiscal year ended December 29, 2000.

In our Lodging segment, we operate, develop and franchise lodging facilities and vacation timesharing resorts. In addition, we provide over 6,900 furnished corporate housing units.

In our Senior Living Services segment we develop and presently operate 153 senior living communities offering independent living, assisted living and skilled nursing care for seniors in the United States.

Marriott Distribution Services (MDS) supplies food and related products to external customers and to internal lodging and senior living services operations throughout the United States.

2

Financial information by industry segment and geographic area as of December 29, 2000 and for the three fiscal years then ended, appears in the Business Segments note to our Consolidated Financial Statements included in this annual report.

Formation of "New" Marriott International - Spinoff in March 1998

We became a public company in March 1998, when we were spun off (the Spinoff) as a separate entity by the company formerly named "Marriott International, Inc." (Old Marriott). Our company - the "new" Marriott International - was formed to conduct the lodging, senior living and distribution services businesses formerly conducted by Old Marriott.

The Spinoff was effected through a dividend of one share of our common stock and one share of our Class A Common Stock for each share of Old Marriott Common Stock outstanding on March 20, 1998. As the result of a shareholders' vote at our 1998 annual meeting of shareholders, on May 21, 1998 we converted all of our outstanding shares of common stock into shares of Class A Common Stock on a one- for-one basis.

At the same time as the Spinoff, Old Marriott merged its remaining businesses - food service and facilities management - with the similar businesses of Sodexho Alliance, S.A. (Sodexho Alliance) in the United States and Canada, to form Sodexho Marriott Services, Inc. (SMS). We are providing certain transitional administrative services to SMS, and MDS provides food distribution services to many of SMS's food service locations.

### Lodging

We operate or franchise 2,099 lodging properties worldwide, with 390,469 rooms as of December 29, 2000. In addition, we provide 6,959 furnished corporate housing units. We believe that our portfolio of lodging brands - from luxury to economy to extended stay to corporate housing - is the broadest of any company in the world, and that we are the leader in the quality tier of the vacation timesharing business. Consistent with our focus on management and franchising, we own very few of our lodging properties. Our lodging brands include:

```
Upscale Full-Service Lodging
. Marriott Hotels, Resorts and Suites
. Marriott Conference Centers
. JW Marriott Hotels
. Renaissance Hotels, Resorts and Suites

Luxury Lodging
. Bvlgari Hotels and Resorts/1/
. Ritz-Carlton

Moderate-Priced and Economy Lodging
. Courtyard
. Fairfield Inn
. SpringHill Suites
. Ramada International Hotels, Resorts and Suites
  (Europe, Middle East and Asia/Pacific)
```

```
Extended-Stay Lodging
. Residence Inn
. TownePlace Suites
. Marriott Executive Apartments

Vacation Timesharing
. Marriott Vacation Club International
. Horizons by Marriott Vacation Club
. The Ritz-Carlton Club

Corporate Apartments
. ExecuStay by Marriott
```

/1/ As part of our ongoing strategy to expand our reach through partnerships with preeminent, world-class companies, in early 2001, we announced our plans to launch a joint venture with Bulgari SpA to introduce a distinctive new luxury hotel brand - Bvlgari Hotels and Resorts.

3

### Company-Operated Lodging Properties

At December 29, 2000, we operated a total of 931 properties (231,416 rooms) as owned or under long-term management or lease agreements with property owners (together, the Operating Agreements).

Terms of our management agreements vary, but typically we earn a management fee which comprises a base fee, which is a percentage of the revenues of the hotel, and an incentive management fee, which is based on the profits of the hotel. Our management agreements also typically include reimbursement of costs (both direct and indirect) of operations. Such agreements are generally for initial periods of 20 to 30 years, with options to renew for up to 50 additional years. Our lease agreements also vary, but typically include fixed annual rentals plus additional rentals based on a percentage of annual revenues in excess of a fixed amount. Many of the Operating Agreements are subordinated to mortgages or other liens securing indebtedness of the owners. Additionally, a number of the Operating Agreements permit the owners to terminate the agreement if financial returns fail to meet defined levels and we have not cured such deficiencies.

For lodging facilities that we manage, we are responsible for hiring, training and supervising the managers and employees required to

operate the facilities and for purchasing supplies, for which we generally are reimbursed by the owners. We provide centralized reservation services, and national advertising, marketing and promotional services, as well as various accounting and data processing services. For lodging facilities that we manage, we prepare and implement annual operating budgets that are subject to owner review.

## Franchised Lodging Properties

We have franchising programs that permit the use of certain of our brand names and our lodging systems by other hotel owners and operators. Under these programs, we generally receive an initial application fee and continuing royalty fees, which typically range from four percent to six percent of room revenues for all brands, plus two percent to three percent of food and beverage revenues for certain full-service hotels. In addition, franchisees contribute to our national marketing and advertising programs, and pay fees for use of our centralized reservation systems. At December 29, 2000, we had 1,168 franchised properties (159,053 rooms).

## Summary of Properties by Brand

As of December 29, 2000 we operated or franchised the following properties by brand (excluding 6,959 corporate housing rental units):

| Brand | Company-operated | | Franchised | |
|---|---|---|---|---|
| | Properties | Rooms | Properties | Rooms |
| Marriott Hotels, Resorts and Suites................. | 238 | 105,396 | 155 | 43,825 |
| Ritz-Carlton................................................. | 38 | 13,018 | - | - |
| Renaissance Hotels, Resorts and Suites.............. | 78 | 30,133 | 29 | 9,995 |
| Ramada International................................... | 7 | 1,325 | 40 | 7,870 |
| Residence Inn............................................. | 139 | 18,052 | 215 | 23,298 |
| Courtyard.................................................. | 280 | 43,689 | 240 | 30,152 |
| TownePlace Suites....................................... | 31 | 3,290 | 53 | 5,242 |
| Fairfield Inn.............................................. | 52 | 7,526 | 387 | 33,886 |
| SpringHill Suites........................................ | 12 | 1,736 | 49 | 4,785 |
| Marriott Vacation Club International.................. | 47 | 5,556 | - | - |
| Marriott Executive Apartments and other............. | 9 | 1,695 | - | - |
| Total...................................................... | 931 | 231,416 | 1,168 | 159,053 |

We plan to open over 200 hotels (more than 35,000 rooms) during 2001. We believe that we have access to sufficient financial resources to finance our growth, as well as to support our ongoing operations and meet debt service and other cash requirements. Nonetheless, our ability to sell properties that we develop, and the ability of hotel developers to build or acquire new Marriott properties, which are important parts of our growth plans, are partially dependent on the availability and price of capital.

4

Marriott Hotels, Resorts and Suites (including JW Marriott Hotels and Marriott Conference Centers) primarily serve business and leisure travelers and meeting groups at locations in downtown and suburban areas, near airports and at resort locations. Most Marriott full-service hotels contain from 300 to 500 rooms. Marriott full-service hotels typically have swimming pools, gift shops, convention and banquet facilities, a variety of restaurants and lounges and parking facilities. Marriott resort hotels have additional recreational facilities, such as tennis courts and golf courses. The 13 Marriott Suites (approximately 3,400 rooms) are full-service suite hotels that typically contain approximately 260 suites, each consisting of a living room, bedroom and bathroom. Marriott Suites have limited meeting space. Unless otherwise indicated, references throughout this report to Marriott Hotels, Resorts and Suites include JW Marriott Hotels and Marriott Conference Centers.

JW Marriott Hotels are located in many of the world's major gateway cities in upscale business and resort locations. These 13 hotels cater to discerning upscale travelers seeking a lodging experience of high comfort and prestige. Most JW Marriott Hotels contain 300 to 450 rooms. In addition to the features found in a typical Marriott full-service hotel, the facilities and amenities in the JW Marriott Hotels include valet parking, upgraded in-room amenities, "on- call" housekeeping, upgraded executive business centers and fitness centers/spas, and 24-hour room service.

We operate 13 conference centers (3,154 rooms), located throughout the United States. Some of the centers are used exclusively by employees of the sponsoring organization, while others are marketed to outside meeting groups and individuals. The centers typically include meeting room space, dining facilities, guestrooms and recreational facilities.

Room operations contributed the majority of hotel sales for fiscal year 2000 with the remainder coming from food and beverage operations, recreational facilities and other services. Although business at many resort properties is seasonal depending on location,