**EXHIBIT 1J**

Find & Reserve | Specials & Packages | Destinations | Events & Meetings | Marriott Rewards

Terms of Use

## Terms of Use

1. The content and information displayed on this web site ("Marriott Information") is the property of Marriott ("Marriott") and/or other parties. The downloading, reproduction, or retransmission of Marriott Information, other than for non-commercial individual use, is strictly prohibited.
2. Marriott's Internet sites may contain or reference trademarks, patents, copyrighted materials, trade secrets, technologies, products, processes or other proprietary rights of Marriott and/or other parties. No license to or right in any such trademarks, patents, copyrighted materials, trade secrets, technologies, products, processes and other proprietary rights of Marriott and/or other parties is granted to or conferred upon you.
3. You agree that you will not use any device, software or other instrumentality to interfere or attempt to interfere with the proper working of our site, and that you will not take any action that imposes an unreasonable or disproportionately large load on our infrastructure. In addition, you agree that you will not use any robot, spider, other automatic device, or manual process to monitor or copy our web pages or the content contained herein, without the prior express consent from an authorized Marriott representative (such consent is deemed given for standard search engine technology employed by Internet search web sites to direct Internet users to this site).
4. This site may provide you with the ability to use usernames, passwords, or other codes or devices to gain access to restricted portions of this site ("access codes"). The content contained in such restricted areas is confidential to Marriott, and is provided to you for your business use only, which includes reviewing commission status and statements, and enrolling in our Electronic Funds Transfer program as described below. We reserve the right to prohibit the use of such access codes on your behalf by third parties where we determine that such use interferes with our site's operation or results in commercial benefits or other entities to our detriment.
5. All MARRIOTT INFORMATION IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. Some jurisdictions do not allow the exclusion of implied warranties, so the above exclusion may not apply to you.
6. With respect to all communications you make to Marriott regarding Marriott Information, including but not limited to feedback, questions, comments, suggestions and the like: (a) you shall have no right of confidentiality in your communications and Marriott shall have no obligation to protect your communications from disclosure; (b) Marriott shall be free to reproduce, use, disclose and distribute your communications to others without limitation; and (c) Marriott shall be free to use any ideas, concepts, know-how, content or techniques contained in your communications for any purpose whatsoever, including but not limited to the development, production and marketing of products and services that incorporate such information.
7. Marriott Information may contain technical inaccuracies or typographical errors. Marriott reserves the right to make changes, corrections and/or improvements to Marriott Information, and to the products and programs described in such information, at any time without notice.
8. If you are a travel agent or authorized representative of a travel agent using this site the following apply:

*Passwords*- We have provided you with a unique password so that access to information related to your agency and transactions can be restricted to only those individuals to whom you provided the password. It is your responsibility to protect the confidentiality of the password. Marriott assumes no liability for any access to information or transactions that are executed with the password provided to you. We strongly recommend that you change the password on a periodic basis and whenever a travel agent leaves your travel agency or you suspect that knowledge of the password is no longer limited to those that you have authorized.

*Electronic Funds Transfer (EFT)*- Marriott is able to make commission payments by electronic funds transfer (EFT) through the Automated Clearing House (ACH) System. If you complete the EFT registration process provided on Marriott.com, completion of the process signifies that you (1) authorize Marriott to make payments by EFT, (2) certify that you have selected the designated depository institution and provided the correct account information, and (3) accept that all such EFTs will occur in accordance with the following (i) you will give thirty (30) days advance notice to Marriott of any changes regarding your

depository institution or other payment instructions and (ii) you accept that all U.S. direct deposits are made with a payment type of "CTX". This is a United States website and is subject to United States law. Marriott will disclose any information regarding the use of this site including personal information pertaining to you without your permission when required by law, or in good faith belief that such action is necessary to investigate or protect against harmful activities to Marriott guests, visitors, associates, or property (including this site), or to others.

No Arrangements for Prohibited Persons -- Marriott International is a United States company and is prohibited from providing services to certain "prohibited persons" that are government officials or residents of certain embargoed countries, or terrorists or drug traffickers whose names are published on lists maintained by the United States Department of Treasury. You agree to use all reasonable efforts not to arrange for any of these prohibited persons to stay at, use or tour any Marriott facilities.

9. Marriott Internet sites contain information on Marriott's worldwide products and services, not all of which are available in every location. A reference to a Marriott product or service on a Marriott Internet site does not imply that such product or service is or will be available in your location.
10. If you choose to leave this Marriott site via links to other non-Marriott sites, including those of advertisers, Marriott is not responsible for the privacy policies of those sites or the cookies those sites use. In addition, because Marriott has no control over such sites and resources, you acknowledge and agree that Marriott is not responsible for the availability of such external sites or resources, and does not endorse and is not responsible or liable for any content, advertising, products, or other materials on or available from such sites or resources.
11. This is a United States website and is subject to United States law. Marriott will disclose any information regarding the use of this site including personal information pertaining to you without your permission when required by law, or in good faith belief that such action is necessary to investigate or protect against harmful activities to Marriott guests, visitors, associates, or property (including this site), or to others.
12. If you would like to view the privacy practices that govern Marriott.com please review our Internet Privacy Statement. If you have questions about these Terms of Use please send an e-mail to privacy@marriott.com.