# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 05-1138 (GK) |
| v. | ) |
| | ) |
| MARRIOTT INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DECLARATION OF DR. CHEKITAN S. DEV**

1.      My name is Chekitan S. Dev. I am a marketing professor at the Cornell

University School of Hotel Administration. I have been asked to prepare this declaration

in connection with the above-captioned litigation.

2.      I received my undergraduate degree in 1979 with a major in economics

and minors in philosophy and history from the University of Delhi, India. I received a

masters degree in hotel management in 1985 from Institut de Management Hotelier

International (IMHI)Groupe ESSEC, Paris, France. In 1988 I was awarded a Ph.D.

degree in hospitality management from Virginia Polytechnic Institute and State

University in Blacksburg, Virginia.

3.      Recognized three times with Teacher of the Year honors, I have taught

courses and seminars on strategic marketing, marketing management, brand management,

customer loyalty, restaurant marketing, marketing planning, tourism marketing,

marketing communications, and service excellence. An active consultant, seminar leader,

keynote speaker and expert witness, I have served business, education and governmental

organizations in over 30 countries on 5 continents. My research expertise includes marketing strategy, brand management and strategic alliances with over 60 publications in leading journals including the Journal of Marketing, Journal of Service Research, Journal of Retailing, Journal of International Business Studies, Cornell Quarterly, Journal of Hospitality and Tourism Research, and Marketing Management. I serve on the editorial board of several peer-reviewed journals. Recognized with several honors for my research, recent awards I have received include the 2005 University of Delaware Michael D. Olsen Research Achievement Award, and the 2002 John Wiley & Sons Research Award for lifetime contribution to hospitality and tourism research. A featured presenter at seminars and conferences, I have been invited to speak at the Harvard Business School, Institut de Management Hotelier International at ESSEC (France), Institutet for Foretagsledning (Sweden), Haaga Institute (Finland), Glion Hotel School (Switzerland), Gordon Business School (South Africa), Indian School of Business, National University of Singapore, Universidad Iberoamericana (Mexico), American Marketing Association, Hospitality Sales and Marketing Association, International Hotel and Restaurant Association, National Restaurant Association, Caribbean Hotel Association, European Hotel Managers Association, World Tourism Congress, and World Hospitality Congress. Additional details are provided in my Curriculum Vitae attached hereto as an Appendix.

4.      I have been retained to provide an expert opinion as to whether the headquarter location of a brand like Marriott is relevant to its brand image. Marriott International has made numerous public statements in its annual reports, 10-K filings with the SEC, press releases and on its website pointing out that it is headquartered in Washington, DC. I have been asked to evaluate the significance that these statements

2

may have in the marketing of Marriott's brand name in the worldwide hospitality business generally and to potential guests at its Moscow hotel properties specifically. My opinions are based on my review of all or portions of the following materials that were furnished to me by counsel for the Plaintiffs:

(a)    Plaintiff's First Amended Class Action Complaint and Demand for Jury Trial.
(b)    Corporate Information page from Marriott.com
(c)    Careers page from Marriott.com
(d)    Investor Relations page from Marriott.com
(e)    Our Brands page from Marriott.com
(f)    Marriott News pages from Marriott.com
(g)    Marriott International, Inc. 2000 Annual Report
(h)    Marriott International, Inc. 2001 Annual Report
(i)    Marriott International, Inc. 2003 Annual Report
(j)    Marriott International, Inc. 2004 Annual Report
(k)    Marriott International, Inc. Form 8-K, February 8, 2005
(l)    Marriott International, Inc. Form 10-K for the Fiscal Year Ended December 29, 2000
(m)    Marriott International, Inc. Form 10-K for the Fiscal Year Ended December 31, 2004

My conclusions are also based on my education, training, experience and research as demonstrated in a biographical sketch provided above and in a Curriculum Vitae attached hereto in an Appendix. In addition to my general expertise, my opinions are based on my practical experience, studies, courses and seminars I have given regarding hotel branding.

5.    It is my opinion that the headquarter location of a brand is very relevant to the way in which the consumer perceives the value of the brand. I base this opinion on my assessment of the positive impact the headquarter location would have on the identity of the brand, the image it projects in the marketplace, and its positioning versus competing brands. Below, I will elaborate on each of these bases for my opinion.

6.    First, a brand located in an important area has a better defined identity than a brand located in the middle of nowhere. In the advertising business, Madison

Avenue, New York is the prestigious address. In the fashion business, it is Milan, Italy or Paris, France. In high-technology, it is Silicon Valley, California or Bangalore, India. For a rugged outdoor clothing brand like L.L. Bean, being located in scenic, rural Maine gives it an appropriate cachet. Marriott's claim to be located in Washington, DC gives it an identity as a world renowned brand that is associated with a world renowned city.

7.    Second, a brand headquartered in a well-known location enjoys a more prestigious, legitimate and influential image than a brand in a less well-known location. Being situated in the capital of the United States of America gives Marriott the cachet of being influential by virtue if its location close to powerful people in the USA. In other words, Marriott's claim to be located in Washington, DC gives it the prestige of being located in the capital city of the world's most prosperous country. Being located close to the federal government gives the brand a cachet not readily available to those firms located in less well-known locations. For customers traveling abroad, especially to areas where the local environment is uncertain (e.g., Moscow), staying at a Washington, DC based hotel conveys the perception that in case there's a problem, the hotel will be well connected to the local officials, Embassies or Consulates to help them in ways not readily available to other brands. For a European or Asian traveler, staying at a Washington, DC based brand conveys a sense of prestige, legitimacy and influence not readily accorded to other brands. This capital connection conveys a positive brand image to Marriott compared to local hotels and even international hotel brands whose headquarters are not as well situated.

8.    Third, being a Washington, DC company conveys a brand positioning advantage to Marriott by being in a major metropolitan area. Location advantage is

4

especially relevant for professional service firms. For example, law firms, lobbying firms and consulting firms in a prestigious address tells the prospective buyer that the brand they are considering is likely to be better positioned to handle their work well. This is especially true of international brands and their international customers. An international firm wishing to do business in the USA would, everything else being equal, prefer a law, lobbying or consulting firm in Washington, DC compared to one located in Topeka, Kansas or Boise, Idaho. Likewise, international travelers to Moscow have adequate reason to expect that staying at a Washington, DC based hotel brand will mean that their needs will be met better than at the local "Hammer and Sickle Hotel," or even at most international hotel brands, because the Washington, DC brand would be considered to be in a better position to provide an internationally relevant set of services and amenities. Further, travel customers (travel buyers and intermediaries such as company travel managers, meeting planners and tour operators) can recommend such a hotel to their clients on the expectation that doing business with a global brand headquartered in an international city will mean getting professional and reliable service at an agreed upon fair price. Therefore, customers, vendors, partners, suppliers are more readily drawn to a brand located in a major city than one that is not found readily on a map. Marriott located in Washington, DC enjoys significant positioning advantage compared to brands that don't have the same headquarter city pedigree.

9.    Taken together, these three elements of brand identity, brand image, and brand positioning can significantly enhance the value of a brand. It makes sense for Marriott to position itself as a Washington, DC company rather than a Bethesda, Maryland company to take advantage of these brand enhancing benefits.

10.     <u>Ultimate conclusion</u>: I can state with a reasonable degree of professional certainty that the location of an international hotel brand's headquarters in Washington, DC is relevant to its brand image.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Chekitan S. Dev

Dated: July 26, 2005

# APPENDIX

**Curriculum Vitae**
**Dr. Chekitan S. Dev**

**Work:**

Cornell University
548 Statler Hall, Ithaca NY 14853
Phone: (607) 255-9169
E-mail: Chekitan.Dev@Cornell.edu

**Home:**

106 Lisa Place
Ithaca, NY 14850
Phone: (607) 257-4570

## EDUCATION

| | |
|---|---|
| Ph.D. | Virginia Polytechnic Institute and State University<br>Blacksburg, Virginia, USA 1988 |
| Master | Institut de Management Hotelier International (IMHI)<br>Groupe ESSEC, Paris, France 1985 |
| B. A. | University of Delhi, India, 1979<br>Major: Economics (Honors)<br>Minors: Philosophy and History |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1989 – Present | Cornell University, School of Hotel Administration (SHA), Ithaca, NY<br>Associate Professor of Strategic Marketing (1995 - Present)<br>Area Representative, Marketing and Tourism (1996 – 1997)<br>Assistant Professor of Marketing and Tourism (1989 – 1995) |
| Spring 1996 | University of Buckingham School of Business, Buckingham, UK<br>Wincott Fellow |
| 1985 – 1988 | Virginia Polytechnic Institute and State University, Blacksburg, Virginia<br>Instructor (1986 – 1988)<br>Teaching Assistant (1985 – 1986) |
| 1984 – 1985 | Institut de Management Hotelier International, Paris, France<br>Teaching Assistant (1984 - 1985) |

## HONORS AND AWARDS

2005  Teacher of the Year Honorable Mention, Cornell University Hotel School
2005  University of Delaware Michael D. Olsen Research Award
2004  Teacher of the Year Award, Cornell University Hotel School
2002  John Wiley & Sons Research Award, Council of Hospitality Educators (CHRIE)
2001  W. Bradford Wiley Memorial Research Award, Council of Hospitality Educators (CHRIE)
2001  Cornell University Hotel School Faculty Research Award (2nd prize)
1996  Cornell University Hotel School Associate Dean's Award for Outstanding Research
1996  Wincott Fellowship, University of Buckingham (UK) School of Business
1994  Teacher of the Year Award, Cornell University Hotel School

1992  Van Nostrand Reinhold Research Award, Council of Hospitality Educators (CHRIE)
1988  Graduate Student of the Year Award, Hospitality Management, Virginia Tech
1988  Phi Upsilon Omicron Honor Society
1988  Kappa Omicron Nu Honor Society
1987  Statler Foundation Scholarship

## PUBLICATIONS

Dev, Chekitan S. and Don E. Schultz (2005), "In the Mix," Marketing Management, 14(1), 18-24.

Dev, Chekitan S. and Don E. Schultz (2005), "Simply SIVA," Marketing Management, 14(2), 36-41.

Akerhielm, Peter, Chekitan S. Dev and Malcolm A. Noden (2003) Brand Europe: European Integration and Tourism Development," Cornell Quarterly, 44 (5&6): 88-93.

Brown, James R., Chekitan S. Dev and Zheng Zhou (2003) "Broadening the Foreign Market Entry Mode Decision: Separating Ownership and Control," Journal of International Business Studies 34(5): 473.

Agarwal, Sanjeev, M. Krishna Erramilli and Chekitan S. Dev (2003), "Market Orientation and Performance in Service Firms: Role of Innovation," Journal of Services Marketing, 17(1), 68-82.

Salas, Tania and Chekitan S. Dev (2003), "Brands That Do Good Also Do Well," HSMAI Marketing Review, 20(3), 40-43.

Susskind, Alex M., Mark A. Bonn and Chekitan S. Dev (2003), "To Look or Book: An Examination of Consumer's Apprehension Toward Internet Use," Journal of Travel Research, 41 (3), 256-264.

Dev, Chekitan S., M. Krishna Erramilli and Sanjeev Agarwal (2002), "Brands Across Borders: Choosing Between Franchising and Management Contracts for Entering International Markets," Cornell Quarterly, 43(6): 91-104.

Verma, Rohit, Gerhard Plaschka, Chekitan S. Dev and Amita Verma (2002), "What Today's Travelers Want When They Select a Hotel," HSMAI Marketing Review, Fall, 20-23.

Jiang, Weizhong, Chekitan S. Dev and Vithala R. Rao (2002), "Brand Extension and Customer Loyalty: Evidence from the Lodging Industry," Cornell Quarterly, 43 (4): 5-16.

Erramilli, M. Krishna, Sanjeev Agarwal and Chekitan S. Dev (2002), "Choice Between Non-Equity Entry Modes: An Organizational Capability Perspective," Journal of International Business Studies, 33 (2): 223-242.

Prasad, Keshav, and Chekitan S. Dev (2002), "Model Estimates Financial Impact of Guest Satisfaction," Hotel & Motel Management, August, 23.

## PUBLICATIONS (cont.)

Gruner, Axel, and Chekitan S. Dev (2000), Globale Marketing Trends und seine Auswirkungen auf die Hotellerie (Global Marketing Trends and their Influence on the Hospitality Industry), Tourismus Jahrbuch (Yearbook of Tourism), Munich: FBV Medien-Verlags GmbH, 140-153.

Dev, Chekitan S., James R. Brown and Dong-Jin Lee (2000), "Managing Marketing Relationships: Making Sure Everyone Plays on the Team," Cornell Quarterly, 41(4), 10-20.

Dev, Chekitan S. (2000), "Cyberbranding," Business 2.0, August, 131.

Prasad, Keshav and Chekitan S. Dev (2000) "Managing Hotel Brand Equity: A Customer-centric Framework for Assessing Performance," Cornell Quarterly, 41(3), 22-31.

Dev, Chekitan and Michael D. Olsen (2000) "Marketing the Caribbean in the 21st Century: A Stakeholder Study," HSMAI Marketing Review, 17(1), 46-49.

Brown, James B., Chekitan S. Dev and Zheng Zhou (2000), "Foreign Market Entry Modes in the Hotel Industry: Toward a Deeper Understanding," in Jaqueline Pels and David W. Stewart (eds.), Marketing in a Global Economy, Chicago: American Marketing Association, 116-117.

Brown, James R. and Chekitan S. Dev (2000), "Improving Productivity in a Service Business: Evidence from the Hotel Industry," Journal of Service Research, 2(4), 339-354.

Brown, James R. and Chekitan S. Dev and Dong-Jin Lee (2000), "Managing Marketing Channel Opportunism: The Efficacy of Alternative Governance Mechanisms," Journal of Marketing, 64(2), 51-65. **Received the 2001 Cornell Hotel School Faculty Research Award (2nd prize) and the 2001 W. Bradford Wiley Memorial Research Award.**

Dev, Chekitan and Michael D. Olsen (2000) "Marketing Challenges in the Next Decade," Cornell Quarterly, 41(1), 41-47. **Reprinted in Hotel & Restaurant (South Africa), June 2000, 3-9.**

Brown, James R. and Chekitan S. Dev (1999) "Looking Beyond RevPAR: Productivity Consequences of Hotel Strategies," Cornell Quarterly, 40(2), 23-33.

Dev, Chekitan (1998), "The Revolution in Marketing Rules: From Mass Marketing to One-to-One," IH & RA Annual Congress Report, Paris, France: The International Hotel & Restaurant Association.

Brown, James R., and Chekitan S. Dev, (1997), "The Franchisor-Franchisee Relationship: A Key to Franchise Performance," Cornell Quarterly, 38(6), 30-38. **Selected for inclusion in Cornell University's Research Highlights Annual Report, 1997-1998.**

Klein, Saul and Chekitan S. Dev (1997), "Partner Selection in Market-Driven Strategic Alliances," South African Journal of Business Management, 28(3), 97-104.

Li, Mingfang and Chekitan S. Dev (1997), "Organization-Environment Relations: A Multidisciplinary Integration and Some Propositions," International Journal of Management, 14(1), 3-12.

**PUBLICATIONS (cont.)** _____

Dev, Chekitan S., Saul Klein and Reed A. Fisher, (1996), "A Market-Based Approach for Partner Selection in Marketing Alliances," Journal of Travel Research, 35(1), 11-17.

Brown, James R., Chekitan S. Dev, John R. O'Malley and Dong-Jin Lee (1996), "Strategic Orientation: Its Impact on Relational Exchange in a Service Channel," Marketing Theory and Applications, Volume 7, Edward A. Blair and Wagner A. Kamakura (eds.), American Marketing Association: Chicago, IL, 333-339.

Dev, Chekitan S., Michael Morgan and Stowe Shoemaker (1995), "A Positioning Analysis of Hotel Brands Based on Travel Manager Perceptions," Cornell Quarterly, 36(6), 48-55. **Reprinted in T. Baum and R. Mudambi (eds.), Economic and Management Methods for Tourism and Hospitality Research, (1999) London: John Wiley, 85-97.**

Dev, Chekitan S. and Saul Klein (1995), "Partner Selection in Market-Driven Strategic Alliances," Enhancing Knowledge Development in Marketing, Volume 6, Barbara B. Stern and George M. Zinkhan (eds.), American Marketing Association: Chicago, IL, 561-562.

Dev, Chekitan S., and James R. Brown (1995), "Measuring Environmental Uncertainty," International Review of Retail, Distribution and Consumer Research, 5(2), 219-247.

Morgan, Michael S., and Chekitan S. Dev (1994b), "An Empirical Study of Brand Switching for a Retail Service," Journal of Retailing, 70(3), 267-282.

Morgan, Michael S., and Chekitan S. Dev (1994a), "Defining Competitive Sets of Hotel Brands Through Analysis of Customer Brand Switching," Journal of Hospitality and Leisure Marketing, 2(2), 57-91.

Dev, Chekitan S., and Saul Klein (1993), "Strategic Alliances in the Hotel Industry," Cornell Quarterly, 34(1), 42-45.

Dev, Chekitan S. (1993), "Diez Principios de Mercadotecnia Hotelera (Ten Principles of Hotel Marketing)," Alta Hoteleria, 3(13), 16-19.

Ross, Barbara-Jean, Chekitan S. Dev and Kathleen M. Dennison (1993), "Carnival Cruise Lines," in Strategic Management Cases, D.W. Grigsby and M.J. Stahl (eds.), Boston, MA: PWS-Kent Publishing, 251-267. With Teaching Note.

Murthy, BVSAN and Chekitan S. Dev (1993), "Average Daily Rate," VNR's Encyclopedia of Hospitality and Tourism, Mahmood Khan, Michael Olsen and Turgut Var (eds.), New York:Van Nostrand Reinhold, 447-452.

Cunningham, Mark W., and Chekitan S. Dev (1992), "Strategic Marketing: A Lodging End Run," Cornell Quarterly, 33(4), 36-43. **Reprinted in Alimentos y Bebidas (Peru), 4(24), 1996, 34-39.**

Dev, Chekitan S., and James R. Brown (1991), "Franchising and Other Operating Arrangements in the Lodging Industry: A Strategic Comparison," Hospitality Research Journal, 14(3), 23-42. **Received the 1992 Van Nostrand Reinhold Research Award in recognition of "superior original published research in the hospitality field."**

**PUBLICATIONS (cont.)**————————————————————————————

Dev, Chekitan S. (1991), "Experimenting with Experiential Learning," Cornell Undergraduate Education, 4(1), 4-6.

Dev, Chekitan S., and Bernard D. Ellis (1991), "Guest Histories: An Untapped Service Resource," Cornell Quarterly, 32 (2), 29-37. **Reprinted in Information Systems for Managers, C.A. Dykman and C.R. Ruthstrom (eds.), St. Paul, MN: West Publishing, 1992, 67-71.**

Dev, Chekitan S., and James R. Brown (1990), "Marketing Strategy, Vertical Structure, and Performance in the Lodging Industry: A Contingency Approach," International Journal of Hospitality Management, 9(3), 269-282.

Dev, Chekitan S. (1990b), "Marketing Practices of Hotel Chains," Cornell Quarterly, 31(3), 54-63. **Reprinted in Alta Hoteleria (Mexico), 3(17), 1994, 21-28; and Hotel Management Operations, D.G. Rutherford (ed.), NY: Van Nostrand Reinhold, 1994, 254-264.**

Dev, Chekitan S. (1990a), "Measuring the Value of Experiential Learning," Cornell Quarterly, 31(2), 105-107.

Dev, Chekitan S., and Al Glanzberg (1990), "Serving the Individual Traveler: 'Biki' Oberoi," Cornell Quarterly, 31(2), 15-18.

Dev, Chekitan S., Eliza C. Tse and Joseph J. West (Eds.) (1990), Strategic Management in the Hospitality Industry, a special issue of the International Journal of Hospitality Management, 9(3), 173-282.

Akerhielm, Peter, Chekitan S. Dev and Malcolm A. Noden (1990),   "Europe 1992: Neglecting the Tourism Opportunity," Cornell Quarterly, 31(1), 104-111.

Stein, Timothy J., Chekitan S. Dev and Mary H. Tabacchi (1990), "Spas: Redefining the Market," Cornell Quarterly, 30(4), 46-52.

Chandrasekar, Venkat and Chekitan S. Dev, (1989), "A Framework for Analyzing Technology and Structure in the Lodging Industry," International Journal of Hospitality Management, (8)3, 237-245.

Dev, Chekitan S. (1989), "Operating Environment and Strategy: The  Profitable Connection," Cornell Quarterly, 30(2), 9-13. **Reviewed by James L. Coen (1990) in National Productivity Review, 9(2), 239-240.**

Dev, Chekitan S., and Samir Kuckreja (1989), "Tourism in India: Growth and Opportunity," Cornell Quarterly, 30(2), 71-75.

Dev, Chekitan S. and James R. Brown (1989), "Franchising and Other Operating Arrangements in the Lodging Industry: A Strategic Comparison," in James Brown (ed.), Society of Franchising Proceedings, Lincoln, NE: International Center for Franchise Studies, 78-111.

**PUBLICATIONS (cont.)** ────────────

Dev, Chekitan S., and Janet E. Hubbard (1989), "A Strategic Analysis of the Lodging Industry," Cornell Quarterly, 30(1), 19-23.

Dev, Chekitan S., and Michael D. Olsen (1989b), "Applying Role Theory in Developing a Framework for the Management of Customer Interactions in Hospitality Businesses," International Journal of Hospitality Management, 8(1), 19-33.

Dev, Chekitan S., and Michael D. Olsen (1989a), "Environmental Uncertainty, Business Strategy, and Financial Performance: An Empirical Study of the Lodging Industry," Hospitality Research Journal, 3(2), 171-186.

Kuckreja, Samir and Chekitan S. Dev (1989), "New Delhi's Luxury Hotels," Cornell Quarterly, 30(2), 76-80.

Lewis, Robert C., and Chekitan S. Dev (1989), Instructor's Manual for Cases in Hospitality Marketing and Management, New York, NY: John Wiley, 182 pages.

Adu-Kwansa, Francis, Chekitan S. Dev, Nor Khomar Ishak, Mary Kay Meyer, Michael D. Olsen, Regina Robichaud, Nazimudeen Saleem and Joseph J. West (1986), "An Analysis of Major Trends and Their Impact Potential Affecting the Hospitality Industry as Identified by the Method of Content Analysis," CHRIE Annual Conference Proceedings, 168-190.

Olsen, Michael D., and Chekitan S. Dev (1986), "Training for Service--A Conceptual Approach," Proceedings of the International Training and Personnel Conference for the Hotel and Catering Industry (U.K.), 59-68.

Dev, Chekitan S., and Larry D. Alexander (1988), "McDonald's Corporation," in Cases in Strategic Management, A.J. Strickland and A.A. Thompson (eds.), Plano, TX: Business Publications, 162-181. With Teaching Note.

Dev, Chekitan S. (1986), "Major Trends in Marketing Management in the Hospitality Industry," in Virginia Hotel/Motel Facts and Figures Newsletter, Richmond, VA: Virginia Hotel and Motel Association.

## PRESENTATIONS

"The Safeguarding Role of Influence in Marketing Channels: The Moderating Effect of Relational Norms," World Marketing Congress in Meunster, Germany, February 2005. (with James R.Brown and Stephen Grzeskowiak)

"Global Hospitality Trends: Profit From the Big Picture," Walt Disney World Resort, Resort Leadership Team Meeting, Orlando, FL. January 2005.

"Within-Informant Bias in Marketing Research," American Marketing Association Marketing Educators Conference, Winter 2005. (with James R. Brown, Anjala R. Kishen, and Pushkin Kachroo)

"Understanding New Value Drivers for Hospitality Services," Academy of Management Annual Conference, Seattle WA, August 2003. (with R. Verma, G. Plaschka, and A. Verma)

"Brand Integrity," International Association of Holiday Inns Owners Conferences, Atlanta GA, Secaucus NJ, Chicago IL, San Francisco CA, April-May, 2003.

"The 21st Century Resort Guest," Walt Disney World Resort, Resort Leadership Team Meeting, Orlando, FL. January 2003.

"The Hotel Industry: Battle of the Brands," Harvard Business School Faculty Research Seminar, Cambridge, MA, September 2002. (with K. Prasad)

"Trends in the Restaurant Industry: Profit From Change," Restaurant Summit, New York, New York, September 2002.

"Industry Analysis and Marketing Fundamentals," Johnson Graduate School of Management's LEAD Summer Business Institute at Cornell University, Ithaca, NY, July 2002.

"The 21st Century Visitor," Keynote Address, Tompkins County Tourism Summit, Ithaca, New York, 2001.

"Branding and the Vacation Ownership Industry," Session Moderator, American Resort Development Association Research Conference, Ithaca, NY, Fall 2000.

"Determinants of Performance in Service Firms: A Comparison of Hotels in MDCs and LDCs" American Marketing Association Conference, Chicago, IL, August 2000. (with S. Agarwal and M. K. Erramilli).

"Foreign Market Entry Modes in the Hotel Industry: Toward a Deeper Understanding," American Marketing Association International Conference, Buenos Aires, Argentina, July 2000. (with J.R. Brown and Z. Zhou)

"Guerilla Marketing for Hotels" and "Lifetime Value of the Customer," European Hotel Managers Association (Germany) Conference, Frankfurt, Germany, November 1999.

"The Growing Complexity of Customer Relationships," Cornell Hotel Society, Chapter Meeting, Washington D.C., November 1999.

"Strategies for the New Millenium," International Hotel & Restaurant Association Annual Congress, Durban, South Africa, October 1999. (with M. D. Olsen)

"Marketing the Caribbean in the 21st Century," Caribbean Hotel Industry Conference, Nassau, Bahamas, June 1999. (with M. D. Olsen)

"7 Marketing Strategies for Surviving and Succeeding in the New Millenium," National Restaurant Association Conference, Chicago, IL, May 1999.

"One to One: Marketing in the Interactive Age," International Hotel & Restaurant Association Annual Congress, Manila, Philippines, October 1998.

"Creative Problem Solving," Association of Greek Tourist Enterprises Conference, Athens, Greece, February 1998. (with T. Simons)

**PRESENTATIONS (cont.)**————————————————————————

"Visions of the Future," Hospitality Sales & Marketing Association International Annual Conference, Atlanta, GA, March 1997.

"Strategies For The Next Millenium," Cornell Hospitality Strategy Conference, Fort Lauderdale, FL, March 1997.

"Hospitality Partnering: Servicing Customers' Needs," Cornell Hospitality Strategy Conference, Fort Lauderdale, FL, March 1997 (with T. Storey).

"Marketing in the Year 2000 and Beyond," International Hotel & Restaurant Association Annual Congress, October 1996, Mexico City.

"Strategic Alliances," University of Buckingham School of Business, U.K., March 1996.

"Global Marketing Trends in Hospitality and Tourism," Canisius College, Statler Hotel Management Program, Buffalo, NY, November 1996, 1995.

"Strategy for Manpower Development in Tourism Sector," INVESTOUR '95, Jaipur, India, December 1995.

"Partner Selection in Market-Driven Strategic Alliances," American Marketing Association Conference, July 1995, Washington, D.C. (with S. Klein).

"Future of Hospitality Education," World Tourism Congress, Vienna, Austria, November 1994.

"Leading Scholarship on Hotel Management," University of Surrey, U.K., May 1994.

"Using Strategic Alliances for Business Development," TIMS/ORSA Joint National Meeting, April 1994, Boston, MA (with S. Klein).

"Strategic Alliances in the Hospitality Industry," Cornell Hospitality Research Symposium, March 1993, Ithaca, NY (with S. Klein).

"Direction Versus Drift: The Market Positioning of Hotel Chains to Travel Agents and Travel Managers," CHRIE Annual Conference, July 1992, Orlando, FL (with M.S. Morgan and S. Shoemaker).

"An Investigation of Brand Switching Covariates of Lodging Services," Services Marketing Conference, March 1992, Nashville, TN (with M.S. Morgan).

"An Empirical Investigation of the Marketing Planning Practices of America's Largest Hotel Chains," CHRIE Annual Conference, August 1990, Washington D.C.

"Environmental Uncertainty, Business Strategy, and Financial Performance: An Empirical Study of the U.S. Lodging Industry," CHRIE Annual Conference, August 1989, Las Vegas, NV (with M.D. Olsen).

"Franchising and Other Operating Arrangements in the Lodging Industry: A Strategic Comparison," Society of Franchising Annual Conference, January 1989, Bal Harbour, FL (with J.R. Brown).

**PRESENTATIONS (cont.)**————————————————————————————

"The International Hospitality Industry: Global Strategy for the 1990's," Hospitality Trends Conference, May 1989, Blacksburg, VA.

"Hospitality Research Issues and Methodological Approaches," International Academy of Hospitality Research Annual Conference, November 1989, Blacksburg, VA (with R.C. Lewis).

"Environmental Uncertainty, Business Strategy and Financial Performance: An Exploratory Study of the Lodging Industry," Graduate Research Symposium, November 1987, Virginia Polytechnic Institute and State University, Blacksburg.

"A Framework for the Analysis of Environmental Influences on Organizational Performance: Implications for Strategy and Policy Instruction in Hospitality Businesses," CHRIE Annual Conference, March 1987, Boston, MA.

"Toward a Framework for Analyzing Technology and Structure in the Lodging Industry," World Hospitality Congress, March 1987, Boston, MA (with V. Chandrasekar).

"Applying Role Theory in Developing A Framework for the Management of Customer Interactions in Hospitality Businesses," World Hospitality Congress, March 1987, Boston, MA (with M.D. Olsen).

"An Analysis of Major Trends and Their Impact Potential Affecting the Hospitality Industry as Identified by the Method of Content Analysis," CHRIE Annual Conference, August 1986, Boston, MA (with F. Adu-Kwansa, N.K. Ishak, M.D. Olsen, R. Robichaud, N. Saleem, and J.J. West).

"Training for Service-A Conceptual Approach," International Training and Personnel Conference for the Hotel and Catering Industry, March 1986, London, UK (with M.D. Olsen).

"Organization-Environment Relations: A Multidisciplinary Integration," Western Academy of Management Meeting, March 1991, Santa Barbara, CA (with M. Lee).

"Carnival Cruise Lines," North American Case Research Association Annual Meeting, November 1990, Orlando, FL.

## RESEARCH GRANTS

"Defining Value Drivers," Competitive Research Grant, Hospitality Sales and Marketing Association International (HSMAI), 2001 (with R. Verma and G. Plaschka).

"Brand Management in the Lodging Industry," Competitive Summer Research Grant, Cornell University School of Hotel Administration, 2003, 2002, 2001, 2000, 1999, 1998.

"Choice of Foreign-Market Entry Modes by Firms in the Lodging Industry: A Transaction-Cost Perspective," Competitive Summer Research Grant, Cornell University School of Hotel Administration, 1997, 1996 (with M.K. Erramilli).

"Strategic Alliances In The Lodging Industry," Competitive Summer Research Grant, Cornell University School of Hotel Administration, 1995, 1994, 1993 (with J.R. Brown and S. Klein).

"Sociodemographic, Usage, Attitudinal and Situational Covariates of Brand Switching and Repeat Purchase Behavior in the U.S. Lodging Industry," Competitive Summer Research Grant, Cornell University School of Hotel Administration, 1992 (with M.S.Morgan).

"Applied Marketing Education," A Competitive Faculty Education Grant, Hatfield Fund, 1992.

"Using Consumer Purchase Data to Define Lodging Market Structure and Strategies," Competitive Summer Research Grant, Cornell University School of Hotel Administration, 1991. (with M.S. Morgan)

"Marketing Opportunities and Customer Information Files: A Study of How Hotels Use Their Guest History Information," Competitive Summer Research Grant, Cornell University School of Hotel Administration, 1990.

"Teaching Marketing Through A Community Service Oriented Experiential Approach," A Competitive Faculty Education Research Grant, Sears Roebuck Foundation, 1990.

An Equipment Grant to Support Teaching & Research, IBM, 1989.

"An Investigation Into the Marketing Planning Practices of Lodging Organizations," Competitive Summer Research Grant, Cornell University School of Hotel Administration, 1989.

"Environmental Uncertainty, Business Strategy, and Financial Performance: A Study of the Lodging Industry," A Competitive Doctoral Research Grant, Graduate School, Virginia Tech, 1988.

"Pre-opening Investment Study," American Hotel & Motel Associaton, 1986. (with M.R. Evans.)

## SERVICE

Service to the Academy:

Editorial Board:
Journal of Hospitality and Leisure Marketing, 1990-
Journal of Foodservice Business Research, 1990-
Journal of Vacation Marketing, 1994-2004
FIU Review, 1999-
Managing Service Quality, Editorial Advisory Board, 2001-
Journal of Hospitality and Tourism Research (JHTR), 1993-2000
Cornell Quarterly, 1993-2000

Ad-Hoc Reviewer:
Journal of Retailing
International Journal of Hospitality Management
CHRIE Annual Conference
Van Nostrand Reinhold Publishers
John Wiley and Sons Publishers
Cornell Quarterly

Publications Review Editor:
International Journal of Hospitality Management, 1989-1992

Guest Editor:    International Journal of Hospitality Management
         Special Issue on Strategy, 1990

Session Chair:    CHRIE Annual Conference, 1994
         International Seminars on Tourism Development, 1992

Committees:     JHTR, Best Paper Award Committee, 2000
         CHRIE Strategic Planning Committee, Co-Chair, 1990-1992,
          Member, 1988-1992

Tenure & Promotion: Tenure and Promotion Reviewer, University of Hawaii, 2003
         Promotion Reviewer, University of Massachusetts, Amherst, 1998
         Tenure and Promotion Reviewer, University of New Hampshire, 20(

Service to the Industry:
American Hotel & Lodging Association Chairman's Blue Ribbon Task Force, 1999-2001
International Hotel and Restaurant Association, Research Advisory Group, 1997-2001
American Hotel & Motel Association, Marketing Committee, 1991-1995

## RESEARCH SUPERVISION

Doctoral Dissertation:      Weizhong Jiang
              Giriraj Jogaratnam
              Reed A. Fisher, Chair (ABD)

Monograph/Independent Study:   Sofi Choi
              Jonah Goodheart
              Diane Walton
              Sean Smatt
              Michael Davis
              Irma Salas
              Toshio Kobayashi
              Alice Segovia
              Wilke See-Tho
              David Taylor
              Susan Aberman
              Toni Knorr
              Christina Mogan

## PROFESSIONAL ASSOCIATIONS

American Marketing Association
International Council on Hotel, Restaurant and Institutional Education (CHRIE)
Hospitality Sales and Marketing Association International (HSMAI)
International Institute for Quality and Ethics in Service and Tourism (IIQUEST)
Global Hoteliers Club