UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.*         )<br>                                                 )<br>                                                 )<br>        Plaintiffs,                   )<br>                                                 )   Civil Action No. 05-1138 (GK)<br>v.                                             )   Status Conference 11/15/05<br>                                                 )<br>MARRIOTT INTERNATIONAL, INC.  )<br>                                                 )<br>        Defendant.                 )<br>_____)| |

## **ORDER**

Upon consideration of Defendant Marriott International, Inc.'s Motion to Dismiss the First Amended Class Action Complaint, the Plaintiffs' Memorandum of Points and Authorities in Opposition thereto, all Exhibits accompanying the pleadings, any oral argument presented by the parties, and the entire record in this matter, the Court finds that Marriott's Motion to Dismiss should be DENIED.

To the extent that Defendant's motion should be treated as a Motion for Summary Judgment because it relies on materials outside of the First Amended Class Action Complaint, the motion is hereby DENIED, there appearing to be a genuine issue of material fact.

WHEREFORE, it is hereby ORDERED, this ____ day of _____, 2005 that Defendant Marriott International, Inc.'s Motion to Dismiss the First Amended Class Action Complaint is DENIED in its entirety.

SO ORDERED.

Dated: _____          _____
                                  Gladys Kessler
                                  United States District Court Judge