AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BRITT A. SHAW, et al.

       Plaintiff(s)    )
                             )    **APPEARANCE**

           vs.           )    CASE NUMBER   05-1138 (GK)
MARRIOTT INTERNATIONAL, INC.   )

       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jeffrey E. Gordon   as counsel in this
                                    (Attorney's Name)

case for:   Marriott International, Inc.
          (Name of party or parties)

August 2, 2005

Date

_Signature_

Jeffrey E. Gordon

Print Name

MD23264

BAR IDENTIFICATION

6225 Smith Avenue

Address

Baltimore, Maryland   21209

City    State    Zip Code

(410) 580-4162

Phone Number