## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2005 a copy of Marriott's Reply in Further Support of its Motion to Dismiss the First Amended Class Action Complaint was served by electronic filing and first-class mail on:

>Paul D. Cullen
>Daniel E. Cohen
>Susan Van Bell
>THE CULLEN LAW FIRM, PLLC
>1101 30th Street, N.W., Suite 300
>Washington, D.C. 20007
>
>Attorneys for Plaintiffs

      /s/ Sonia Cho_____
      Sonia Cho