IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, ET AL.,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

    v.

MARRIOTT INTERNATIONAL, INC.

                Defendant.

Civil Action No. 05-1138 (GK)

## ORDER

Upon consideration of Defendant Marriott International, Inc.'s ("Marriott") Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss"), Memorandum in Support of the Motion to Dismiss and accompanying papers, the Plaintiffs' Memorandum of Points and Authorities in Opposition to Marriott's Motion to Dismiss ("Plaintiffs' Opposition"), and Marriott's Reply in Further Support of its Motion to Dismiss, it is this _____ day of _____, 2005, ORDERED:

    1.    That Marriott's Motion to Dismiss is GRANTED;

    2.    That the First Amended Class Action Complaint is DISMISSED in its entirety WITH PREJUDICE; and

    3.    That the Clerk of the Court shall notify all counsel of record of this Order.

                                                  _____
                                                  Judge Gladys Kessler
                                                  United Stated District Court Judge