UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 05-1138 (GK) |
| v. | ) |
| | ) |
| MARRIOTT INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED POINTS
AND AUTHORITIES SEEKING LEAVE TO SUBMIT SUPPLEMENTAL
MATERIAL PERTAINING TO PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

Plaintiffs respectfully move that this Court enter an order granting Plaintiffs leave to submit Defendant Marriott's Response to Plaintiffs' First Set of Interrogatories, Interrogatory Numbers 8 and 9, as supplemental authority pertaining to Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss First Amended Class Action Complaint. A copy of the responses to Interrogatories 8 and 9, and Marriott's verification of its Interrogatory responses, is attached. Defendant does not oppose this motion.

LCvR 5.2(b) provides that "[d]iscovery materials may be used and filed as exhibits or evidence in support of any motion . . .". As noted in Plaintiffs' Opposition, Marriott attached affidavits and documentary evidence to its Rule 12(b)(6) motion to dismiss. When a party attaches such evidence, a court may construe the motion as a Rule

56 motion for summary judgment.[1] Plaintiffs opposed by filing exhibits to rebut Marriott's claims, in the event that the Court were to consider the extraneous materials provided by Marriott. Here, Plaintiffs seek leave to submit these interrogatory responses, which constitute new information provided by Marriott, as supplemental information pertaining to issues raised in Marriott's motion to dismiss and Plaintiffs' opposition thereto. Specifically, these responses are relevant to the issue of Marriott's contacts with the District of Columbia, and whether those contacts are sufficient to apply the District of Columbia consumer protection statute to the transactions at issue in this matter.

Wherefore, Plaintiffs respectfully request that this Motion be granted.

Respectfully submitted,

Of Counsel:

Mark W. Borghesani, Esq.
D.C. Bar No. 426734
19 Sivtsez Vrahek Per., kv. 10
Moscow 119003 Russia
+7-916-640-0290 (Telephone)

Paul D. Cullen, Sr.,
D.C. Bar No. 100230
Daniel E. Cohen, D.C.
Bar No. 414985
Susan Van Bell, D.C.
Bar No. 439972
THE CULLEN LAW FIRM, PLLC
1101 30th Street, N.W., Suite 300
Washington, D.C. 20007
(202) 944-8600 (Telephone)
(202) 944-8611 (Telecopier)
*Attorneys for Plaintiffs*

---

[1] *See e.g., Torres v. Mineta*, No. 04-0015, 2005 WL 1139303*3, n.3 (D.D.C.)(Kessler, J.)("Since the Court has considered facts outside the First Amended Complaint to reach its conclusions, 'the motion shall be treated as one for summary judgment").

### LCvR 7(m) Statement

Undersigned counsel has conferred with Jeffrey E. Gordon, counsel for Defendant, and this motion is unopposed.

Respectfully submitted,

*[signature]*

Susan Van Bell,
D.C. Bar No. 439972
THE CULLEN LAW FIRM, PLLC
1101 30th Street, N.W., Suite 300
Washington, D.C. 20007
(202) 944-8600 (Telephone)
(202) 944-8611 (Telecopier)
**Attorneys for Plaintiffs**