UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion Seeking Leave to Submit Supplemental Material Pertaining to Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss First Amended Class Action Complaint, the Court hereby grants the motion. The supplemental material submitted by Plaintiffs, Defendant Marriott's Response to Plaintiffs' First Set of Interrogatories, Interrogatory Numbers 8 and 9, is accepted by the Court as submitted for consideration in this matter.

**SO ORDERED**, this _____ day of _____, 2005.

_____
Gladys Kessler
United States District Court Judge