AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BRITT SHAW, et al.
)
    Plaintiff(s)    )    **APPEARANCE**
)
)
    vs.    )    CASE NUMBER   05-1138 (GK)
MARRIOTT INTERNATIONAL, INC.  )
)
    Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   DANIEL E. COHEN   as counsel in this
(Attorney's Name)

case for:   BRITT SHAW, et al.
(Name of party or parties)

October 17, 2005
Date

*(signature)*
Signature

Daniel E. Cohen
Print Name

414985
BAR IDENTIFICATION

1101 30th St., NW, Ste. 300
Address

Washington, DC    20007
City    State    Zip Code

(202) 944-8600
Phone Number