UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**BRITT A. SHAW, et al.**       )
                                )
    **Plaintiffs,**             )
                                )
  v.                            )   Civil Action No. 05-1138 (GK)
                                )
**MARRIOTT INTERNATIONAL, INC.,** )
                                )
    **Defendant.**             )
_____)

### O R D E R

A Status Conference was held in this case on November 15, 2005. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that Defendants shall be allowed to take depositions of the named Plaintiffs in the event that Plaintiffs file a Motion for Class Certification; it is further

**ORDERED** that all other non-paper discovery shall remain stayed in this matter in accordance with the Court's Order of July 29, 2005.


November 15, 2005                   /s/
                                    GLADYS KESSLER
                                    U.S. District Judge

**Copies to:** attorneys on record via ECF