# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRITT A. SHAW, *et al.* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-1138 (GK) |
| v. | ) | |
| | ) | |
| MARRIOTT INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

To the Clerk:

　　Kindly withdraw my appearance on behalf of the Plaintiffs in the above-captioned matter for the reason that I am resigning my employment with The Cullen Law Firm.  The interests of Plaintiffs will continue to be represented by lead counsel Paul D. Cullen, Sr. and Daniel E. Cohen of The Cullen Law Firm.


Respectfully submitted,

<u>/s/ Susan Van Bell</u>
Susan Van Bell, D.C. Bar No. 439972
THE CULLEN LAW FIRM, PLLC
1101 30th Street, N.W., Suite 300
Washington, D.C.  20007
(202) 944-8600 (Telephone)
(202) 944-8611 (Telecopier)

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on May 25, 2006, a copy of the foregoing document was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Benjamin S. Boyd
Benjamin.boyd@piperrudnick.com

Sonia Cho
Sonia.cho@dlapiper.com

Jeffrey E. Gordon
Jeffrey.gordon@dlapiper.com

Daniel Eric Cohen
dec@cullenlaw.com

Paul Damian Cullen
pdc@cullenlaw.com

Susan R. Van Bell
svb@cullenlaw.com

            /s/ Susan Van Bell, D.C. Bar No. 439972