IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, ET AL., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>Defendant. | Civil Action No. 05-1138 (GK) |

## NOTICE OF CHANGE OF FIRM NAME

Please take notice that the law firm of DLA Piper Rudnick Gray Cary US LLP has changed its name to DLA Piper US LLP. All future correspondence should be addressed as follows:

DLA PIPER US LLP
1200 Nineteenth Street, NW, 7th Floor
Washington, D.C. 20036

Dated: September 13, 2006

/s/ Benjamin S. Boyd
Benjamin S. Boyd (Bar No. 413698)

DLA Piper US LLP
1200 Nineteenth Street, NW, 7th Floor
Washington, D.C. 20036
202-861-3900
202-223-2085 (facsimile)

    /s/ Jeffrey E. Gordon
Jeffrey E. Gordon (Bar No. MD23264)
Sonia Cho (Bar No. MD26995)

DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

*Attorneys for Defendant*
*Marriott International, Inc.*

2