UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | No Court Scheduled Deadlines |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFFS' REQUEST FOR STATUS CONFERENCE**

Plaintiffs respectfully request that this Court schedule a conference to review the status of this matter and to set a schedule to allow the parties to proceed with active litigation of the merits. Defendant joins in this request.

1. This matter was lodged with this Court on June 9, 2005 by the removal of the case from the Superior Court for the District of Columbia where it was originally filed.

2. Defendant Marriott International, Inc. responded to the Amended Complaint with a Motion to Dismiss on July 21, 2005.

3. Briefing on Defendant's Motion to Dismiss was completed on October 17, 2005.

4. On July 29, 2005 the Court held the initial scheduling conference and allowed written paper discovery to proceed, be completed by 10/1/05 (Doc. 9).

5.  By order dated November 15, 2005, this Court allowed limited deposition testimony of the named plaintiffs, in the event Plaintiffs filed a Motion for Class Certification. No motion for Class Certification has been filed.

6.  No further dates have been scheduled in this matter, and no status conference has occurred since November 15, 2005.

The parties recognize the demands on the Court's time over the past year, but respectfully request that a status conference be scheduled to allow this matter to proceed, and to set dates for the completion of merits discovery, dispositive motions and trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |   s/Paul D. Cullen, Sr. |
| Of Counsel: | Paul D. Cullen, Sr., |
|  | D.C. Bar No. 100230 |
| Mark W. Borghesani, Esq. | Daniel E. Cohen, D.C. |
| D.C. Bar No. 426734 | Bar No. 414985 |
| 19 Sivtsez Vrahek Per., kv. 10 |  |
| Moscow 119003 Russia |  |
| +7-916-640-0290 (Telephone) | THE CULLEN LAW FIRM, PLLC |
|  | 1101 30th Street, N.W., Suite 300 |
|  | Washington, D.C.  20007 |
|  | (202) 944-8600 (Telephone) |
|  | (202) 944-8611 (Telecopier) |
|  | *Attorneys for Plaintiffs* |

**LCvR 7(m) Statement**

Undersigned counsel has conferred with Jeffrey E. Gordon, counsel for Defendant, and this motion is unopposed.

                                                      Respectfully submitted,

                                                        s/Paul D. Cullen, Sr.
                                                     Paul D. Cullen, Sr.
                                                     THE CULLEN LAW FIRM, PLLC
                                                     1101 30th Street, N.W., Suite 300
                                                     Washington, D.C.  20007
                                                     (202) 944-8600 (Telephone)
                                                     (202) 944-8611 (Telecopier)
                                                     ***Attorneys for Plaintiffs***