UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

BRITT A. SHAW, et al.,            )
                                  )
        Plaintiffs,               )
                                  )
    v.                            )    Civil Action No. 05-1138 (GK)
                                  )
MARRIOTT INTERNATIONAL, INC.      )
                                  )
        Defendant.                )
_____)

### O R D E R

On November 1, 2006, the parties filed a Request for a Status Conference. In light of this request, it is hereby

**ORDERED** that a Status Conference is scheduled in this matter for **December 8, 2006** at **9:45 a.m.**[1]


November 2, 2006                  /s/
                                  GLADYS KESSLER
                                  U.S. District Judge

**Copies to**: attorneys on record via ECF

---

[1] The Court is setting the Status Conference so far away because it hopes by that time to have resolved the Motion to Dismiss which has been pending since October 17, 2005.