UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.** )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs,　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　) | Civil Action No. 05-1138 (GK) |
| 　　　　　　　　　　　　　　　　　)<br>**MARRIOTT INTERNATIONAL, INC.** )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　 ) | |

### ORDER

The matter is now before the Court on Defendant's Motion to Dismiss. Having considered the parties' Motion, Opposition, Reply and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is this 22nd day of February, 2007, hereby

**ORDERED,** that Defendant's Motion to Dismiss [Dkt. No. 7] is **denied;** and it is further

**ORDERED,** that a Status Conference is set for **March 14, 2007** at **10:30 a.m.** The parties shall submit a Joint Meet and Confer Statement **no later than March 9, 2007.**

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　United States District Judge

**Copies to**: attorneys on record via ECF