IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW,<br>on behalf of himself and all others<br>similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 05-1138 (GK)<br>Next Scheduled Court Deadline:<br>Joint Meet and Confer Statement<br>March 9, 2007 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
JENNIFER MARIE SKAGGS**

Benjamin S. Boyd, a duly admitted member of the Bar of the District of Columbia and the Bar of this Court, pursuant to Rule 83.2 (c) and (d) of the Local Rules (Civil) of Practice for the United States District Court for the District of Columbia, moves to admit Jennifer M. Skaggs, Esquire for the limited purpose of appearing and participating as counsel for Defendant Marriott International, Inc. ("Marriott") in the above-captioned case.

　　　　1.　　Current counsel for defendant, Benjamin S. Boyd, is a partner at DLA Piper US LLP's ("DLA Piper") Washington, D.C. office and is duly admitted to the Bar of the District of Columbia and is admitted before this Court.

　　　　2.　　Jennifer M. Skaggs is an associate in DLA Piper's Baltimore, Maryland office at 6225 Smith Avenue, Baltimore, Maryland 21209. She is currently a member in good standing of the state and federal bars of Maryland as well as the Bar of the District of Columbia.

　　　　3.　　Ms. Skaggs has never been disciplined by any bar. (*See* Declaration of Jennifer M. Skaggs attached hereto as Exhibit A.)

4.      Ms. Skaggs has not been admitted to practice *pro hac vice* in this Court within the last two years.

4.      Counsel for Plaintiff, Paul D. Cullen, Sr., has represented to undersigned counsel that he has no objection to the admission *pro hac vice* of Ms. Skaggs.

WHEREFORE, Benjamin S. Boyd respectfully requests that this Court grant this Motion and allow Jennifer M. Skaggs to appear and participate as counsel of record for Defendant Marriott in the instant case. A proposed Order is attached.

Respectfully submitted,

_____/S/_____
Benjamin S. Boyd
D.C. Bar No. 413698

DLA PIPER US LLP
1200 Nineteenth Street, N.W.
7th Floor
Washington, D.C. 20036-2412
Telephone (202) 861-3900
Facsimile (202) 223-2085

Attorneys for Defendant
Marriott International, Inc.

BALT2\4296773.1
14598-60

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8 th day of March, 2007, a copy of the Motion for Admission *Pro Hac Vice* of Jennifer M. Skaggs was electronically filed and served by first-class mail on:

>Paul D. Cullen, Sr. (Bar No. 100230)
>Randall Herrick-Stare
>Joyce E. Mayers
>THE CULLEN LAW FIRM, PLLC
>1101 30th Street, N.W., Suite 300
>Washington, D.C. 20007
>
>Attorneys for Plaintiff

>_____/S/_____
>Benjamin S. Boyd

BALT2\4296773.1
14598-60