# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW,<br>on behalf of himself and all others<br>similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>              Defendant. | Civil Action No. 05-1138 (GK)<br>Next Scheduled Court Deadline:<br>Joint Meet and Confer Statement<br>March 9, 2007 |

## **DECLARATION OF JENNIFER M. SKAGGS**

I, Jennifer M. Skaggs, declare that:

1. I am a member in good standing of the state and federal bars of the State of Maryland.

2. I am a member in good standing of the District of Columbia Bar.

3. I certify that I have never been disciplined by any bar.

4. During the past two years, I have not be admitted *pro hac vice* in this Court.

_____

Jennifer M. Skaggs

DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Tel: 410-580-3000
Fax: 410-580-3001