## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW,
on behalf of himself and all others
similarly situated,

               Plaintiff,

    v.

MARRIOTT INTERNATIONAL, INC.,

               Defendant.

Civil Action No.  05-1138 (GK)
Next Scheduled Court Deadline:
Joint Meet and Confer Statement
March 9, 2007

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Jennifer M. Skaggs, it

is this _____ day of _____ 2007, by the U. S. District Court for the District of Columbia,

hereby ORDERED that:

1.     The Motion for Admission *Pro Hac Vice* of Jennifer M. Skaggs is GRANTED;

and

2.     Jennifer M. Skaggs is hereby admitted *pro hac vice* to represent Defendant

Marriott in the above-captioned matter.  Ms. Skaggs is hereby authorized to perform all functions

as counsel for Defendant in this matter, including, but not limited to, signing all pleadings,

motions, and other papers; conducting discovery; and speaking on behalf of Defendant in open

Court.

_____
Judge Gladys Kessler
United States District Judge