# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.            ) | |
|                                                           ) | |
|                                                           ) | |
| Plaintiffs,                                    ) | |
|                                                           ) Civil Action No. 05-1138 (GK) | |
| v.                                                     ) | |
|                                                           ) | |
| MARRIOTT INTERNATIONAL, INC.  ) | |
|                                                           ) | |
| Defendant.                                 ) | |
| _____) | |

**PROPOSED SCHEDULING ORDER**

      Pursuant to LCvR 16.3 and the Court's February 22, 2007 Order, the parties respectfully submit this Proposed Scheduling Order. The parties have worked together to develop a schedule that advances this case while reflecting competing commitments:

| | |
|---|---|
| Deadline for Class Certification Discovery | July 16, 2007 |
| Exchange Witness Lists | May 31, 2007 |
| Deadline for Post R.26(a) Discovery Requests | _____ |
| Deadline for Class Certification Motion | August 1, 2007 |
| Proponent's R.26(a)(2) Statements | July 9, 2007 |
| Opposition to Class Certification Motion | August 31, 2007 |
| Joinder of Parties and Amendments to Pleadings | July 9, 2007 |
| Reply to Opposition to Class Certification Motion | September 14, 2007 |
| Opponent's R.26(a)(2) Statements | July 25, 2007 |
| All Discovery Closed | September 28, 2007 |
| Deadline for Filing Dispositive Motions | _____October 29, 2007 |
| Alternative Dispute Resolution | (TBD) |

Pretrial conference                                                          (TBD)

      The Parties respectfully request that the Court grant this Proposed Scheduling Order.

Dated: _____                    _____
                                                           Gladys Kessler
                                                           United States District Court Judge