IN THE DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW<br>on behalf of himself and all others<br>similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-cv-01138-GK<br>)  Class Action<br>)  Demand for Jury Trial<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF AMY M. LLOYD**

Joyce E. Mayers, a duly admitted member of the Bar of the District of Columbia and Bar of this Court, pursuant to Rule 83.2 (c) and (d) of the Local Rules (Civil) of Practice for the United States District Court for the District of Columbia, moves to admit Amy M. Lloyd, Esquire for the limited purpose of appearing and participating as counsel for Plaintiff Britt A. Shaw et al., in the above-captioned case.

1.  Current counsel for Plaintiff, Joyce E. Mayers, is an attorney at The Cullen Law Firm, PLLC, Washington, DC and is duly admitted to the Bar of the District of Columbia and is admitted before this Court.

2.  Amy M. Lloyd, is an associate at The Cullen Law Firm, PLLC, Washington, DC office at 1101 30th Street, NW, Suite 300, Washington, DC 20007. She is currently a member in good standing at the Court of Appeals of Maryland and the United States Court of Appeals for the Eighth Circuit.

3. Mrs. Lloyd has never been disciplined by any bar and her application to the District of Columbia Court of Appeals is pending. (*See* Declaration of Amy M. Lloyd attached hereto as Exhibit 1).

4. Mrs. Lloyd has not been admitted to practice *pro hac vice* in this Court within the last two years.

5. Counsel for Defendant, Marriott consents to this motion.

6. Wherefore, Joyce E. Mayers respectfully requests that this Court grant this Motion and allow Amy M. Lloyd to appear and participate as counsel of record for Plaintiff Britt Shaw, et al., in the instant case. A proposed Order is attached.

Respectfully submitted,

/s/Joyce E. Mayers
D.C. Bar No. 268227

Paul D. Cullen, Sr.
Joyce E. Mayers
The Cullen Law Firm, PLLC
1101 30th Street, NW
Suite 300
Washington, DC 20007
Telephone (202) 944-8600
Facsimile (202) 944-8611

Attorneys for Plaintiff
Britt Shaw, et al.

Case 1:05-cv-01138-GK    Document 31    Filed 03/19/2007    Page 3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March 2007, a copy of hte Motion for Admission *Pro Hac Vice* of Amy M. Lloyd was electronically filed and served by first-class mail on:

>Benjamin S. Boyd
>Jeffrey E. Gordon
>Sonia Chao
>Jennifer Skaggs
>DLA PIPER US LLP
>1200 Nineteenth Street, N.W.
>7th Floor
>Washington, D.C. 20036-2412
>
>Attorneys for Defendant

_____/s/_____
Joyce E. Mayers