IN THE DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW )<br>on behalf of himself and all others )<br>similarly situated, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>MARRIOTT INTERNATIONAL, INC. )<br>  )<br>  Defendant. )<br>_____ ) | Case No. 1:05-cv-01138-GK<br>Class Action<br>Demand for Jury Trial |

## DECLARATION OF AMY M. LLOYD

I, Amy M. Lloyd, declare that:

1. I am a member in good standing of the Court of Appeals of Maryland and the United States Court of Appeals for the Eighth Circuit.

2. I certify that I have never been disciplined by any bar.

3. During the past two years, I have not been admitted *pro hac vice* in this Court.

/s/ Amy M. Lloyd

Paul D. Cullen, Sr.
Joyce E. Mayers
The Cullen Law Firm, PLLC
1101 30th Street, NW
Suite 300
Washington, DC 20007
Telephone (202) 944-8600
Facsimile (202) 944-8611