IN THE DISTRICT COURT OF THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW<br>on behalf of himself and all others<br>similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>    Defendant. | Case No. 1:05-cv-01138-GK<br>Class Action<br>Demand for Jury Trial |

**ORDER RE AMY LLOYD'S MOTION FOR *PRO HAC VICE***

Upon consideration of the Motion for Admission *Pro Hac Vice* of Amy M. Lloyd, it is this 19th day of March 2007, by the U.S. District Court for the District of Columbia, hereby ORDERED that:

    1.    The Motion for Admission *Pro Hac Vice* of Amy M. Lloyd is GRANTED;

and

    2.    Amy M. Lloyd is hereby admitted *Pro Hac Vice* to represent Plaintiff Britt Shaw, et al., in the above-captioned matter. Amy M. Lloyd is hereby authorized to perform all functions as counsel for Plaintiff in this matter, including, but not limited to, signing all pleadings, motions, and other papers; conducting discovery; and speaking on behalf of the Plaintiff in open Court.

_____

Judge_____
United States District Court