AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Britt A. Shaw, et al.

    Plaintiff(s)        )    **APPEARANCE**

vs.                          )    CASE NUMBER   05-1139 (GK)

Marriott International, Inc.

    Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Amy M. Lloyd__ as counsel in this
                                   (Attorney's Name)

case for:  Britt A. Shaw, et al.
             (Name of party or parties)

March 26, 2007                                _/s/ Amy M. Lloyd_
Date                                             Signature

                                                    Amy M. Lloyd
                                                    Print Name

BAR IDENTIFICATION                1101 30th St., NW, Ste. 300
                                                    Address

                                                    Washington, DC      20007
                                                    City           State           Zip Code

                                                    (202) 944-8600
                                                    Phone Number