AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Britt A. Shaw, et al.

        Plaintiff(s)

vs.

Marriott International, Inc.

        Defendant(s)

**APPEARANCE**

CASE NUMBER  05-1139 (GK)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Amy M. Lloyd  as counsel in this
                                (Attorney's Name)

case for:  Britt A. Shaw, et al.
            (Name of party or parties)

March 26, 2007
Date

BAR IDENTIFICATION

_[signature]_
Signature

Amy M. Lloyd
Print Name

1101 30th St., NW, Ste. 300
Address

Washington, DC         20007
City     State     Zip Code

(202) 944-8600
Phone Number