AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Britt Shaw, et al.

        Plaintiff(s)      )    **APPEARANCE**

            vs.          )    CASE NUMBER    05-1138 (GK)

Marriott International, Inc.

        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Randall Herrick-Stare  as counsel in this
                             (Attorney's Name)

case for:  Britt Shaw, et al.
         (Name of party or parties)

April 10, 2007
Date

*/s/ Randall Herrick-Stare*
Signature

Randall Herrick-Stare
Print Name

482752
BAR IDENTIFICATION

1101 30th St., NW, Ste. 300
Address

Washington, DC      20007
City    State    Zip Code

(202) 944-8600
Phone Number