UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.,  )<br>　　　　　　　　　　　　　)<br>　　　Plaintiffs,　　　　)<br>　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>MARRIOTT INTERNATIONAL, INC. )<br>　　　　　　　　　　　　　)<br>　　　Defendant.　　　　　)<br>　　　　　　　　　　　　　) | Civil Action No. 05-1138 (GK) |

### ORDER

A telephone conference call was held in this case on April 12, 2007. Upon consideration of the representations of counsel, as well as the entire record herein, it is hereby

**ORDERED** that Defendant shall respond to Plaintiffs' Rule 30(b)(6) Notice indicating the names and possible dates for depositions of all requested witnesses **no later than 5:00 p.m. on April 20, 2007**; and it is further

**ORDERED** that Defendant shall serve its Third-Party Complaint on the three domestic Third-Party Defendants **no later than 5:00 p.m. on April 23, 2007**.

DATE April 12, 2007

GLADYS KESSLER
U.S. District Judge

**Copies to:** attorneys on record via ECF