IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------ x
BRITT A. SHAW,                       :
on behalf of himself and all others  :
similarly situated,                  :
            Plaintiff,               :
                                     :
v.                                   :   Civil Action No. 05-1138 (GK)
                                     :
MARRIOTT INTERNATIONAL, INC.,        :
         Defendant/Third Party Plaintiff, :
                                     :
v.                                   :
                                     :
JOINT-STOCK COMPANY                  :
"GRAND HOTEL," et al.,               :
                                     :
         Third-Party Defendants.     :
                                     :
------------------------------------ x
```

**CONSENT MOTION TO ENLARGE TIME WITHIN
WHICH THIRD-PARTY DEFENDANTS MAY MOVE
OR OTHERWISE RESPOND TO THE THIRD-PARTY COMPLAINT**

Third Party Defendants Interstate Hotels Corporation, Colony Hotels and Resorts Company Interstate Hotels, LLC, by their undersigned counsel, hereby move to enlarge the time within which they may move or otherwise respond to third-party plaintiff's complaint up to and

SSL-DOCS2 70338744v3

including June 25, 2007. Counsel for parties have conferred on April 26, 2007, and third-party plaintiff's counsel consented to this motion.

WHEREFORE, Third-Party Defendants respectfully request that the Court approve this consent motion and order the enlargement of time.

Respectfully Submitted,

DLA PIPER US LLP

By: /Jeffrey E. Gordon/
DLA PIPER US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
Tel: (410) 580-4162
Fax: (410) 580-3001

Attorneys for Third-Party Plaintiff

STROOCK & STROOCK & LAVAN LLP

By: /Laurence Greenwald/
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

Attorneys for Third-Party Defendants

Dated:_____, 2007

SO ORDERED:

_____
Gladys Kessler
United States District Court Judge

SSL-DOCS2 70338744v3