# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

Britt A. Shaw, et al  
Plaintiff(s)  
v  
Marriott International, Inc.  
Defendant(s)  
v  
Colony Hotels and Resorts Company  
Third-Party Defendant

Case No: 05-1138 (GK)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Colony Hotels and Resorts Company

With the (documents) Third Party Summons; Third Party Complaint; and Plaintiffs First Amended Class Action Complaint and Demand for Jury Trial

Person Served: Scott LaScala of The Corporation Trust Company, Registered Agent

Service Address: The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware 19801

Date of Service: April 19 2007          Time of Service: 1:40 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address    ( ) Evading           ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Description:** Age: 40's  Sex: M  Race: W   Hgt: 5'10"  Wgt: 170  Hair: Brown  Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 20, 2007          at   Wilmington,    Delaware
Date                         City              State

                                                    Daniel Newcomb, Process Server
State of Delaware                                   Delaware Attorney Services
County of New Castle                                2000 Pennsylvania Avenue, Suite 207
                                                    Wilmington, DE 19806 (302) 429-0657

Subscribe and sworn before me a Notary Public of the State of Delaware on April 20, 2007

**Witness My Hand and Official Seal To**

                                                    Kimberly J. Ryan, My Commission Expires 6/15/08
                                                    Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008