# AFFIDAVIT OF PROCESS SERVER

## In The United States District Court for the District of Columbia

Britt A. Shaw, et al                                              Case No:  05-1138 (GK)
Plaintiff(s)
v
Marriott International, Inc.
Defendant(s)
v
Interstate Hotels, LLC
Third-Party Defendant

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.  And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:**  I served Interstate Hotels, LLC

With the (documents)   Third Party Summons; Third Party Complaint; and Plaintiffs First Amended Class Action Complaint and Demand for Jury Trial

Person Served:  Scott LaScala of The Corporation Trust Company, Registered Agent

Service Address:  The Corporation Trust Company, 1209 N. Orange St., Wilmington, Delaware  19801

Date of Service:  April 19 2007                    Time of  Service:  1:40  p.m.

**Manner of Service:**  (X ) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:**  After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address          ( ) Evading                    ( ) Moved, left no forwarding   ( ) Other
( ) Address does not exist       ( ) Service canceled by Litigant   ( ) Unable to serve in a timely fashion

**Description:** Age: 40's  Sex: M   Race: W       Hgt:  5'10"  Wgt: 170   Hair: Brown   Glasses:  No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 20, 2007                at    Wilmington,        Delaware
Date                          City                State

                                                    Daniel Newcomb, Process Server
State of Delaware                                   Delaware Attorney Services
County of New Castle                                2000 Pennsylvania Avenue, Suite 207
                                                    Wilmington, DE  19806  (302) 429-0657

Subscribe and sworn before me a Notary Public of the State of Delaware on April 20, 2007

Witness My Hand and Official Seal To

                                                    Kimberly J. Ryan, My Commission Expires 6/15/08
                                                    Notary Public, State of Delaware

                                                    KIMBERLY J. RYAN
                                                    NOTARY PUBLIC-DELAWARE
                                                    My Commission Expires June 15, 2008