A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Britt Shaw, et al.

          Plaintiff(s)

          vs.

Marriott International, Inc.

          Defendant(s)

**APPEARANCE**

CASE NUMBER   051138 (GK)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Joel A. Dewey  as counsel in this
                                    (Attorney's Name)

case for:  Marriott International, Inc.
               (Name of party or parties)

May 30, 2007
Date

_____
Signature
Joel A. Dewey
Print Name

358175
BAR IDENTIFICATION

6225 Smith Avenue
Address

Baltimore, Maryland   21209
City      State      Zip Code

410-580-4135
Phone Number