UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.**  ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | (Status conference: October 3, 2007) |
| ) | |
| **MARRIOTT INTERNATIONAL, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT MOTION FOR AMENDED SCHEDULING ORDER**

     Pursuant to LCvR 16.4 and the Court's March 15, 2007 Scheduling Order (Doc. # 29), the parties respectfully submit this Joint Motion for Amended Scheduling Order. The parties have worked together to develop a schedule that advances this case while reflecting competing commitments. Per Paragraph 11 of the Scheduling Order, the parties state that this extension is for compelling reasons including the necessity of rescheduling the depositions of Marriott's 30(b)(6) witnesses from May to August. The parties respectfully request that the Court grant this Amended Scheduling Order. A proposed order is attached hereto.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant Marriott International, Inc.: |
|---|---|
| /s/ Paul D. Cullen, Sr. | /s/ Joel Dewey |
| Paul D. Cullen, Sr. | Joel Dewey |
| Randall S. Herrick-Stare | Benjamin S. Boyd |
| Joyce E. Mayers | Jeffrey E. Gordon |
| Amy M. Lloyd | Sonia Cho |
| The Cullen Law Firm | Jennifer Skaggs |

1101 30th St., NW, Suite 300  
Washington, D.C. 20007  
Phone: 202-944-8600  
Facsimile: 202-944-8611  

DLA Piper US LLP  
6225 Smith Avenue  
Baltimore, MD  21209-3600  
Phone: 410-580-3000  
Facsimile: 410-580-3001