FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| **MARRIOTT INTERNATIONAL, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**PROPOSED ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion for Amended Scheduling Order, the Court hereby grants the motion as submitted.

It is hereby **ORDERED** that this case shall proceed with the following schedule:

| | |
|---|---|
| Deadline to Exchange Witness Lists | 6/15/07 |
| Interstate's Response to Third Party Complaint Due | 6/25/07 |
| Deadline for Interstate to Exchange Witness List | 6/29/07 |
| Class Certification Discovery Cutoff | 8/24/07 |
| Deadline for Proponent's R.26(a) Disclosures | 9/10/07 |
| Deadline for Joinder of Parties and Amendment of Pleadings | 9/10/07 |
| Deadline for Respondent's R.26(a) Disclosures | 9/28/07 |
| Russian Hotel Owners' Response to Third Party Complaint Due | 10/1/07 |
| Deadline for Class Certification Motion | 10/5/07 |

| | |
|---|---|
| Deadline for Opposition to Class Certification Motion | 11/5/07 |
| Deadline for Reply to Opposition to Class Certification Motion | 11/20/07 |
| All Discovery Closed | 12/14/07 |
| Deadline for Dispositive Motions | 2/12/08 |
| Pretrial Conference | TBD |

Dated: _____                        _____
                                              Gladys Kessler
                                              United States District Court Judge