**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **BRITT A. SHAW, et al.** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 05-1138 (GK)** |
| **v.** | ) | |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**PROPOSED ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion for Amended Scheduling Order, the Court hereby grants the motion as submitted.

It is hereby **ORDERED** that this case shall proceed with the following schedule:

| | |
|---|---|
| Deadline to Exchange Witness Lists | 6/15/07 |
| Interstate's Response to Third Party Complaint Due | 6/25/07 |
| Deadline for Interstate to Exchange Witness List | 6/29/07 |
| Class Certification Discovery Cutoff | 8/24/07 |
| Deadline for Proponent's R.26(a) Disclosures | 9/10/07 |
| Deadline for Joinder of Parties and<br>    Amendment of Pleadings | 9/10/07 |
| Deadline for Respondent's R.26(a) Disclosures | 9/28/07 |
| Russian Hotel Owners'<br>    Response to Third Party Complaint Due | 10/1/07 |
| Deadline for Class Certification Motion | 10/5/07 |

Deadline for Opposition to
    Class Certification Motion                        11/5/07

Deadline for Reply to Opposition to
    Class Certification Motion                        11/20/07

All Discovery Closed                               12/14/07

Deadline for Dispositive Motions                  2/12/08

Pretrial Conference                                TBD


Dated: _____              _____

                                          Gladys Kessler
                                        United States District Court Judge