UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRITT A. SHAW**, *et al.*, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-1138 (GK) |
| | : | |
| **MARRIOTT INTERNATIONAL, INC.**, | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the parties' Joint Motion for Amended Scheduling Order, it is this 11th day of June, 2007, hereby

**ORDERED**, that the Motion is **granted**; and it is further

**ORDERED**, that the case shall proceed with the following schedule:

| | |
|---|---|
| Deadline to Exchange Witness Lists: | 6/15/07 |
| Interstate's Response to Third Party Complaint due: | 6/25/07 |
| Deadline for Interstate to Exchange Witness List: | 6/29/07 |
| Class Certification Discovery Cutoff: | 8/24/07 |
| Deadline for Plaintiffs' R. 26(a) Disclosures: | 9/10/07 |
| Deadline for Joinder of Parties and Amendment of Pleadings: | 9/10/07 |
| Deadline for Defendant's R. 26(a) Disclosures: | 9/28/07 |
| Russian Hotel Owners' Response to Third Party Complaint Due: | 10/1/07 |
| Deadline for Class Certification Motion: | 10/5/07 |

| | |
|---|---|
| Deadline for Opposition to Class Certification Motion: | 11/5/07 |
| Deadline for Reply to Opposition to Class Certification Motion: | 11/20/07 |
| All discovery closes: | 12/14/07 |
| Deadline for Dispositive Motions: | 2/12/08 |
| Pretrial Conference: | TBD |

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**