AO 458 (Rev. 11/04 /DC)-Appearance

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BRITT SHAW, et al.
)
        Plaintiff(s)    )    **APPEARANCE**
)
)
        vs.    )    CASE NUMBER    05-1138(GK)
)
MARRIOTT INTERNATIONAL, INC.    )

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of    VICTORIA E. BRIEANT    as counsel in this
        (Attorney's Name)

case for: INTERSTATE HOTELS CORP., COLONY HOTELS AND RESORTS CO., INTERSTATE HOTELS, LLC.
        (Name of party or parties)

June 22, 2007                     /s/ VICTORIA E. BRIEANT
Date                                   Signature

                                          VICTORIA E. BRIEANT
                                          Print Name

NY0078                             180 MAIDEN LANE
BAR IDENTIFICATION             Address

                                          NEW YORK, NY           10038
                                          City          State          Zip Code

                                          (212) 806-5400
                                          Phone Number