## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.*<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>　　　Defendant<br>―――――――――――――――――――<br>MARRIOTT INTERNATIONAL, INC.<br><br>　　　Defendant-Third Party Plaintiff,<br><br>　　　vs.<br><br>JOINT-STOCK COMPANY "GRAND HOTEL",<br>ZAO TVERSKAYA HOTEL,<br>OOO "AURORA-LUX",<br>INTERSTATE HOTELS CORPORATION<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203,<br>COLONY HOTELS AND RESORTS COMPANY<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203,<br>and<br>INTERSTATE HOTELS, LLC,<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203.<br><br>　　　Third-Party Defendants. | Civil Action No. 05-1138 (GK) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for third-party defendants Interstate Hotels Corporation, Colony Hotels and Resorts Company, and Interstate Hotels LLC (the "Interstate Parties"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of the Interstate Parties which have any outstanding securities in the hands of the public.

Interstate Hotels & Resorts, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Attorney of Record for Interstate Hotels Corporation, Colony Hotels and Resorts Company, and Interstate Hotels LLC.

Dated: June 25, 2007
       New York, NY                    /s/ Victoria E. Brieant
                                       _____
                                       Cecelia L. Fanelli (admission pending)
                                       Victoria E. Brieant (D.D.C. Bar No. NY0078)

                                       STROOCK & STROOCK & LAVAN LLP
                                       180 Maiden Lane
                                       New York, New York 10038-4982
                                       Telephone: (212) 806-5400
                                       Facsimile: (212) 806-6006

                                       Attorneys for Third-Party Defendants
                                       Interstate Hotels Corporation, Colony
                                       Hotels and Resorts Company, and
                                       Interstate Hotels LLC

1