**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRITT A. SHAW, *et al.*<br><br>    Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>    Defendant<br>―――――――――――――――――――<br>MARRIOTT INTERNATIONAL, INC.<br><br>    Defendant-Third Party Plaintiff,<br><br>vs.<br><br>JOINT-STOCK COMPANY "GRAND HOTEL",<br>ZAO TVERSKAYA HOTEL,<br>OOO "AURORA-LUX",<br>INTERSTATE HOTELS CORPORATION<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203,<br>COLONY HOTELS AND RESORTS COMPANY<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203,<br>and<br>INTERSTATE HOTELS, LLC,<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203,<br><br>    Third-Party Defendants | Civil Action No. 05-1138 (GK) |

**DECLARATION OF CECELIA L. FANELLI IN SUPPORT OF THE INTERSTATE PARTIES' PETITION TO DISMISS DEFENDANT MARRIOTT INTERNATIONAL'S THIRD-PARTY COMPLAINT PURSUANT TO THE CONVENTION ON THE RECOGNITION AND ENFORCEMENT OF FOREIGN ARBITRAL AWARDS AND THE FEDERAL ARBITRATION ACT**

CECELIA L. FANELLI declares as follows:

1. I am a partner of the law firm of Stroock & Stroock & Lavan LLP, a member in good standing of the bars of New York and Pennsylvania, and a pending applicant for admission to practice before this Court. I am counsel for third-party defendants Interstate Hotels Corporation, Colony Hotels and Resorts Company, and Interstate Hotels LLC (collectively, the "Interstate Parties") in this action. I make this Declaration in support of the Interstate Parties' Petition to Dismiss Defendant Marriott International's Third-Party Complaint Pursuant To The Convention on the Recognition and Enforcement of Foreign Arbitral Awards and the Federal Arbitration Act.

2. True and correct copies of Sections 7.1(A), 25.3, and 26.1 of the Moscow Marriott Grand Hotel License Agreement among Marriott Hotels of Amsterdam, B.V., Marriott Worldwide Corporation, Joint-Stock Company "Mospromstroi" and Interstate Hotels Corporation, dated June 5, 1997, are attached hereto as **Exhibit A**.

3. True and correct copies of Sections 7.1(A), 25.3, and 26.1 of the Moscow Marriott Hotel Tverskaya License Agreement among Marriott Hotels of Amsterdam, B.V., Marriott Worldwide Corporation, ZAO Tverskaya and Interstate Hotels Corporation, dated August 10, 1998, are attached hereto as **Exhibit B**.

4. True and correct copies of Sections 7.1(A), 25.3, and 26.1 of the Marriott City Centre Hotel Moscow License Agreement among Marriott Hotels of Amsterdam, B.V., Marriott Worldwide Corporation, OOO "Aurora Lux" and Interstate Hotels Corporation, dated August 10, 1998, are attached hereto as **Exhibit C**.

5. A true and correct copy Article 21(1) of the United Nations Commission on International Trade Law (UNCITRAL) Arbitration Rules, as downloaded from the UNICTRAL

website, are attached hereto as **Exhibit D**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2007

/s/ Cecelia L. Fanelli

Cecelia L. Fanelli (admission pending)