# EXHIBIT D



# UNITED NATIONS COMMISSION ON INTERNATIONAL TRADE LAW (UNCITRAL)

## *UNCITRAL Arbitration Rules*

### GENERAL ASSEMBLY RESOLUTION 31/98

## Section I. Introductory rules

Scope of application (article 1) and model arbitration clause
Notice, calculation of periods of time (article 2)
Notice of arbitration (article 3)
Representation and assistance (article 4)

## Section II. Composition of the arbitral tribunal

Number of arbitrators (article 5)
Appointment of arbitrators (articles 6 to 8)
Challenge of arbitrators (articles 9 to 12)
Replacement of an arbitrator (article 13)
Repetition of hearings in the event of the replacement of an arbitrator (article 14)

## Section III. Arbitral proceedings

General provisions (article 15)

Place of arbitration (article 16)
Language (article 17)
Statement of claim (article 18)
Statement of defence (article 19)
Amendments to the claim or defence (article 20)
Pleas as to the jurisdiction of the arbitral tribunal (article 21)
Further written statements (article 22)
Periods of time (article 23)
Evidence and hearings (articles 24 and 25)
Interim measures of protection (article 26)
Experts (article 27)
Default (article 28)
Closure of hearings (article 29)
Waiver of rules (article 30)

## Section IV The award

Decisions (article 31)
Form and effect of the award (article 32)
Applicable law, amiable compositeur (article 33)
Settlement or other grounds for termination (article 34)
Interpretation of the award (article 35)
Correction of the award (article 36)
Additional award (article 37)
Costs (articles 38 to 40)
Deposit of costs (article 41)

## RESOLUTION 31/98 ADOPTED BY THE GENERAL ASSEMBLY ON 15 DECEMBER 1976

31/98. Arbitration Rules of the United Nations Commission on International Trade Law

*The General Assembly*,

*Recognizing* the value of arbitration as a method of settling disputes arising in the context of international commercial relations,

*Being convinced* that the establishment of rules for ad hoc arbitration that are acceptable in countries with different legal, social and economic systems would significantly contribute to the development of harmonious international economic relations,

*Bearing in mind* that the Arbitration Rules of the United Nations Commission on International Trade Law have been prepared after extensive consultation with arbitral institutions and centres of international commercial arbitration,

*Noting* that the Arbitration Rules were adopted by the United Nations Commission on International Trade Law at its ninth session 1/ after due deliberation,

1. *Recommends* the use of the Arbitration Rules of the United Nations Commission on International Trade Law in the settlement of disputes arising in the context of international commercial relations, particularly by reference to the Arbitration Rules in commercial contracts;

2. *Requests* the Secretary-General to arrange for the widest possible distribution of the Arbitration Rules.

———————

1/ *Official Records of the General Assembly, Thirty-first Session, Supplement No. 17* (A/31/17), chap. V, sect. C.

# UNCITRAL ARBITRATION RULES

## Section I. Introductory rules

*SCOPE OF APPLICATION*

*STATEMENT OF DEFENCE*

## Article 19

1. Within a period of time to be determined by the arbitral tribunal, the respondent shall communicate his statement of defence in writing to the claimant and to each of the arbitrators.

2. The statement of defence shall reply to the particulars *(b)*, *(c)* and *(d)* of the statement of claim (article 18, para. 2). The respondent may annex to his statement the documents on which he relies for his defence or may add a reference to the documents or other evidence he will submit.

3. In his statement of defence, or at a later stage in the arbitral proceedings if the arbitral tribunal decides that the delay was justified under the circumstances, the respondent may make a counter-claim arising out of the same contract or rely on a claim arising out of the same contract for the purpose of a set-off.

4. The provisions of article 18, paragraph 2, shall apply to a counter-claim and a claim relied on for the purpose of a set-off.


*AMENDMENTS TO THE CLAIM OR DEFENCE*

## Article 20

During the course of the arbitral proceedings either party may amend or supplement his claim or defence unless the arbitral tribunal considers it inappropriate to allow such amendment having regard to the delay in making it or prejudice to the other party or any other circumstances. However, a claim may not be amended in such a manner that the amended claim falls outside the scope of the arbitration clause or separate arbitration agreement.


*PLEAS AS TO THE JURISDICTION OF THE ARBITRAL TRIBUNAL*

**Article 21**

1. The arbitral tribunal shall have the power to rule on objections that it has no jurisdiction, including any objections with respect to the existence or validity of the arbitration clause or of the separate arbitration agreement.

2. The arbitral tribunal shall have the power to determine the existence or the validity of the contract of which an arbitration clause forms a part. For the purposes of article 21, an arbitration clause which forms part of a contract and which provides for arbitration under these Rules shall be treated as an agreement independent of the other terms of the contract. A decision by the arbitral tribunal that the contract is null and void shall not entail *ipso jure* the invalidity of the arbitration clause.

3. A plea that the arbitral tribunal does not have jurisdiction shall be raised not later than in the statement of defence or, with respect to a counter-claim, in the reply to the counter-claim.

4. In general, the arbitral tribunal should rule on a plea concerning its jurisdiction as a preliminary question. However, the arbitral tribunal may proceed with the arbitration and rule on such a plea in their final award.


*FURTHER WRITTEN STATEMENTS*

**Article 22**

The arbitral tribunal shall decide which further written statements, in addition to the statement of claim and the statement of defence, shall be required from the parties or may be presented by them and shall fix the periods of time for communicating such statements.


*PERIODS OF TIME*

**Article 23**