UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.*<br><br> Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br> Defendant<br>────────────────────────────<br>MARRIOTT INTERNATIONAL, INC.<br><br> Defendant-Third Party Plaintiff,<br><br>vs.<br><br>JOINT-STOCK COMPANY "GRAND HOTEL",<br>ZAO TVERSKAYA HOTEL,<br>OOO "AURORA-LUX",<br>INTERSTATE HOTELS CORPORATION<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203,<br>COLONY HOTELS AND RESORTS COMPANY<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203,<br>and<br>INTERSTATE HOTELS, LLC,<br>4501 N. Fairfax Dr., Ste. 500<br>Arlington VA 22203,<br><br> Third-Party Defendants. | Civil Action No. 05-1138 (GK) |

## [PROPOSED] ORDER

Upon consideration of the Interstate Parties' Petition to Dismiss Defendant Marriott International's Third-Party Complaint Pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards and the Federal Arbitration Act ("Petition"), the declarations and memoranda of law submitted in support of and opposition thereto, and the arguments of counsel, it is hereby ORDERED that the Petition is GRANTED in full; and it is

further ORDERED that Marriott International's Third-Party Complaint is dismissed in its entirety with prejudice with respect to all causes of action against Third-Party Defendants Interstate Hotels Corporation, Colony Hotels and Resorts Company, and Interstate Hotels LLC.

Dated: _____, 2007   _____
                                Gladys Kessler
                                United States District Judge