IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al*,<br>on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JOINT-STOCK COMPANY "ORIGINAL DEFENDANT GRAND HOTEL," et al.,<br><br>    Third-Party Defendants | Civil Action No. 05-1138 (GK) |

**CONSENT MOTION TO ENLARGE TIME FOR SUBSEQUENT
BRIEFING ON THE INTERSTATE PARTIES' PETITION TO DISMISS
MARRIOTT INTERNATIONAL INC.'S THIRD-PARTY COMPLAINT**

Original Defendant/Third-Party Plaintiff, Marriott International, Inc. ("Marriott") and Third-Party Defendants Interstate Hotels Corporation, Colony Hotels and Resorts Company, and Interstate Hotels, LLC ("Interstate Parties") by their undersigned counsel, hereby move to enlarge the time for subsequent briefing on the Interstate Parties' Petition to Dismiss Marriott's Third-Party Complaint ("Petition"). Counsel for both parties have conferred and agreed to a deadline of up to and including July 16th for Marriott's response to the Petition and up to and including July 31st for the Interstate Parties' reply.

WHEREFORE, Marriott and the Interstate Parties respectfully request that the Court approve this consent motion and order the enlargement of time.

| DLA PIPER US LLP | STROOCK & STROOCK & LAVAN LLP |
|---|---|
| /s/ Joel Dewey | /s/ Victoria Brieant |
| Joel Dewey (Bar No. 358175) | Victoria Brieant |
| Benjamin S. Boyd (Bar No. 413698) | |
| Jeffrey E. Gordon (Bar No. MD23264) | Stroock & Stroock & Lavan LLP |
| Sonia Cho (Bar No. MD26995) | 180 Maiden Lane |
| Jennifer Skaggs (Bar No. 500014) | New York, New York 10038 |
| | |
| DLA Piper US LLP | Tel.: (212)-806-5400 |
| 6225 Smith Avenue | Fax:: (212)-806-6006 |
| Baltimore, Maryland 21209 | |
| Tel.: (410) 580-3000 | *Attorneys for Third-Party Defendants* |
| Fax: (410) 580-3001 | *Interstate Hotels, LLC, Interstate Hotels Corporation, and Colony Hotels and Resorts Company* |
| *Attorneys for Original Defendant/ Third-Party Plaintiff Marriott International, Inc.* | |

Dated: _____, 2007

SO ORDERED:

_____
Gladys Kessler
Untied States District Court Judge

Dated: July, 6, 2007

/s/ Joel Dewey
Joel Dewey (Bar No. 358175)
Benjamin S. Boyd (Bar No. 413698)
Jeffrey E. Gordon (Bar No. MD23264)
Sonia Cho (Bar No. MD26995)
Jennifer Skaggs (Bar No. 500014)

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)

*Attorneys for Original Defendant/Third-Party Plaintiff Marriott International, Inc.*

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, a copy of Consent Motion to Enlarge Time for Subsequent Briefing on the Interstate Parties' Petition to Dismiss Marriott International Inc.'s Third-Party Complaint was served electronically and mailed, postage prepaid, to:

> Paul D. Cullen, Sr., Esquire
> Joyce E. Mayers, Esquire
> Randall Herrick-Stare, Esquire
> Amy M. Lloyd, Esquire
> The Cullen Law Firm, PLLC
> 1101 30th Street NW, Suite 300
> Washington, DC 20007
> ***Counsel for Plaintiffs***

/s/ Joel Dewey
Joel Dewey