IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated, <br><br>**Serve on:** <br><br>Paul D. Cullen, Sr. <br>The Cullen Law Firm <br>1101 30th St., NW, Suite 300 <br>Washington, D.C. 20007 <br><br>　　　　　Plaintiffs, <br>　v. <br><br>MARRIOTT INTERNATIONAL, INC. <br>10400 Fernwood Road <br>Bethesda, Maryland 20817 <br><br>　　　　　Defendant/Third-Party Plaintiff <br><br>　v. <br><br>JOINT-STOCK COMPANY "GRAND-HOTEL" <br><br>**Serve on:** <br><br>ul. Pervaya Miusskaya, House #3 <br>Moscow 125047 Russia <br><br>and <br><br>ZAO TVERSKAYA HOTEL <br><br>**Serve on:** <br><br>31, 1st Tverskaya-Yamskaya Street <br>Moscow, Russia <br>and | Civil Action No. 05-1138 (GK) |

1

OOO "AURORA-LUX"

**Serve on:**

c/o Joint-Stock Company "Mospromstroi"
23/15-1, Chekhova Str.
Moscow 101443 Russia

and

INTERSTATE HOTELS CORPORATION

**Serve on:**

Foster Plaza Ten
680 Andersen Drive
Pittsburgh, Pennsylvania
Attn: Senior V.P.

and

COLONY HOTELS AND
RESORTS COMPANY

**Serve on:**

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

and

INTERSTATE HOTELS, LLC

**Serve on:**

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

                Third-Party Defendants.

## NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

Original Defendant/Third Party Plaintiff Marriott International, Inc., by and through its attorneys, hereby dismisses its Third Party Complaint, filed on March 15, 2007 against Third Party Defendants Joint-Stock Company "Grand Hotel," Zao Tverskaya Hotel, OOO "Aurora-Lux," Interstate Hotels Corporation, Colony Hotels and Resorts Company, and Interstate Hotels, LLC. Pursuant to Federal Rule of Civil Procedure 41(a), this dismissal is without prejudice.

Dated: July 16, 2007                           Respectfully submitted,

                                                /s/ Joel Dewey
                                                Joel Dewey (Bar No. 358175)
                                                Benjamin S. Boyd (Bar No. 413698)
                                                Jeffrey E. Gordon (Bar No. MD23264)
                                                Sonia Cho (Bar No. MD26995)
                                                Jennifer Skaggs (Bar No. 500014)

                                                DLA Piper US LLP
                                                6225 Smith Avenue
                                                Baltimore, Maryland 21209
                                                Tel.: (410) 580-3000
                                                Fax: (410) 580-3001

                                                *Attorneys for Original Defendant/*
                                                *Third-Party Plaintiff*
                                                *Marriott International, Inc.*

BALT2\4321835.1

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, a copy of Notice Of Dismissal Pursuant To Federal Rule Of Civil Procedure 41(a) was served electronically and mailed, postage prepaid, to:

>Paul D. Cullen, Sr., Esquire
>Joyce E. Mayers, Esquire
>Randall Herrick-Stare, Esquire
>Amy M. Lloyd, Esquire
>The Cullen Law Firm, PLLC
>1101 30th Street NW, Suite 300
>Washington, DC 20007
>
>*Counsel for Original Plaintiffs, Britt A. Shaw, et al.*
>
>Victoria Brieant, Esquire
>Stroock & Stroock & Lavan LLP
>180 Maiden Lane
>New York, New York 10038
>
>*Counsel for Third Party Defendants,*
>*Interstate Hotels Corporation, Colony Hotels*
>*and Resorts Company, and Interstate Hotels, LLC*

                    /s/ Joel Dewey
                    Joel Dewey