AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Britt A. Shaw, et al.

       Plaintiff(s)          )    **APPEARANCE**

        vs.               )    CASE NUMBER  05-1138 (GK)

Marriott International, Inc.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Holly Drumheller Butler__ as counsel in this
                                 (Attorney's Name)

case for: __Marriott International, Inc.__
              (Name of party or parties)

__August 8, 2007__
Date

__459681__
BAR IDENTIFICATION

_[Signature]_
Signature

Holly Drumheller Butler
Print Name

6225 Smith Avenue
Address

Baltimore, MD     21209
City    State     Zip Code

(410) 580-4117
Phone Number