UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No. 05-1138 (GK)** |
| v. ) | **(Class Certification Motion:** |
| ) | **October 5, 2007)** |
| ) | |
| **MARRIOTT INTERNATIONAL, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**UNOPPOSED MOTION FOR SECOND AMENDED SCHEDULING ORDER**

Pursuant to LCvR 16.4 and the Court's June 11, 2007 Amended Scheduling Order (Doc. # 42), Plaintiffs respectfully submit this Unopposed Motion for Second Amended Scheduling Order. The proposed second amended scheduling order extends by 3 weeks the deadlines for: Joinder of Parties and Amendment of Pleadings; Plaintiffs' 26(a) disclosures; and Marriott's 26(a) disclosures. Should the Court enter this Order, this would move the Plaintiffs' September 10th deadlines to October 1st and Marriott's September 28th deadline to October 19th. The parties have conferred and counsel for Marriott does not oppose this motion. These schedule changes will not affect the schedule for class certification briefing.

| Subject | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Proponent's R.26(a) Disclosures; and Deadline for Joinder of Parties and Amendment of Pleadings | 9/10/07 | 10/1/07 |
| Deadline for Respondent's R.26(a) Disclosures | 9/28/07 | 10/19/07 |

Per Paragraph 11 of the Scheduling Order, the Plaintiffs state that this extension is for compelling reasons including unanticipated workload issues and travel in other matters as well as an ongoing evaluation of deposition testimony and documents produced in discovery by Marriott. Plaintiffs respectfully request that the Court grant this Second Amended Scheduling Order. A proposed order is attached hereto.

    Respectfully submitted,

    Counsel for Plaintiffs:

    /s/ Paul D. Cullen, Sr.
    Paul D. Cullen, Sr.
    Randall S. Herrick-Stare
    Joyce E. Mayers
    Amy M. Lloyd
    The Cullen Law Firm
    1101 30th St., NW, Suite 300
    Washington, D.C. 20007
    Phone: 202-944-8600
    Facsimile: 202-944-8611

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Unopposed Motion for Second Amended Scheduling Order has been served by First-Class Mail on this 6th day of September, 2007 to:

Benjamin S. Boyd
DLA Piper
1200 19th Street, N.W.
7th floor
Washington, D.C.  20036-2412

Joel Dewey
Holly Drumheller Butler
Sonia Cho
Jeffrey E. Gordon
DLA Piper
6225 smith Avenue
Baltimore, MD.  21209

   s/Paul D. Cullen, Sr.
Paul D. Cullen, Sr.