## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| **MARRIOTT INTERNATIONAL, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## PROPOSED ORDER AMENDING SCHEDULING ORDER

Upon consideration of the Unopposed Motion for Second Amended Scheduling Order, the Court hereby grants the motion as submitted.

It is hereby **ORDERED** that this case shall proceed with the following schedule:

| | |
|---|---|
| Deadline for Proponent's R.26(a) Disclosures | 10/1/07 |
| Deadline for Joinder of Parties and Amendment of Pleadings | 10/1/07 |
| Deadline for Respondent's R.26(a) Disclosures | 10/19/07 |
| Deadline for Class Certification Motion | 10/5/07 |
| Deadline for Opposition to Class Certification Motion | 11/5/07 |
| Deadline for Reply to Opposition to Class Certification Motion | 11/20/07 |
| All Discovery Closed | 12/14/07 |
| Deadline for Dispositive Motions | 2/12/08 |
| Pretrial Conference | TBD |

Dated: _____                    _____

Gladys Kessler
United States District Court Judge