UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRITT A. SHAW**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-1138 (GK) |
| | : | |
| **MARRIOTT INTERNATIONAL, INC.**, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Unopposed Motion for Second Amended Scheduling Order, the Court hereby grants the motion as submitted.

It is hereby **ORDERED** that this case shall proceed with the following schedule:

| | |
|---|---|
| Deadline for Proponent's R. 26(a) Disclosures | 10/1/07 |
| Deadline for Joinder of Parties and Amendment of Pleadings | 10/1/07 |
| Deadline for Respondent's R. 26(a) Disclosures | 10/19/07 |
| Deadline for Class Certification Motion | 10/5/07 |
| Deadline for Opposition to Class Certification Motion | 11/5/07 |
| Deadline for Reply in Support of Class Certification Motion | 11/20/07 |
| All Discovery Closed | 12/14/07 |
| Deadline for Dispositive Motions | 2/12/08 |
| Pretrial Conference | 4/14/07 at 4:15 p.m. |

September 7, 2007

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**