UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>Defendant. | Civil Action No. 05-1138 (GK)<br>(Status conference: October 3, 2007) |

## JOINT MOTION FOR CONTINUANCE
## OF OCTOBER 3, 2007 STATUS CONFERENCE

Pursuant to LCvR 16.4 and the Court's March 15, 2007 Scheduling Order, the parties respectfully submit this Joint Motion for Continuance of October 3, 2007 Status Conference and state as follows.

1. The Court's March 15, 2007 Scheduling Order ("Scheduling Order") set a Status Conference for October 3, 2007, the purpose of which was to "advise the Court of the expected length of trial and the number of fact and expert witnesses that party will present." Scheduling Order ¶ 2.

2. In light of this language and the fact that the Scheduling Order originally set a deadline for class certification briefing of September 14, 2007 and a discovery cutoff date of September 28, 2007, it appears that, in setting a status conference for October 3, 2007, the Court contemplated that all discovery would be complete, the class certification issue would be fully briefed, and the case would be ready for trial.

3.      The Court has since granted two motions amending the Scheduling Order. On June 11, 2007, the Court granted the parties' Joint Motion for Amended Scheduling Order. The Amended Scheduling Order sets a deadline for class certification briefing of November 20, 2007 and a discovery cutoff date of December 14, 2007. On September 7, 2007, the Court granted Plaintiffs' Unopposed Motion for Second Amended Scheduling Order. The Second Amended Scheduling Order retains the same deadlines for discovery and class certification briefing as the Amended Scheduling Order but extended the parties' expert disclosure deadlines until October 1 and 19, 2007, respectively.

4.      As a result of the entries of the Amended Scheduling Order and Second Amended Scheduling Order, none of the anticipated conditions for the October 3, 2007 Status Conference will be satisfied by that date. Class certification issues will not be fully briefed, all expert disclosure deadlines will not have passed, and discovery will not be closed. For these reasons, the parties respectfully suggest that proceeding with the status conference on October 3, 2007 would not be an efficient or productive use of the Court's time.

5.      Additionally, the parties are considering ADR proceedings, perhaps before a private mediator, after the close of class certification briefing on November 20, 2007, but before the end of the year. The parties have agreed to confer further over the course of the next two weeks in an attempt to confirm agreement on a mediator and a mediation date. Upon agreement, or lack thereof, the parties will inform the Court of the status of agreement on ADR efforts.

6.      Accordingly, in light of these circumstances, the parties respectfully request that this Court continue the October 3, 2007 Status Conference until a date after December 21, 2007. By that date, discovery will have closed and, if the parties have not resolved the claims in mediation, they will be in a position to discuss the expected length of trial and the number of fact

BALT2\4333591.3

and expert witnesses the parties will present, consistent with the Court's purpose in holding such a status conference.

7. A proposed order is attached hereto.

Respectfully submitted,

Counsel for Plaintiffs:

Paul D. Cullen Sr
Randall S. Herrick-Stare
Joyce E. Mayers
Amy M. Lloyd
The Cullen Law Firm PLLC
1101 30th St., NW, Suite 300
Washington, D.C. 20007
Phone: 202-944-8600
Facsimile: 202-944-8611

Counsel for Defendant Marriott International, Inc.:

Joel Dewey
Holly Drumheller Butler

Sonia Cho
Jennifer Skaggs
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: 410-580-3000
Facsimile: 410-580-3001

BALT2\4333591.3

and expert witnesses the parties will present, consistent with the Court's purpose in holding such a status conference.

7.   A proposed order is attached hereto.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant Marriott International, Inc.: |
|---|---|
| _____ | _____/s/_____ |
| Paul D. Cullen Sr | Joel Dewey |
| Randall S. Herrick-Stare | Holly Drumheller Butler |
| Joyce E. Mayers |  |
| Amy M. Lloyd | Sonia Cho |
| The Cullen Law Firm | Jennifer Skaggs |
| 1101 30th St., NW, Suite 300 | DLA Piper US LLP |
| Washington, D.C. 20007 | 6225 Smith Avenue |
| Phone: 202-944-8600 | Baltimore, MD  21209-3600 |
| Facsimile: 202-944-8611 | Phone: 410-580-3000 |
|  | Facsimile: 410-580-3001 |

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.       )<br>                             )<br>                             )<br>Plaintiffs,                  )<br>                             )<br>v.                           )<br>                             )<br>MARRIOTT INTERNATIONAL, INC. )<br>                             )<br>Defendant.                   )<br>_____) | Civil Action No. 05-1138 (GK) |

**PROPOSED ORDER CONTINUING
OCTOBER 3, 2007 STATUS CONFERENCE**

Upon consideration of the parties' Joint Motion, for Continuance of October 3, 2007 Status Conference, the Court hereby **GRANTS** the motion as submitted.

It is hereby **ORDERED** that the October 3, 2007 Status Conference shall be continued until _____, 2008.

Dated: _____

_____
Gladys Kessler
United States District Court Judge

BALT2\4333591.3