**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRITT A. SHAW )<br>12 Sloane Avenue )<br>London, SW3 3JF, United Kingdom, )<br> )<br>IRINA PALIASHVILI )<br>4056 Mansion Drive, N.W. )<br>Washington, DC  20007, )<br> )<br>and )<br> )<br>NEAL M. CHARNESS )<br>4253 Stoddard Road )<br>West Bloomfield, Michigan, )<br> )<br>on behalf of themselves and all others )<br>similarly situated, )<br> )<br>    Plaintiffs, )<br> )<br>        v. )<br> )<br>MARRIOTT INTERNATIONAL, INC. )<br>One Marriott Drive, Washington, DC 20058 )<br> )<br>    Defendant. )<br>_____ ) | Civil Action No. 05-1138 (GK)<br>Class Action<br>Demand for Jury Trial |

**PLAINTIFFS' MOTION TO AMEND:**
**FIRST AMENDED CLASS ACTION COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

Plaintiffs Britt A. Shaw, Irina Paliashvili, and Neal M. Charness pursuant to Fed.R.Civ.P.

15 request leave to amend the FIRST AMENDED CLASS ACTION COMPLAINT AND

DEMAND FOR JURY TRIAL (First Amended Complaint) to:

   a) Add Dr. Sarah Mendelson and The Center for Strategic and International Studies, Inc. as

      additional plaintiffs;

1

    b) Dismiss the claims of Irina Paliashvili as a class representative but without prejudice to her rights as a class member; and

    c) Add allegations regarding Marriott's misrepresentations of "geographic origin" in violation of D.C. Code § 28-3904(a), (t)).

As grounds therefore, Plaintiffs state as follows:

1. In accord with the scheduling order (Document No: 42), and the modification of the scheduling order (Document No: 50), motions to amend and to add parties must be filed by October 1, 2007. This motion complies with that deadline.

2. In accord with Fed.R.Civ.P. 15(a), motions seeking leave to amend are to be "freely given when justice so requires." In this case, as set forth below, substantial interests of the tens of thousands of putative class members may be negatively affected if leave to amend is not now granted.

3. The proposed amended complaint is not substantially different than the First Amended Complaint and Marriott will not be prejudiced by these changes. Moreover, Plaintiffs will not oppose reasonable discovery by Marriott regarding the circumstances and experiences of the newly added plaintiffs.

**Withdrawal of Plaintiff Paliashvilli and the Addition of Alternative Class Representatives:**

4. For personal reasons Plaintiff Irina Paliashvili recently determined that she will be unable to fulfill her obligations as a class representative and instructed counsel to have her removed as a putative class representative in this civil action.

5. Of the hundreds of D.C. residents affected by Marriott's misrepresentations, Ms. Paliashvili was the only D.C. resident named as a plaintiff. While we believe the

        interests of D.C. residents are being fully represented by the other named plaintiffs, to the extent that the court considers the residence of the named plaintiffs as important to this case, Ms. Paliashvili's withdrawal as a class representatives jeopardizes the interests of the other named plaintiffs and the tens of thousands of putative class members.

6. It is thus appropriate and in the interest of justice to allow plaintiffs to amend the complaint to add alternative class representatives.

4. In the course of conducting discovery and investigating Marriott's acts and practices, counsel for plaintiffs learned of other D.C. based persons who were similarly affected by Marriott's misrepresentations and interested in redressing their claims in this litigation.

5. Therefore, this motion seeks leave to amend the First Amended Complaint to add Dr. Sarah Mendelson and The Center for Strategic and International Studies, Inc. as named plaintiffs and potential class representatives in lieu of Irina Paliashvili.

6. The experiences of Dr. Mendelson and CSIS are typical of the other named plaintiffs and do not raise new issues that would prejudice Marriott.

**Marriott's Misrepresentations Regarding Place of Origin:**

7. Factual representations made by Marriott since the complaint was filed suggest that Marriott's longstanding public representations as to the fact that it is headquartered in Washington, D.C. may have been false. This motion to amend seeks to add allegations stating specifically a claim based upon those likely misrepresentations.

8. A form PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL ("Second Amended Complaint") is attached to this motion to amend as Exhibit A. The only material differences between the proposed Second Amended Complaint and the First Amended Complaint are:

    a.    The deletions of allegations by and references to Irina Paliashvili,

    b.    The addition of allegations by and references to:

        i. Dr. Sarah Mendelson (see ¶¶ 14, 16, and 63 in the proposed Second Amended Complaint), and

        ii. The Center for Strategic and International Studies, Inc. (see ¶¶ 15, 16, and 63 in the proposed Second Amended Complaint), and

    c.    The new allegations of blameworthy conduct found at ¶¶ 36, 37, and 79 in the proposed Second Amended Complaint dealing with likely misrepresentations by Marriott as to the location of its headquarters.

9.    Because the allegations regarding the location of Marriott's place of business have been part of the case from the outset, Marriott is not prejudiced by the addition of those allegations and the associated claim.

10.    October 5, 2007 is the deadline for the Plaintiffs to file their motion for class certification. The Plaintiffs plan to meet that deadline. In anticipation of this Court looking with favor upon this motion to amend, the motion for class certification will be premised upon the experiences and circumstances of the two plaintiffs added by this motion to amend.

11.    Procedurally, in order to assure that a Fed.R.Civ.P. 54 "final judgment" is entered regarding the claims of Irina Paliashvili, it is appropriate that her claims as a class representative be dismissed. To avoid prejudice to her interests as a class member, it is appropriate that her claims not be dismissed with prejudice. Thus, it is proposed that an

order enter dismissing only her class representative claims, e.g. claim to an incentive award, without prejudice to her claims as a class member.

WHEREFORE, the Plaintiffs pray that this Court enter an order:

a. Granting leave to amend the First Amended Complaint.

b. Accepting for filing on the day such leave is granted Plaintiffs' Second Amended Complaint declaring that for purposes of calculating deadlines the Plaintiffs' Second Amended Complaint be deemed to have been served upon Marriott on the day such leave is granted,

c. Dismissing, without prejudice to her interests as a putative class member, the claims of Irina Paliashvili as class representative,

d. Granting to Marriott a reasonable time to conduct discovery limited to the circumstances and experiences of the newly added Plaintiffs,

e. Such other relief as to the Court seems appropriate.

Respectfully submitted,

\_\_\_\_s/ Paul D. Cullen, Sr._____

| Of Counsel: | Paul D. Cullen, Sr., D.C. Bar No. 100230 |
| --- | --- |
| | Randall S. Herrick-Stare, D.C. Bar No. 482752 |
| Mark W. Borghesani, Esq. | Joyce E Mayers, D.C. Bar No. 268227 |
| D.C. Bar No. 426734 | Amy M. Lloyd, D.C. Bar No. 975887 |
| 19 Sivtsez Vrazhek Per., kv. 10 | THE CULLEN LAW FIRM, PLLC |
| Moscow 119003 Russia | 1101 30th Street, N.W., Suite 300 |
| +7-916-640-0290 (Telephone) | Washington, DC 20007 |
| | (202) 944-8600 (Telephone) |
| | (202) 944-8611 (Telecopier) |
| | |
| | Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiffs' Motion To Amend: First Amended Class Action Complaint And Demand For Jury Trial has been served upon the persons below by electronic means on this 1st day of October, 2007:

Benjamin S. Boyd
DLA Piper
1200 19th Street, N.W.
7th floor
Washington, D.C.  20036-2412
Benjamin.boyd@dlapiper.com


Joel Dewey
Holly Drumheller Butler
Sonia Cho
Jeffrey E. Gordon
DLA Piper
6225 Smith Avenue
Baltimore, MD.  21209
Joel.dewey@dlapiper.com
Holly.butler@dlapiper.com
Sonia.cho@dlapiper.com
Jeffrey.gordon@dlapiper.com


                s/Paul D. Cullen, Sr.
                Paul D. Cullen, Sr.