UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.*  )<br>)<br>)<br>Plaintiffs,  )<br>)  Civil Action No. 05-1138 (GK)<br>v.  )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC.  )<br>)<br>Defendant.  )<br>_____) | |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Britt A. Shaw, Neal M. Charness, and Irina Paliashvili, on behalf of themselves and all others similarly situated, pursuant to Rule 23(a) and 23(b)(3), respectfully move this Court to enter an order determining that this action should be maintained as a class action.

Plaintiffs seek to certify a class defined as:

> All persons who booked a room reservation at a Marriott hotel property in Russia through the Marriott Reservation System, who received a room rate confirmation stated in U.S. Dollars, and whose final bill at checkout was stated in Russian Rubles.

As demonstrated in the supporting memorandum of law, exhibits and declarations filed herewith, Plaintiffs have satisfied the requirements of Rule 23(a) and 23(b)(3). Accordingly, Plaintiffs request that this action be certified as a class action.

Respectfully submitted,

/s/ Randall S. Herrick-Stare

| | |
|---|---|
| Of Counsel:<br>Mark W. Borghesani, Esq.<br>19 Sivtsev Vrazhek Per., kv. 10<br>Moscow 119003 Russia<br>+7-916-640-0290 (Tel.) | Paul D. Cullen, Sr.<br>Joyce E. Mayers<br>Randall Herrick-Stare<br>Amy M. Lloyd<br>The Cullen Law Firm, PLLC<br>1101 30th Street NW, Suite 300<br>Washington, DC 20007<br>(202) 944-8600<br><br>Counsel for Plaintiffs |

Dated: October 5, 2007