UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>Defendant. | Civil Action No. 05-1138 (GK)<br>(Status conference: January 3, 2007) |

## MARRIOTT INTERNATIONAL, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND FIRST AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 15, Marriott International, Inc. ("Marriott") responds to Plaintiffs' Motion to Amend First Amended Class Action Complaint and Demand for Jury Trial, and states as follows:

1. Marriott does not oppose Plaintiffs' Motion to Amend First Amended Class Action Complaint and Demand for Jury Trial ("Motion to Amend"). As a matter of procedure, an amendment of pleadings (including the joinder of new parties) was permitted pursuant to the Court's Second Amended Scheduling Order (filed September 7, 2007) so long as such amendment was filed by October 1, 2007. Plaintiffs' Motion to Amend was timely filed.

2. While, procedurally, Marriott does not oppose Plaintiffs' Motion to Amend, presuming this Court will grant the motion, Marriott reserves the following rights.

3. Marriott reserves its rights to file preliminary motions and responsive pleadings to Plaintiffs' Second Amended Class Action Complaint and Demand for Jury Trial ("Second Amended Complaint"). Accordingly, Marriott respectfully requests that it be permitted fifteen

BALT2\4334513.1

(15) days from the entry of this Court's order granting Plaintiffs' Motion to Amend to file such motions and responsive pleadings.

4. Additionally, as Plaintiffs have already agreed "to give Marriott a reasonable time to conduct discovery," (see Plaintiffs' Motion to Amend p. 5), Marriott reserves the right to request that this Court amend the Second Amended Scheduling Order so that Marriott may conduct discovery of the additional parties named in Plaintiffs' Second Amended Complaint prior to designating any experts or responding to any motion for class certification.

5. In furtherance of this objective, on October 3, 2007, Marriott proposed a revised schedule to Plaintiffs' counsel, and the parties currently are working together to agree on a joint proposed scheduling order to accommodate the additional discovery and other issues generated by the filing of Plaintiffs' Second Amended Complaint. The parties anticipate submitting a proposed schedule to the Court next week. To the extent that the parties are unable to agree on any specific aspects of a new proposed scheduling order, the parties respectfully request that the Court settle the disagreement by setting the dates it deems appropriate.

6. A proposed order consistent with these points is attached hereto.

Respectfully submitted,

/s/ Joel A. Dewey
Joel A. Dewey (Bar No. 358175)
Holly Butler (Bar No. 459681)
Sonia Cho (Bar No. MD26995)
Jennifer Skaggs (Bar No. 500014)
DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)
*Attorneys for Defendant*
*Marriott International, Inc.*

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER SETTING DEADLINE FOR MARRIOTT INTERNATIONAL, INC. TO FILE MOTIONS AND RESPONSIVE PLEADINGS TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**

Upon consideration of Marriott International Inc.'s response to Plaintiffs' Motion to Amend First Amended Class Action Complaint and Demand For Jury Trial, the Court hereby **ORDERS** that Marriott International Inc. shall have fifteen (15) days from the date this Court grants Plaintiffs' Motion to Amend First Amended Class Action Complaint and Demand for Jury Trial to file motions and responsive pleadings to Plaintiffs' Second Amended Class Action Complaint and Demand for Jury Trial.

Dated: _____

_____
Gladys Kessler
United States District Court Judge

BALT2\4334513.1