UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.*  )<br>  )<br>  )<br> Plaintiffs,  )<br>  )  Civil Action No. 05-1138 (GK)<br> v.  )<br>  )<br>  )<br>MARRIOTT INTERNATIONAL, INC.  )<br>  )<br> Defendant.  )<br>_____)| |

## **PROPOSED ORDER**

Pending before the Court is Unopposed Motion to Re-File Plaintiffs' Motion for Class Certification. Having considered the Motion and the entire record in this matter, and there being no opposition thereto, the Court finds that for good cause shown, the Motion be, and hereby is, **GRANTED.**

**ORDERED** this _____ day of _____, 2007.

_____
Gladys Kessler
United States District Judge