# TABLE OF CONTENTS

1.  Deposition of Linda Ann Bartlett

2.  Moscow Marriott Hotel Tverskaya License Agreement (Bates No: 1M-00273 - 361)

3.  Deposition of Mary LoGuidice

4.  Deposition of Deborah McGrath

5.  Deposition of Jesus Humberto Chacon

6.  Marriott's "Glossary of Terms" (Bates No: 10-M-00007 -17)

7.  Marriott's Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents

8.  "Reservation Process," a set of exemplar computer screens captured and produced by Marriott  (Bates No: 4M-000543 to 551)

9.  Email reservation confirmation received by Britt Shaw (Bates No: PLF 00059-60)

10. Deposition of Neil Charness

11. Email Reservation Confirmation received by Neil Charness (Bates No: PLF 00042-45)

12. Deposition of Irina Paliashvili

13. Itinerary of Irina Paliashvili (Bates No: PLF 000073)

14. Britt Shaw's hotel bills (Bates No: PLF-00061-00062)

15. Copy of Britt Shaw's hotel bills produced by Marriott (Bates No: 1M 00667)

16. Comparison of hotel translation rates and Central Bank rates (Bates No: 4M 001968 - 1973)

17. Britt Shaw's reservation confirmation (Bates No: PLF 00059 - 60)

18. Neal Charness' reservation confirmation (Bates No: PLF 00039 - 41)

19. Irina Paliashvili's reservation confirmation (Bates No: PLF 00073)

20. Calculation of "Check-out Rate"

21. Declaration of Timothy Brickell.

22. Screen captures of Marriott Russian hotel reservations confirmations and reminders (Bates No: 9M-0095-310)

23. Entry for Britt Shaw in Marriott's cental reservation system (Bates No: 1M-00673)

24. Declaration of Paul D. Cullen Sr.