UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, *et al.*          )
                                 )
                                 )
    Plaintiffs,              )
                                 ) Civil Action No. 05-1138 (GK)
    v.                       )
                                 )
                                 )
MARRIOTT INTERNATIONAL, INC.     )
                                 )
    Defendant.               )
_____  )


**ORDER RE:**
**PLAINTIFFS' MOTION TO FILE UNDER SEAL:**
**EXHIBITS TO THEIR MEMORANDUM IN SUPPORT OF**
**MOTION FOR CLASS CERTIFICATION**

The Court having reviewed PLAINTIFFS' MOTION TO FILE UNDER SEAL: EXHIBITS TO THEIR MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, and finding good grounds therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the following documents (identified in Exhibit A to the Plaintiffs' motion) be sealed:

1. Deposition of Linda Ann Bartlett
2. Moscow Marriott Hotel Tverskaya License Agreement (Bates No: 1M-00273 - 361)
3. Deposition of Mary LoGuidice
4. Deposition of Deborah McGrath
5. Deposition of Jesus Humberto Chacon
6. Marriott's "Glossary of Terms" (Bates No: 10-M-00007 -17)
7. Marriott's Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Document.
8. "Reservation Process," a set of exemplar computer screens captured and produced by Marriott (Bates No: 4M-000543 to 551)
9. Email reservation confirmation received by Britt Shaw (Bates No: PLF 00059-60)
10. Deposition of Neil Charness

11. Email Reservation Confirmation received by Neil Charness (Bates No: PLF 00042-45)
12. Deposition of Irina Paliashvili
13. Itinerary of Irina Paliashvili (Bates No: PLF 000073)
14. Britt Shaw's hotel bills (Bates No: PLF-00061-00062)
15. Copy of Britt Shaw's hotel bills produced by Marriott (Bates No: 1M 00667)
16. Comparison of hotel translation rates and Central Bank rates (Bates No: 4M 001968 - 1973)
17. Britt Shaw's reservation confirmation (Bates No: PLF 00059 - 60)
18. Neal Charness' reservation confirmation (Bates No: PLF 00039 - 41)
19. Irina Paliashvili's reservation confirmation (Bates No: PLF 00073)
20. Calculation of "Check-out Rate"
21. Declaration of Timothy Brickell.
22. Screen captures of Marriott Russian hotel reservations confirmations and reminders (Bates No: 9M-0095-310)
23. Entry for Britt Shaw in Marriott's cental reservation system (Bates No: 1M-00673)
24. Declaration of Paul D. Cullen Sr.

Done this _____ day of _____, 2007.

By the Court:

_____