UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>)<br>Plaintiffs, )<br>) Civil Action No. 05-1138 (GK)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | |

### PLAINTIFFS' NOTICE OF FILING OF SEALED EXHIBITS

The Plaintiffs Britt A. Shaw, Neal M. Charness, and Irina Paliashvili, pursuant to LCvR 5.4(e) hereby give notice that they have filed under seal the exhibits to their Memorandum in Support of Motion for Class Certification. The exhibits included within the sealed package delivered to the clerk are the following:

1. Deposition of Linda Ann Bartlett

2. Moscow Marriott Hotel Tverskaya License Agreement (Bates No: 1M-00273 - 361)

3. Deposition of Mary LoGuidice

4. Deposition of Deborah McGrath

5. Deposition of Jesus Humberto Chacon

6. Marriott's "Glossary of Terms" (Bates No: 10-M-00007 -17)

7. Marriott's Response to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents

8. "Reservation Process," a set of exemplar computer screens captured and produced by Marriott (Bates No: 4M-000543 to 551)

9.      Email reservation confirmation received by Britt Shaw (Bates No: PLF 00059-60)

10.     Deposition of Neil Charness

11.     Email Reservation Confirmation received by Neil Charness (Bates No: PLF 00042-45)

12.     Deposition of Irina Paliashvili

13.     Itinerary of Irina Paliashvili (Bates No: PLF 000073)

14.     Britt Shaw's hotel bills (Bates No: PLF-00061-00062)

15.     Copy of Britt Shaw's hotel bills produced by Marriott (Bates No: 1M 00667)

16.     Comparison of hotel translation rates and Central Bank rates (Bates No: 4M 001968 - 1973)

17.     Britt Shaw's reservation confirmation (Bates No: PLF 00059 - 60)

18.     Neal Charness' reservation confirmation (Bates No: PLF 00039 - 41)

19.     Irina Paliashvili's reservation confirmation (Bates No: PLF 00073)

20.     Calculation of "Check-out Rate"

21.     Declaration of Timothy Brickell.

22.     Screen captures of Marriott Russian hotel reservations confirmations and reminders (Bates No: 9M-0095-310)

23.     Entry for Britt Shaw in Marriott's cental reservation system (Bates No: 1M-00673)

24.     Declaration of Paul D. Cullen Sr.

                                              Respectfully submitted:

                                              /s/ Randall S. Herrick-Stare

Of Counsel:                         Paul D. Cullen, Sr.
Mark W. Borghesani, Esq.      Joyce E. Mayers
19 Sivtsev Vrazhek Per., kv. 10    Randall Herrick-Stare
Moscow 119003 Russia          Amy M. Lloyd
+7-916-640-0290 (Tel.)           The Cullen Law Firm, PLLC
                                         1101 30th Street NW, Suite 300
                                         Washington, DC 20007
                                         (202) 944-8600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served by electronic mail and First-Class Mail on this 5th day of October on:

Benjamin S. Boyd
Holly D. Butler
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
7th floor
Washington, D.C. 20036-2412

Joel A. Dewey
Holly Butler Drumheller
Sonia Cho
Jennifer M. Skaggs
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD. 21209

                                                        /s/ Randall Herrick-Stare
                                                        Randall S. Herrick-Stare