UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>)<br>Plaintiffs, )<br>)  Civil Action No. 05-1138 (GK)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>) | |

## PROPOSED ORDER

Pending before the Court is Plaintiffs Motion seeking certification of this matter as a class action pursuant to Rule 23(a) and 23(b)(3), Fed. R. Civ. P.  Having considered the Motion, the memorandum of law, declarations and exhibits in support of the motion, the opposition thereto, and the entire record in this matter, it is **ORDERED** this _____ day of _____, 200_ that the Motion be, and hereby is, **GRANTED.**

This Court finds that Plaintiffs have satisfied the requirements of Rule 23(a): (1) The class is so numerous that joinder is impracticable.  (2) The issues of law and fact to be resolved on the merits are common to the class as a whole. (3) The claims of the named Plaintiffs, Britt A. Shaw, Neal M. Charness, and Irina Pashliavili are typical of the claims of absent class members. (4) The Named Plaintiffs are adequate class representatives; and Paul D. Cullen, Sr. and The Cullen Law Firm have the experience and skill to competently represent the class.  This

1

Court further finds that Plaintiffs have satisfied the requirements of Rule 23(b)(3): (1) The common issues presented for resolution predominate over any issues particular to individual class members. (2) This matter is manageable as a class action, and class treatment is the superior method for adjudicating the claims presented.

Accordingly, it is hereby **ORDERED** that this action will be maintained as a class action with the class defined as:

> All persons who booked a room reservation at a Marriott hotel property in Russia through the Marriott Reservation System, who received a room rate confirmation stated in U.S. Dollars, and whose final bill at checkout was stated in Russian Rubles.

It is further **ORDERED** that Britt A. Shaw, Neal M. Charness, Irina Pashliavili are appointed as class representatives, and Paul D. Cullen, Sr., Randall Herrick-Stare, Amy Lloyd and The Cullen Law Firm are appointed as Class Counsel.

Gladys Kessler
United States District Judge