UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRITT A. SHAW**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-1138 (GK) |
| | : | |
| **MARRIOTT INTERNATIONAL, INC.**, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the parties' Joint Motion for Third Amended Scheduling Order, the Court hereby **grants** the motion as submitted. It is hereby

**ORDERED**, that this case shall proceed with the following schedule the Joint Motion for Third Amended Scheduling Order:

| | |
|---|---|
| Deadline for Marriott to serve written discovery on any new class representatives or new issues in Second Amended Complaint | 5 days after ruling written above |
| Deadline for Marriott to depose any new class representatives | 30 days after service[1] |
| Deadline for Marriott to file Rule 26(a)(2) disclosures | 40 days after service |
| Deadline for Marriott to file opposition brief to Plaintiffs' Motion for Class Certification | 60 days after service |
| Deadline for Plaintiffs to file reply brief in support of Motion for Class Certification | 74 days after service |
| Deadline for all discovery | 90 days after service |

---

[1] "Service" refers to service of both Plaintiffs' written discovery responses and corresponding production of responsive documents.

| | |
|---|---|
| Deadline for dispositive motions | 120 days after service |

October 29, 2007                                /s/ _____
                                                Gladys Kessler
                                                United States District Judge

**Copies via ECF to all counsel of record**