**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRITT A. SHAW, et al.** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**MARRIOTT INTERNATIONAL, INC.** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S MOTION FOR PARTIAL DISMISSAL**

Upon consideration of Marriott International, Inc.'s Motion for Partial Dismissal ("Motion") and Plaintiffs' Opposition thereto, this Court hereby **GRANTS** the Motion.

It is hereby **ORDERED** that:

1.  The Center for Strategic International Studies is an improper party to bring a claim under the District of Columbia Consumer Protection Act and is thus dismissed from the case.

2.  Plaintiffs' claim against Marriott, International Inc. alleging a violation of DC Code § 28-3904(a) and (t) relating to alleged misrepresentation of source and/or geographic origin of goods and services is hereby dismissed with prejudice.

Dated: _____          _____
                               Gladys Kessler
                               United States District Court Judge

BALT2\4340847.1