UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, *et al.*                    )
                                           )
                                           )
        Plaintiffs,                        )
                                           )   Civil Action No. 05-1138 (GK)
        v.                                 )
                                           )
                                           )
MARRIOTT INTERNATIONAL, INC.               )
                                           )
        Defendant.                         )
_____)

**<u>PROPOSED ORDER</u>**

Pending before the Court is Defendant Marriott International, Inc.'s Motion for Partial

Dismissal of Plaintiffs' Second Amended Complaint.  Having considered the Motion, the

Opposition thereto, the Reply and the record in this matter, the Court finds that:

1.      Plaintiffs have stated a claim for relief under D.C. Code §28-3904 (a) and (t); and

2.      The Center for Strategic and International Studies, Inc. is a consumer under D.C.

        Code §28-3901(a)(2) and is a proper plaintiff in this action.

The Motion is hereby **DENIED.**

        **ORDERED** this  _____ day of _____, 200__.


        _____
        Gladys Kessler
        United States District Judge

1