UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1138 (GK)<br>(Status conference: January 3, 2007) |

JOINT MOTION FOR CONTINUANCE
OF JANUARY 3, 2008 STATUS CONFERENCE

Pursuant to LCvR 16.4 and the Court's March 15, 2007 Scheduling Order, the parties respectfully submit this Joint Motion for Continuance of January 3, 2008 Status Conference and state as follows.

1. On October 1, 2007, this Court granted the parties' Joint Motion for Continuance of the October 3, 2007 Status Conference, continuing the October 3, 2007 Status Conference to January 3, 2008.

2. The purpose of the October 3, 2007 Status Conference was to "advise the Court of the expected length of trial and the number of fact and expert witnesses that party will present." March 15, 2007 Scheduling Order ¶ 2. Thus, it appears that, in setting a status conference for October 3, 2007 (and subsequently continuing it until January 3, 2008), the Court contemplated that all discovery would be complete, the class certification issue would be fully briefed, and the case would be ready for trial.

3. Over the past several months the Court has granted motions to amend the March 15, 2007 Scheduling Order. Most recently, on October 31, 2007, the Court granted the parties' Joint Motion for Third Amended Scheduling Order. The Third Amended Scheduling Order sets deadlines dating from a triggering event, which is service of Plaintiffs' written responses to discovery requests and corresponding production of documents. Plaintiffs will effect service of these items on December 28, 2007. Thus, under the Third Amended Scheduling Order, the deadline for class certification briefing is March 11, 2008 (74 days after service), and the discovery cutoff date is March 27, 2008 (90 days after service).

4. As a result of the entries of the Third Amended Scheduling Order, none of the anticipated conditions for the January 3, 2008 Status Conference will be satisfied by that date. Class certification issues will not be fully briefed and discovery will not be closed. For these reasons, the parties respectfully suggest that proceeding with the status conference on January 3, 2007 would not be an efficient or productive use of the Court's time.

5. Additionally, the parties are considering ADR proceedings, perhaps before a private mediator, after the close of class certification briefing. The parties have agreed to confer further over the course of the next two weeks in an attempt to confirm agreement on a mediator and a mediation date in late March or April. Upon agreement, or lack thereof, the parties will inform the Court of the status of agreement on ADR efforts.

6. Accordingly, in light of these circumstances, the parties respectfully request that this Court continue the January 3, 2007 Status Conference until a date after April 15, 2008. By that date, discovery will have closed and, if the parties have not resolved the claims in mediation, they will be in a position to discuss the expected length of trial and the number of fact and expert

witnesses the parties will present, consistent with the Court's purpose in holding such a status conference.

7.A proposed order is attached hereto.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Defendant Marriott International, Inc.: |
|---|---|
| /s/ | /s/ |
| Paul D. Cullen Sr | Joel Dewey |
| Randall S. Herrick-Stare | Holly Drumheller Butler |
| Joyce E. Mayers | |
| Amy M. Lloyd | Sonia Cho |
| The Cullen Law Firm | Jennifer Skaggs |
| 1101 30th St., NW, Suite 300 | DLA Piper US LLP |
| Washington, D.C. 20007 | 6225 Smith Avenue |
| Phone: 202-944-8600 | Baltimore, MD 21209-3600 |
| Facsimile: 202-944-8611 | Phone: 410-580-3000 |
| | Facsimile: 410-580-3001 |

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.               )<br>                                              )<br>                                              )<br>Plaintiffs,                             )<br>                                              )<br>v.                                          )<br>                                              )<br>MARRIOTT INTERNATIONAL, INC. )<br>                                              )<br>Defendant.                            )<br>_____) | Civil Action No. 05-1138 (GK) |

**PROPOSED ORDER CONTINUING
JANUARY 3, 2008 STATUS CONFERENCE**

Upon consideration of the parties' Joint Motion, for Continuance of January 3, 2008 Status Conference, the Court hereby **GRANTS** the motion as submitted.

It is hereby **ORDERED** that the January 3, 2008 Status Conference shall be continued until _____, 2008.

Dated: _____

_____
Gladys Kessler
United States District Court Judge

BALT2\4346789.1