**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRITT A. SHAW, et al.,<br>on behalf of themselves and all others<br>similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>               Defendant. | Civil Action No. 05-1138 (GK)<br><br>Status Conference:  April 28, 2008<br>   at 10:00 a.m. |

## MARRIOTT INTERNATIONAL, INC.'S
## DESIGNATION OF EXPERT WITNESSES

Pursuant to this Court's Third Amended Scheduling Order and Federal Rule of Civil Procedure 26(a)(2), Marriott International, Inc. designates the following individual as an expert in this case:

**Professor William Elliott Butler**, is The John Edward Fowler Distinguished Professor of Law at the Dickinson School of Law at Pennsylvania State University and a Professional Research Associate at the School of Oriental and African Studies at the University of London. He is also an Emeritus Professor of Comparative Law at the University of London and was the founder and Director of The Vinogradoff Institute at the University College London.  On a prior secundment, Professor Butler acted as the founder and Dean of the Faculty of Law and M.M. Speranskii Professor of International and Comparative Law, Moscow Higher School of Social and Economic Sciences.  He has also acted as a part-time professor in the Chair of Civil Law, Moscow State Legal Academy, where he introduced the standard course on Comparative Law.

Professor Butler will testify regarding the Russian law applicable to currency transactions and exchange rates used by businesses operating in Russia, including the consumer protection aspects thereof.  The substance of Professor Butler's findings, the opinions about which he is expected to testify, and the grounds for his opinions are contained in his report.  *See* Exhibit 1, Affidavit of William Elliott Butler.   Additionally, a copy of Professor Butler's current *curriculum vitae* is attached as Exhibit 2.  Finally, as required to be disclosed by Federal Rule of Civil Procedure 26(a)(2), the compensation paid to Professor Butler for his report and testimony is 300 pounds sterling per hour.

Dated:  February 11, 2008

_/s/ Joel Dewey_____
Joel Dewey (Bar No. 358175)
Holly Drumheller Butler  (Bar No. 459681)
Sonia Cho (Bar No. MD26995)
Jennifer Skaggs (Bar No. 500014)

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)
*Attorneys for Defendant*
*Marriott International, Inc.*

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2008, a copy of Marriott International, Inc.'s Designation of Expert witnesses was sent via first class mail to:

Randall Herrick-Stare, Esquire
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
***Counsel for Plaintiffs***

_/s/ Joel Dewey_____
Joel Dewey