IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC.

    Defendant.

Civil Action No. 05-1138 (GK)
(Status Conference – April 28, 2008)

### MARRIOTT INTERNATIONAL, INC.'S MOTION TO FILE EXHIBITS TO MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION UNDER SEAL

Defendant Marriott International Inc. ("Marriott") requests that exhibits to the Memorandum In Opposition to Plaintiffs' Motion for Class Certification be filed under seal pursuant to the Stipulated Protective Order currently in force in this case.

In support of this request Marriott states the following:

1. In response to a stipulation by all parties, the Court entered a protective order governing documents produced by parties during the discovery phase of this case, including parts of depositions taken of plaintiffs and defendant witnesses ("the Stipulated Protective Order").

2. The Stipulated Protective Order requires that "confidential information" be filed under seal. (Doc. #15, ¶12).

3. The "confidential" and "non-confidential" documents being designated as exhibits by Marriott in support of its Memorandum in Opposition to Plaintiffs' Motion for Class Certification are intermingled to a certain extent. Marriott believes that, by segregating the confidential exhibits the Court may be unduly burdened with the task of searching two different

BALT2\4356976.1

sets of exhibits to view a particular document. Marriott believes its filing of a single set of exhibits will better assist in ensuring the efficient allocation of judicial resources.

4. Marriott has attached hereto a courtesy copy of the Index to the exhibits. *See* Exhibit A.

Wherefore, Marriott respectfully requests that this Court accept the exhibits to Marriott's Memorandum in Support of their Opposition to Plaintiffs' Motion for Class Certification as identified in Exhibit A.

Dated: February 29, 2008

/s/ Joel A. Dewey
Joel Dewey (Bar No. 358175)
Holly Drumheller Butler (Bar No. 459681)
Sonia Cho (Bar No. MD26995)
Jennifer Skaggs (Bar No. 500014)

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)
*Attorneys for Defendant*
*Marriott International, Inc.*

BALT2\4356976.1

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 29th day of February 2008, a copy of Marriott International, Inc.'s Motion to File Exhibits Under Seal, was served electronically and mailed, postage prepaid, to:

>Paul D. Cullen, Sr., Esquire
>The Cullen Law Firm, PLLC
>1101 30th Street NW, Suite 300
>Washington, DC 20007
>***Counsel for Plaintiffs***

>/s/ Jennifer M. Skaggs
>Jennifer M. Skaggs

BALT2\4356976.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.,<br>on behalf of themselves and all others<br>similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>    Defendant. | Civil Action No. 05-1138 (GK)<br>(Status Conference – April 28, 2008) |

**ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S MOTION TO FILE EXHIBITS TO MEMORANDUM IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION UNDER SEAL**

Upon consideration of Marriott International, Inc.'s Motion to File Exhibits to Memorandum in Opposition to Plaintiffs' Motion for Class Certification, and any opposition thereto, this Court hereby **GRANTS** the Motion.

Dated: _____

_____
Gladys Kessler
United States District Court Judge

BALT2\4356976.1