# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC.

        Defendant.

Civil Action No. 05-1138 (GK)
(Status Conference – April 28, 2008)

EXHIBITS TO MARRIOTT INTERNATIONAL, INC.'S MEMORANDUM IN OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1. *Shaw v. Hyatt Intern. Corp.*, 2005 WL 3088438 (N.D. 111); *Shaw v. Hyatt Intern. Corp.*, 461 F.3d 899 (7th Cir. 2006)

2. *Bykov v. Radisson Hotels Intern., Inc.*, 221 Fed. Appx. 490 (8th Cir. 2007); *Bykov v. Radisson Hotels International, Inc.*, 2006 WL 752942 (D.Minn. 2006)

3. Affidavit of Brendan Ross, Esq.

4. Affidavit of Juan Carlos Garcia

5. Affidavit of Deborah McGrath

6. Affidavit of Mary LoGuidice

7. Affidavit of William Elliott Butler

8. Deposition of Plaintiff Irina Paliashvili

9. Documents Produced by CSIS

10. Deposition of Plaintiff Sarah Mendelson

11. Mendelson Deposition Exhibit #20A

12. Deposition of Tina Wolz

13. Deposition of Plaintiff Neal Charness

14. Mendelson Answers to Interrogatories

BALT2\4353333.1

15. Deposition of Plaintiff Brit Shaw

16. Shaw Deposition Exhibit #18

17. Shaw Deposition Exhibit #19

18. Shaw Deposition Exhibit #12

19. Charness Deposition Exhibits #2, #6

20. Mendelson Deposition Exhibit #18

21. Mendelson Deposition Exhibit #20

22. Mendelson Deposition Exhibit #26

23. CSIS Answers to Interrogatories

24. Deposition of Plaintiff Greg Broaddus

25. Deposition of Robert Einhorn

26. Deposition of Plaintiff J. Stephen Morrison

27. Deposition of Plaintiff Expert Timothy Brickell

28. Answers to Marriott's Third Set of Interrogatories by Shaw, Charness and Answers to Marriott's Second Set of Interrogatories by Mendelson

29. Letter from Joel A. Dewey to Randall Herrick Stare 12/28/07

BALT2\4353333.1


15. Deposition of Plaintiff Brit Shaw

16. Shaw Deposition Exhibit #18

17. Shaw Deposition Exhibit #19

18. Shaw Deposition Exhibit #12

19. Charness Deposition Exhibits #2, #6

20. Mendelson Deposition Exhibit #18

21. Mendelson Deposition Exhibit #20

22. Mendelson Deposition Exhibit #26

23. CSIS Answers to Interrogatories

24. Deposition of Plaintiff Greg Broaddus

25. Deposition of Robert Einhorn

26. Deposition of Plaintiff J. Stephen Morrison

27. Deposition of Plaintiff Expert Timothy Brickell

28. Answers to Marriott's Third Set of Interrogatories by Shaw, Charness and Answers to Marriott's Second Set of Interrogatories by Mendelson

29. Letter from Joel A. Dewey to Randall Herrick Stare 12/28/07

15. Deposition of Plaintiff Brit Shaw

16. Shaw Deposition Exhibit #18

17. Shaw Deposition Exhibit #19

18. Shaw Deposition Exhibit #12

19. Charness Deposition Exhibits #2, #6

20. Mendelson Deposition Exhibit #18

21. Mendelson Deposition Exhibit #20

22. Mendelson Deposition Exhibit #26

23. CSIS Answers to Interrogatories

24. Deposition of Plaintiff Greg Broaddus

25. Deposition of Robert Einhorn

26. Deposition of Plaintiff J. Stephen Morrison

27. Deposition of Plaintiff Expert Timothy Brickell

28. Answers to Marriott's Third Set of Interrogatories by Shaw, Charness and Answers to Marriott's Second Set of Interrogatories by Mendelson

29. Letter from Joel A. Dewey to Randall Herrick Stare 12/28/07