UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | (Status conference: April 28, 2008) |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |

**MARRIOTT INTERNATIONAL INC.'S REVISED MOTION FOR LEAVE
TO FILE AN OPPOSITION BRIEF IN EXCESS OF 45 PAGES**

Marriott International, Inc. ("Marriott") submits this revised motion, and respectfully requests leave of this Court to file an Opposition to Plaintiffs' Motion for Class Certification in excess of 45 pages, the page limitation provided in LCvR 7(e), and states as follows in support:

1. On October 5, 2007, Plaintiffs filed a Motion for Class Certification and Supporting Memorandum, requesting that this Court certify a worldwide class of potentially over 100,000 members to adjudicate claims against Marriott. Document 57 (Plaintiffs' Supporting Memorandum) at 11.

2. To fully and fairly respond to the factual and legal issues presented in Plaintiffs' filing, Marriott seeks to file an Opposition to Plaintiffs' Motion for Class Certification that will not exceed 55 pages in length.

3. Pursuant to LRvC 7(e), leave of Court must be obtained prior to filing an opposition brief that is in excess of 45 pages.

BALT2\4357799.1

4.     Counsel for the parties have conferred, and Plaintiffs' counsel consents to Marriott's filing of an opposition brief not in excess of 55 pages.

5.     On February 20, 2008 Marriott filed a motion seeking leave of Court to file a brief not in excess of 65 pages. However, with this revised motion, Marriott now seeks leave of Court to file a brief not in excess of 55 pages, which is consented to by plaintiffs' counsel.

6.     Accordingly, Marriott respectfully requests that this Court GRANT its motion to file an opposition brief not in excess of 55 pages.

7.     A proposed order is attached hereto.

Respectfully submitted,

Marriott International, Inc.

_____/s/_____
Joel Dewey
Holly Drumheller Butler
Sonia Cho
Jennifer Skaggs
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD  21209-3600
Phone: 410-580-3000
Facsimile: 410-580-3001

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>) | **Civil Action No. 05-1138 (GK)** |

### PROPOSED ORDER GRANTING MARRIOTT INTERNATIONAL INC.'S REVISED MOTION FOR LEAVE TO FILE OPPOSITION BRIEF IN EXCESS OF 45 PAGES

Upon consideration of Marriott International, Inc.'s Motion, and any opposition thereto, the Court hereby **GRANTS** the motion as submitted.

It is hereby **ORDERED** that Marriott is permitted leave to file an Opposition to Plaintiffs' Motion for Class Certification not in excess of 55 pages.

Dated: _____

_____
Gladys Kessler
United States District Court Judge

BALT2\4357799.1