IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.,<br>on behalf of themselves and all others<br>similarly situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>                     Defendant. | Civil Action No. 05-1138 (GK)<br>**(Status Conference – April 28, 2008)** |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that Exhibits to Marriott International, Inc.'s Opposition to Plaintiffs' Motion for Class Certification were filed under seal pursuant to Court Order dated March 3, 2008, in paper format with the Court. These exhibits are not available for public viewing.

Dated: March 4, 2008

/s/ Joel A. Dewey
Joel Dewey (Bar No. 358175)
Holly Drumheller Butler (Bar No. 459681)
Sonia Cho (Bar No. MD26995)
Jennifer Skaggs (Bar No. 500014)

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)
*Attorneys for Defendant*
*Marriott International, Inc.*

BALT2\4353333.1