UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>) Civil Action No. 05-1138 (GK)<br>v. ) (Status conference: April 28, 2008)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | |

**MARRIOTT INTERNATIONAL INC.'S NOTICE OF ERRATA**

Marriott International, Inc. ("Marriott") submits this Notice of Errata concerning its Memorandum in Opposition to Plaintiffs' Motion for Class Certification which was filed with the Court on March 3, 2008, and states as follows:

1. On March 3, 2008, Marriott filed its Memorandum in Opposition to Plaintiffs' Motion for Class Certification ("Original Memo"). Document 72.

2. By filing this Notice of Errata, Marriott is correcting typographical and citation errors which were contained in its Original Memo.

3. Attached as Exhibit 1 is the corrected clean version of Marriott's Memorandum in Opposition to Plaintiffs' Motion for Class Certification ("Corrected Memo"). Through this Notice of Errata, Marriott hereby substitutes the Corrected Memo for the Original Memo.

4.    For the Court's and counsel's convenience, attached as Exhibit 2 is a red-lined version of the Original Memo, which identifies all corrections which were made to fix the typographical and citation errors contained in the Original Memo.

Respectfully submitted,

Marriott International, Inc.

_____/s/_____
Joel Dewey
Holly Drumheller Butler
Sonia Cho
Jennifer Skaggs
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: 410-580-3000
Facsimile: 410-580-3001

BALT2\4358181.1