UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | (Status Conference: April 28, 2008) |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' STATEMENT OF DISCOVERY DISPUTES REGARDING
INCOMPLETE GUEST DATA, AND "HOTEL EXCHANGE RATES"
FOR TELECONFERENCE ON MARCH 12, 2008, 5:00 PM**

1.) Plaintiffs seek an order compelling Marriott to produce complete data regarding guest stays ("GNRs," Guest Name Records) at the three Russian hotels it has licensed but does not operate, the Grand, the Royal Aurora and the Tverskaya. It has produced *partial* data for these three from its MARSHA system ("Marriott's Automated Reservation System for Hotel Accommodations"), but nothing from the hotels' PMS ("Property Management Systems"). Based upon data produced, e.g. occupancy rates, length of stays, it is estimated that Marriott has only produced data for about 30% of the total stays at the licensed hotels.

The three licensed hotels are obligated by their license agreements (§7.1A) to utilize, and feed guest stay information into Marriott's Reservation System. And those agreements with the three hotels provide that Marriott's wholly owned subsidiary ("MHA") is entitled to receive from the licensed hotels"...such... information and data as MHA may reasonably request, in the form and at the times and places specified by MHA..." (§12.2).

2.) The plaintiffs seek the "hotel exchange rates" utilized over time at the three licensed hotels to calculate the bills presented to guests at check-out. Marriott has provided this information for the four hotels it operates, but not for the licensed hotels. Marriott is entitled to this information; see above. Independent of the hotels, Marriott has the data necessary to calculate the hotel exchange rates, e.g. prices quoted in dollars upon reservation from its reservation system, and the rates stated in rubles on hotel bills, from its accounting. Marriott can calculate the "hotel exchange rate" but declines to do so. Plaintiffs seek either the hotel exchange rates or the data necessary to calculate them.

|  |  |
|---|---|
| Of Counsel:<br>Mark W. Borghesani, Esq.<br>c/o Cullen Law Firm<br>1101 30th Street NW, Suite 300<br>Washington, DC 20007<br>(202) 944-8600 | By: /s/ Randall S. Herrick-Stare<br>Paul D. Cullen, Sr.<br>Joyce E. Mayers<br>Randall Herrick-Stare<br>Amy M. Lloyd<br>The Cullen Law Firm<br>1101 30th Street NW, Suite 300<br>Washington, DC 20007<br>(202) 944-8600<br><br>Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served by electronic mail on this 11th of March, 2008 on:

Benjamin S. Boyd
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
7th Floor
Washington, D.C.  20036-2412

Joel Dewey
Jeffrey E. Gordon
Sonia Cho
Jennifer Skaggs
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD.  21209


                                                    /s/ Randall S. Herrick-Stare