## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.**       ) | |
|                                 ) | |
|                                 ) | |
| **Plaintiffs,**                 ) | |
|                                 ) | Civil Action No. 05-1138 (GK) |
|         v.                      ) | (Status Conference March 12, 2008) |
|                                 ) | |
|                                 ) | |
|                                 ) | |
|                                 ) | |
|                                 ) | |
| **MARRIOTT INTERNATIONAL, INC.** ) | |
|                                 ) | |
| **Defendant.**                  ) | |
| _____ ) | |

## MOTION TO EXTEND DEADLINE FOR CLASS CERTIFICATION REPLY BRIEF

Pursuant to LCvR 16.4 and the Court's October 30, 2007 Third Amended Scheduling Order (Doc. # 64), Plaintiffs respectfully submit this Motion to Extend Deadline for Class Certification Reply Brief. The proposed motion extends by only 2 weeks the deadline for Plaintiffs to file the Reply Brief in Support of Motion for Class Certification. This 14-day extension is a fraction of the time Defendants' were allotted to respond to Plaintiffs' opening brief. Plaintiffs' filed their Motion for Class Certification on October 5, 2007; Marriott filed their opposition brief nearly five months later on March 3, 2008.

Should the Court enter the proposed Order, this would move the Plaintiffs' March 17th deadline to March 31st. The parties have conferred; counsel for Marriott does not agree to the proposed extension. This schedule change will not affect any other aspect of the discovery schedule and will not prejudice any party.

| Subject | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs to file reply brief in Support of Motion for Class Certification. | 3/17/08 | 3/31/08 |

Per Paragraph 11 of the Scheduling Order, the Plaintiffs state that this extension is for compelling reasons including unanticipated workload issues, the undersigned's presenting Congressional Testimony to the Senate Committee on Commerce on March 11, 2008, the number and complexity of the issues raised in Marriott's opposition brief including the voluminous exhibits that include several affidavits from previously undisclosed witnesses, the need to secure a transcript of the deposition of Marriott's Russian Law expert and an ongoing evaluation of documents recently produced by Marriott. Plaintiffs respectfully request that the Court grant this Motion to Extend Deadline for Class Certification Reply Brief.  A proposed order is filed herewith.

Respectfully submitted,

Counsel for Plaintiffs:

 /s/ Paul D. Cullen, Sr.

| | |
|---|---|
| Mark Borghesani | Paul D. Cullen, Sr. |
| c/o The Cullen Law Firm | Randall S. Herrick-Stare |
| 1101 30th St., NW, Suite 300 | Joyce E. Mayers |
| Washington, D.C. 20007 | Amy M. Lloyd |
| Phone: 202-944-8600 | The Cullen Law Firm |
| Facsimile: 202-944-8611 | 1101 30th St., NW, Suite 300 |
| | Washington, D.C. 20007 |
| | Phone: 202-944-8600 |
| | Facsimile: 202-944-8611 |

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the Motion to Extend Deadline for Class Certification Reply Brief has been served by First-Class Mail on this 12th day of March 2008 to:

Benjamin S. Boyd
DLA Piper
1200 19th Street, N.W.
7th floor
Washington, D.C. 20036-2412

Joel Dewey
Holly Drumheller Butler
Sonia Cho
Jennifer Skaggs
Jeffrey E. Gordon
DLA Piper
6225 Smith Avenue
Baltimore, MD. 21209

    /s/ Paul D. Cullen, Sr.
    Paul D. Cullen, Sr.