FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| **MARRIOTT INTERNATIONAL, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**PROPOSED ORDER EXTENDING DEADLINE FOR
CLASS CERTIFICATION REPLY BRIEF**

Upon consideration of the Plaintiffs' Motion to Extend Deadline For Class Certification Reply Brief, the Court hereby grants the motion as submitted.

It is hereby **ORDERED** that Plaintiffs deadline for Reply to Opposition to Class Certification Motion shall be filed by March 31, 2008.

Dated: _____              _____
                                                                Gladys Kessler
                                                                United States District Court Judge