UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               :
BRITT A. SHAW, et al.,         :
                               :
        Plaintiffs,            :
                               :
    v.                         :   Civil Action No. 05-1138 (GK)
                               :
MARRIOTT INT'L INC.            :
                               :
        Defendant.             :
_____:
```

**O R D E R**

Parties in the above-captioned case have notified the Court of ongoing discovery disputes which the parties have been unable to resolve. Upon consideration of the representations of the parties, their submissions to the Court, and the entire record herein, it is hereby

**ORDERED** that the above-captioned case shall be referred to Magistrate Judge Robinson for resolution of all pending discovery disputes.

March 13, 2008              /s/_____
                            Gladys Kessler
                            United States District Judge

**Copies to**: attorneys on record via ECF