## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.**       ) | |
|                                               ) | |
| **Plaintiffs,**                         ) | |
|                                               ) | **Civil Action No. 05-1138 (GK)** |
| v.                                          ) | **(Status Conference April 28, 2008)** |
|                                               ) | |
| **MARRIOTT INTERNATIONAL, INC.**  ) | |
|                                               ) | |
| **Defendant.**                       ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO
## FILE A REPLY BRIEF IN EXCESS OF 25 PAGES

Plaintiffs respectfully submit this Motion for Leave to File a Reply Brief In Excess of 25 Pages, the page limitation provided for in LCvR 7(e), and state as follows in support:

1. On March 5, 2008, Defendant Marriott filed a brief (Document 75-2) in opposition to Plaintiffs' Motion for Class Certification. Prior to this filing, Marriott sought leave of Court to file an opposition brief not in excess of 55 pages; 10 pages more than the 45 pages provided for in LCvR 7(e). Plaintiffs consented to Marriott's request and the Court granted Marriott's motion.

2. Due in part to the number and complexity of the issues raised in Marriott's opposition brief including the voluminous exhibits that include several affidavits from previously undisclosed witnesses, Plaintiffs' seek leave of Court to file a reply brief not in excess of 35 pages; 10 pages more than the 25 provided for in LCvR 7(e).

3. Counsel for the parties have conferred however Marriott's counsel has not yet responded as to whether they consent to Plaintiffs filing a reply brief not in excess of 35 pages.

      4. Accordingly, Plaintiffs respectfully request that this Court GRANT its motion to file a reply brief not in excess of 35 pages.

      5. A proposed order is attached hereto.

Respectfully submitted,

Counsel for Plaintiffs:

/s/ Paul D. Cullen, Sr.
Paul D. Cullen, Sr.
Randall S. Herrick-Stare
Joyce E. Mayers
Amy M. Lloyd
The Cullen Law Firm
1101 30th St., NW, Suite 300
Washington, D.C. 20007
Phone: 202-944-8600
Facsimile: 202-944-8611

Mark Borghesani
c/o The Cullen Law Firm
1101 30th St., NW, Suite 300
Washington, D.C. 20007
Phone: 202-944-8600
Facsimile: 202-944-8611

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiffs' Motion for Leave to File a Reply Brief In Excess of 25 Pages has been served by via ECF on this 26th day of March 2008 to:

Benjamin S. Boyd
DLA Piper
1200 19th Street, N.W.
7th floor
Washington, D.C.  20036-2412

Joel Dewey
Holly Drumheller Butler
Sonia Cho
Jennifer Skaggs
Jeffrey E. Gordon
DLA Piper
6225 Smith Avenue
Baltimore, MD.  21209

   /s/ Paul D. Cullen, Sr.
Paul D. Cullen, Sr.