## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRITT A. SHAW, et al.** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 05-1138 (GK)** |
| **v.** | ) | |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### PROPOSED ORDER GRANTING PLAINTIFFS' LEAVE
### TO FILE A REPLY BRIEF IN EXCESS OF 25 PAGES

Upon consideration of the Plaintiffs' Motion for Leave to File a Reply Brief In Excess of 25

Pages the Court hereby grants the motion as submitted.

It is hereby **ORDERED** that Plaintiffs Reply to Opposition to Class Certification Motion

shall be not exceed 35 pages.


Dated: _____          _____
                                 Gladys Kessler
                                 United States District Court Judge