UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRITT A. SHAW, et al.** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. 05-1138 (GK) |
| v. | ) | (Status Conference April 28, 2008) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**PLAINTIFFS' REVISED MOTION FOR LEAVE TO
FILE A REPLY BRIEF IN EXCESS OF 25 PAGES**

Plaintiffs respectfully submit this revised Motion for Leave to File a Reply Brief In Excess of 25 Pages, the page limitation provided for in LCvR 7(e), and state as follows in support:

1. On March 5, 2008, Defendant Marriott filed a brief (Document 75-2) in opposition to Plaintiffs' Motion for Class Certification. Prior to this filing, Marriott sought leave of Court to file an opposition brief not in excess of 55 pages; 10 pages more than the 45 pages provided for in LCvR 7(e). Plaintiffs consented to Marriott's request and the Court granted Marriott's motion.

2. Due in part to the number and complexity of the issues raised in Marriott's opposition brief including the voluminous exhibits that include several affidavits from previously undisclosed witnesses, Plaintiffs' seek leave of Court to file a reply brief not in excess of 35 pages; 10 pages more than the 25 provided for in LCvR 7(e).

3. Counsel for the parties have conferred; as of the filing of Plaintiffs original

motion (Document No. 81) Plaintiffs had not heard back from Marriott's Counsel regarding their position. Marriott's Counsel has since informed Plaintiffs that they will consent to 5 additional pages, not the 10 sought by the Plaintiffs.

    4. Accordingly, Plaintiffs respectfully request that this Court GRANT its motion to file a reply brief not in excess of 35 pages.

    5. A proposed order is attached hereto.

Respectfully submitted,

Counsel for Plaintiffs:

/s/ Paul D. Cullen, Sr.

| | |
|---|---|
| Mark Borghesani | Paul D. Cullen, Sr. |
| c/o The Cullen Law Firm | Randall S. Herrick-Stare |
| 1101 30th St., NW, Suite 300 | Joyce E. Mayers |
| Washington, D.C. 20007 | Amy M. Lloyd |
| Phone: 202-944-8600 | The Cullen Law Firm |
| Facsimile: 202-944-8611 | 1101 30th St., NW, Suite 300 |
| | Washington, D.C. 20007 |
| | Phone: 202-944-8600 |
| | Facsimile: 202-944-8611 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiffs' Revised Motion for Leave to File a Reply Brief In Excess of 25 Pages has been served by via ECF on this 26th day of March 2008 to:

Benjamin S. Boyd
DLA Piper
1200 19th Street, N.W.
7th floor
Washington, D.C. 20036-2412

Joel Dewey
Holly Drumheller Butler
Sonia Cho
Jennifer Skaggs
Jeffrey E. Gordon
DLA Piper
6225 Smith Avenue
Baltimore, MD. 21209

                                           /s/ Paul D. Cullen, Sr.
                                           Paul D. Cullen, Sr.