FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.**          ) | |
|                                                              ) | |
|                                                              ) | |
| **Plaintiffs,**                            ) | |
|                                                              ) | Civil Action No. 05-1138 (GK) |
| v.                                                        ) | |
|                                                              ) | |
| **MARRIOTT INTERNATIONAL, INC.**  ) | |
|                                                              ) | |
| **Defendant.**                          ) | |
| _____) | |

**PROPOSED ORDER GRANTING PLAINTIFFS' LEAVE
TO FILE A REPLY BRIEF IN EXCESS OF 25 PAGES**

Upon consideration of the Plaintiffs' Revised Motion for Leave to File a Reply Brief In Excess of 25 Pages the Court hereby grants the motion as submitted.

It is hereby **ORDERED** that Plaintiffs Reply to Opposition to Class Certification Motion shall be not exceed 35 pages.

Dated: _____                    _____
                                                              Gladys Kessler
                                                              United States District Court Judge