UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>  Defendant. )<br>_____ ) | Civil Action No. 05-1138 (GK)<br>Discovery Status Conference – 3/20/08 |

### JOINT MOTION TO EXTEND THE FILING DATES FOR JOINT STATUS REPORT ON RESOLUTION OF DISCOVERY ISSUES AND MOTION TO COMPEL

Pursuant to this Court's Minute Order of March 20, 2008, the parties were to continue to meet and confer to resolve discovery disputes identified in the March 20, 2008 Joint Status Report regarding discovery, and counsel were directed to file a Joint Status Report addressing resolution of those discovery issues by March 27, 2008. The parties also were directed that, if the parties were unable to reach a resolution, the Defendant shall file a Motion to Compel by Monday, March 31, 2008.

The parties are continuing to meet and confer on the discovery issues, and for that reason respectfully request that the Court extend the time for the parties to file their Joint Status Report addressing the resolution of the March 20, 2008 discovery issues to Friday, March 28, 2008. In addition, the parties respectfully request that the Court extend the time for Defendant to file a motion to compel to Friday, April 4, 2008.

BALT2\4362297.1

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Marriott International, Inc.: |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Paul D. Cullen Sr | Joel Dewey |
| Randall S. Herrick-Stare | Holly Drumheller Butler |
| Joyce E. Mayers | Jennifer Skaggs |
| Amy M. Lloyd | DLA Piper US LLP |
| The Cullen Law Firm | 6225 Smith Avenue |
| 1101 30th St., NW, Suite 300 | Baltimore, MD 21209-3600 |
| Washington, D.C. 20007 | Phone: 410-580-3000 |
| Phone: 202-944-8600 | Facsimile: 410-580-3001 |
| Facsimile: 202-944-8611 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.*    ) | |
| ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v.    ) | Discovery Status Conference – 3/20/08 |
| ) | |
| MARRIOTT INTERNATIONAL, INC.    ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

### ORDER

Upon consideration of the parties' Joint Motion to Extend the Filing Dates for Joint Status Report on Resolution of Discovery Issues and Motion to Compel, it is this ____ of March, 2008,

ORDERED that the Motion is GRANTED. The parties shall file a Status Report on the resolution of the discovery issues identified in their March 20, 2008 Joint Status Report on or before Friday, March 28, 2008.

It is further ORDERED that, if the parties are unable to reach a resolution, the Defendant shall file a motion to compel on or before Friday, April 4, 2008.

_____
Magistrate Judge