UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) <br> ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARRIOTT INTERNATIONAL, INC. ) <br> ) <br>     Defendant. ) <br> _____) | Civil Action No. 05-1138 (GK) <br> Discovery Status Conference – 3/20/08 |

**JOINT STATUS REPORT REGARDING RESOLUTION OF DISCOVERY ISSUES**

Pursuant to this Court's Minute Order of March 13, 2008, the parties submitted a Joint Status Report Regarding Discovery on March 18, 2008, in preparation for the Discovery Status Conference on March 20, 2008. This Court's Minute Order of March 20, 2008 directed the parties to file a Joint Status Report addressing the resolution of the issues identified in the March 18, 2008 Status Report. On March 21, 24, 25, 26, 27 and 28, 2008 the parties met and conferred either by email or telephone, or both, in their continuing efforts to reach resolutions where possible. In summary, the parties reached resolution of Issues III-VII, and were unable to resolve Issues I and II at this time. The resolution or current status of each of the seven issues is as follows:

**I.**     **Defendant's Motion re: Plaintiffs' Privilege Log**

The parties have conferred on this issue and are unable to reach a resolution. The Plaintiffs have advised that they expect to append a declaration of Mr. Brickell to the reply brief in support of the motion for class certification. That reply brief is due to be filed on March 31, 2008. The parties will continue to meet and confer after this brief is filed, and if there is no resolution, then pursuant to the Court's Minute Order of March 28, 2008, Marriott's motion to compel will be filed by April 4, 2008.

BALT2\4361225.4

II.     **Defendant's Motion re: Plaintiffs' Expert**

The parties have conferred on this issue and are unable to reach a resolution. The Plaintiffs have advised that they expect to append a declaration of Mr. Brickell to the reply brief in support of the motion for class certification. That reply brief is due to be filed on March 31, 2008. The parties will continue to meet and confer after this brief is filed, and if there is no resolution, then pursuant to the Court's Minute Order of March 28, 2008, Marriott's motion to compel will be filed by April 4, 2008.

III.    **Defendant's Motion re: Document Production by Plaintiff CSIS**

Plaintiffs and Defendants have conferred regarding Marriott's request for travel records of CSIS employee John Hamre and the Plaintiffs have agreed to produce those portions of those American Express monthly statements for the CSIS account that reflect payments for two stays by John Hamre at Marriott Russian hotels after January 1, 2002. The Plaintiffs represent that they have searched and there are no other documents relating to stays by John Hamre at Marriott Russian hotels after January 1, 2002.

With regard to Marriott's request for CSIS consultants who travel to Russia on CSIS business or whom CSIS claims it is seeking recovery, the parties have conferred and the Plaintiffs have agreed to produce those portions of those American Express monthly statements for the CSIS account that reflect payments for stays by John Wolfsthal, Keith Smith, Celeste Wallender, Amy Smithson and Michelle Flourney at Marriott Russian hotels after January 1, 2002; these five persons are the only CSIS consultants who stayed at Marriott Russian hotels after January 1, 2002. Further, if any of these five individuals submitted requests for reimbursement for payments they made for stays at Marriott Russian hotels after January 1, 2002, those requests and the backup documentation

will be produced. The Plaintiffs represent that they have searched and there are no other documents relating to stays by CSIS consultants at Marriott Russian hotels after January 1, 2002.

With regard to the litigation hold issue for CSIS electronic documents, the parties have conferred and Marriott has agreed to withdraw this request.

### IV.     Plaintiffs' Motion re: Guest Stay Data

Regarding Plaintiffs' request for 2003 MRDW data for the Renaissance Samara and 2002-2003 for the Renaissance Moscow, Marriott has agreed to produce this data.

With regard to Plaintiffs' request that Marriott produce PMS data for the three franchised hotels, the parties have conferred. Counsel for Marriott has represented that it does not have this data in its possession, custody or control, and has been denied the data upon its request to the three franchised hotels. Plaintiffs agree to hold this request to Marriott in abeyance until after they have undertaken to enforce subpoenas served in August 2007 upon the management companies seeking this data. The management companies' response to the subpoenas was premised in part upon their representation that the requested data was available from Marriott. Plaintiffs therefore seek an extension of the discovery deadline for the limited purpose of enforcing the previously served subpoenas or otherwise conducting discovery against the three owners and managers of the three franchised hotels to obtain the necessary reservation, stay, billing and payment information from them. Marriott agrees not to object to an extension of the discovery deadline requested for this specific purpose. Plaintiffs counsel has engaged counsel for the three management companies in conversation regarding the requested data and an effort to obtain the data without the need to enforce the subpoenas. Those conversations are scheduled to continue next week.

V.   **Plaintiffs' Motion re: Franchised Hotels' Exchange Rates**

Regarding plaintiffs' request that Marriott produce hotel bills or financial data from which the franchised hotels' internal exchange rates can be calculated, the parties have conferred. Counsel for Marriott has represented that it does not have this data in its possession, custody or control, and has been denied the data upon its request to the three franchised hotels. Plaintiffs believe this information will be obtained by enforcing the above referenced subpoenas previously served upon the management companies for the three franchised hotels. Thus, Plaintiffs are willing to hold this request to Marriott in abeyance until after they have undertaken to enforce those subpoenas or otherwise conducted discovery to obtain the necessary information. Marriott agrees not to object to an extension of the discovery deadline requested for this specific purpose.

VI.  **Plaintiffs' Motion re: OSCAR Screens**

Regarding plaintiff's request that Marriott produce OSCAR screens, the parties have conferred and have agreed that information they would obtain through production of OSCAR screens has already been produced by Marriott as part of its production of MRDW and PMS data. For that reason, Plaintiffs agree to hold this request in abeyance pending review of the MRDW data to be produced in connection with Issue IV above.

VII. **Plaintiffs' Motion re: Additional 30(b)(6) Depositions of Marriott**

The parties have met and conferred, and plaintiffs have agreed to withdraw their February 27, 2008 Notice of Rule 30(b)(6) Deposition directed to Marriott.

With regard to Plaintiff's March 13, 2008 Notice of Rule 30(b)(6) Deposition, the parties have agreed that Marriott will produce a person to testify with regard to the particular e-mail correspondence identified in that Notice and events surrounding that e-mail including the scope and

duration of the policy referenced therein, but the deposition will not include a general examination on the issues of exchange rate policies or mark-up rate policies, since those issues already were the topic of examination during the deposition of Linda Bartlett taken May 8, 2007.

Respectfully submitted,

| Counsel for Plaintiffs: | Counsel for Marriott International, Inc.: |
|---|---|
| /s/ | /s/ |
| Paul D. Cullen Sr | Joel Dewey |
| Randall S. Herrick-Stare | Holly Drumheller Butler |
| Joyce E. Mayers | Jennifer Skaggs |
| Amy M. Lloyd | DLA Piper US LLP |
| The Cullen Law Firm | 6225 Smith Avenue |
| 1101 30th St., NW, Suite 300 | Baltimore, MD  21209-3600 |
| Washington, D.C. 20007 | Phone: 410-580-3000 |
| Phone: 202-944-8600 | Facsimile: 410-580-3001 |
| Facsimile: 202-944-8611 | |