UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>    Plaintiffs, )<br>) Civil Action No. 05-1138 (GK)<br>        v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>    Defendant. )<br>_____) | |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL:
EXHIBITS TO THEIR MEMORANDUM OF POINTS AND AUTHORITIES
IN REPLY TO MARRIOTT'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Court having reviewed PLAINTIFFS' MOTION TO FILE UNDER SEAL: EXHIBITS TO THEIR MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY TO MARRIOTT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, and finding good grounds therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the exhibits (identified in Exhibit A to the Plaintiffs' motion) be sealed:

Dated:_____                    _____
                                            Gladys Kessler
                                            United States District Judge