UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, *et al.*          )
                                 )
   Plaintiffs,              )
                                 )  Civil Action No. 05-1138 (GK)
   v.                       )
                                 )
                                 )
MARRIOTT INTERNATIONAL, INC.     )
                                 )
   Defendant.               )
_____)

**Exhibits to Plaintiffs' Memorandum of Points and Authorities in Reply to Marriott's Opposition to Plaintiffs' Motion for Class Certification**

25. Internal Marriott Memorandums, "Hotel Currency Rate Disclosure" (Bates No. 4M-000556 to 4M-000557) and "Russian Currency Conversion" (Bates No. 4M-000558 to 4M-000559).

26. Internal Marriott Memorandum, "Currency Conversion to Russian Rubles" (Bates No. 10M-00466 to 10M-00469).

27. Marriott's Answers to Plaintiffs' Fourth Set of Discovery Requests.

28. Marriott Reservation Data Warehouse Reports General Information (Bates No. 10M-00028 to 10M-00035).

29. MARSHA Two-Way Interface Overview (Bates No. 11M-01206 to 11M-01227).

30. "Marriott and Travel Agency Systems" (Bates No. 10M-00876).

31. Selected Portions of MARSHA Reference Guide (Bates No. 7M-00030 to 7M-00050).

32. Selected Portions of MARSHA Reference Guide (Bates No. 7M-00340 to 7M-00350).

33. Marriott Internal Document, "MARSHA Globalization Project" (Bates No. 11M-01597 to 11M-01598).

34. Email Exchange Between Marriott Employees (Bates No. 9M-01692 to 9M-01693).

35. Marriott Employee Email (Bates No. 10M-00984 to 10M-01006).

36. Second Declaration of Timothy P. Brickell.

37. Declaration of Kelly E. Taylor.

38. Collection of Correspondence Regarding Complaints.

39. (1) Portions of June 29, 2007 Deposition of Brit Shaw; (2) Portions of June 1, 2007 Deposition of Neal H. Charness and; (3) Portions of January 16, 2008 Deposition of Sarah Mendelson.

40. Third Declaration of Timothy P. Brickell.