UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MARRIOTT INTERNATIONAL, INC.'S MOTION
TO FILE EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION
TO STRIKE DECLARATIONS OF TIMOTHY BRICKELL, OR
IN THE ALTERNATIVE, TO COMPEL DISCOVERY UNDER SEAL**

Defendant Marriott International, Inc. ("Marriott") requests that exhibits to the Memorandum In Support of Motion to Strike Declarations of Timothy Brickell, Or In The Alternative, To Compel Discovery Under Seal be filed under seal pursuant to the Stipulated Protective Order currently in force in this case.

In support of this request Marriott states the following:

1. In response to a stipulation by all parties, the Court entered a protective order governing documents produced by parties during the discovery phase of this case, including parts of depositions taken of plaintiffs and defendant witnesses ("the Stipulated Protective Order").

2. The Stipulated Protective Order requires that "confidential information" be filed under seal. (Doc. #15, ¶12).

3. The "confidential" and "non-confidential" documents being designated as exhibits by Marriott in support of its Memorandum in Support of Motion to Strike Declarations of

BALT2\4363498.1

Timothy Brickell Or, In The Alternative, To Compel Discovery are intermingled to a certain extent. Marriott believes that, by segregating the confidential exhibits the Court may be unduly burdened with the task of searching two different sets of exhibits to view a particular document. Marriott believes its filing of a single set of exhibits will better assist in ensuring the efficient allocation of judicial resources.

4. Marriott has attached hereto a courtesy copy of the Index to the exhibits. *See* Exhibit A.

WHEREFORE, Marriott respectfully requests that this Court accept the exhibits to Marriott's Memorandum in Support of the Memorandum In Support of Motion to Strike Declarations of Timothy Brickell, Or In The Alternative, To Compel Discovery as identified in Exhibit A.

Dated: April 4, 2008

                                              Respectfully submitted,

                                              Counsel for Defendant Marriott International, Inc.:

                                              /s/
                                              Joel Dewey
                                              Holly Drumheller Butler
                                              Sonia Cho
                                              Jennifer Skaggs
                                              DLA Piper US LLP
                                              6225 Smith Avenue
                                              Baltimore, MD  21209-3600
                                              Phone: 410-580-3000
                                              Facsimile: 410-580-3001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2008, a copy of Marriott International, Inc.'s Motion to file Exhibits Under Seal, was served electronically and mailed, postage prepaid, to:

>Paul D. Cullen, Sr., Esquire
>The Cullen Law Firm, PLLC
>1101 30th Street NW, Suite 300
>Washington, DC  20007
>*Counsel for Plaintiffs*

                               /s/
                        _____
                        Joel Dewey

BALT2\4363498.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1138 (GK) |

### ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S MOTION TO FILE EXHIBITS TO MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DECLARATIONS OF TIMOTHY BRICKELL, OR IN THE ALTERNATIVE, TO COMPEL DISCOVERY UNDER SEAL

Upon consideration of Marriott International, Inc.'s Motion to File Exhibits to Memorandum in Support of Motion to Strike Declarations of Timothy Brickell, Or In The Alternative, To Compel Discovery Under Seal, this Court hereby GRANTS the Motion.

Dated: _____

_____
Hon. Deborah A. Robinson
United States District Court Judge