# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC.

    Defendant.

Civil Action No. 05-1138 (GK)

EXHIBITS TO MARRIOTT INTERNATIONAL, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DECLARATIONS OF TIMOTHY BRICKELL OR, IN THE ALTERNATIVE, TO COMPEL DISCOVERY

1. Answers to Marriott's First Set of Interrogatories by Shaw, Charness and Paliashvili

2. Order of Court and Docket Entry, September 7, 2007

3. Plaintiffs' Memorandum in Support of Motion for Class Certification, p.11

4. Declaration of Timothy Brickell

5. Marriott International, Inc.'s Notice of Deposition of Timothy Brickell

6. Deposition of Timothy Brickell

7. Letter dated February 12, 2008 from Joel A. Dewey to Randall Herrick-Stare

8. Letter dated March 3, 2008 from Randall Herrick-Stare to Joel A. Dewey

9. Second Declaration of Timothy Brickell

10. Third Declaration of Timothy Brickell

11. E-Mail April 3, 2008