IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>　　　　　　　Defendant. | Civil Action No. 05-1138 (GK)<br>**(Status Conference – April 28, 2008)** |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

　　Notice is given that Exhibits to Marriott International, Inc.'s Motion to Strike Declarations of Timothy Brickell Or, In the Alternative to Compel Discovery were filed under seal pursuant to Court Order dated April 7, 2008, in paper format and on CD with the Court. These exhibits are not available for public viewing.

Dated: April 7 , 2008

　　　　　　　　　　　　　　　　　　　　 /s/ Joel A. Dewey
　　　　　　　　　　　　　　　　　　　　Joel Dewey (Bar No. 358175)
　　　　　　　　　　　　　　　　　　　　Holly Drumheller Butler (Bar No. 459681)
　　　　　　　　　　　　　　　　　　　　Sonia Cho (Bar No. MD26995)
　　　　　　　　　　　　　　　　　　　　Jennifer Skaggs (Bar No. 500014)

　　　　　　　　　　　　　　　　　　　　DLA Piper US LLP
　　　　　　　　　　　　　　　　　　　　6225 Smith Avenue
　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21209
　　　　　　　　　　　　　　　　　　　　410-580-3000
　　　　　　　　　　　　　　　　　　　　410-580-3001 (facsimile)
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*Marriott International, Inc.*

BALT2\4357832.1