UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>)<br>   Plaintiffs, )<br>) <br>   v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 05-1138 (GK)<br>(Dispositive motions: 6/2/08) |

## UNOPPOSED MOTION TO EXTEND DISCOVERY
## TO ENFORCE THIRD-PARTY SUBPOENAS

Pursuant to LCvR 16.1, the Plaintiffs request an extension of the discovery deadline for the limited purpose of enforcing three subpoenas seeking documents served upon the three management companies for the three Marriott Russian hotels licensed by Marriott. As grounds therefor, the Plaintiffs show as follows:

1. On October 29, 2007, the Court granted the parties' Joint Motion for Third Amended Scheduling Order (Doc. # 64). The Third Amended Scheduling Order set deadlines dating from a triggering event, the service of Plaintiffs' discovery responses. Plaintiffs effected service of these items on or about January 2, 2008. Thus, under the Third Amended Scheduling Order, the discovery cutoff date was set for April 1, 2008 (90 days after service).

2. In July 2007, pursuant to Fed. R. Civ. P. 45, the Plaintiffs served identical subpoenas on each of the three companies which managed the three hotels in Russia licensed by Marriott: the Grand Hotel, the Royal Aurora and the Tverskaya. The subpoenas were served within

    the territorial limits of the Federal District Court for the District of Western Pennsylvania. A copy of the subpoena served upon Interstate Hotels Corporation, which operated the Moscow Marriott Grand Hotel, is attached as Exhibit A.

3. The responses of the three management companies to the subpoenas are identical. A copy of Responses and Objections to Plaintiffs' Subpoena to Interstate Hotels Corporation to Produce Documents is attached as Exhibit B. Other than production of the management agreements to which they were parties, which Marriott had previously provided, the three management companies declined to produce any documents.

4. Among the information sought from the management companies are documents evidencing the so-called "hotel exchange rates," the difference between the room prices quoted at the time of reservation and the check-out prices. Efforts by the Plaintiffs to obtain the necessary data and information, e.g. data re guest stays from the hotel's property management systems ("PMS"), from Marriott have failed. Marriott, through it counsel, disclaims that it has possession or control of the data requested from the management companies, and represents that Marriott's requests to the management companies for the data have been rebuffed.

5. Efforts to confer with counsel for the three management companies have failed to resolve the problem.

6. The undersigned and counsel for Marriott conferred about this and other discovery issues, and undertook to engage the Court regarding discovery disputes before the April 1, 2008 deadline; see e.g. Doc. # 80. Marriott, through its counsel, has represented that it does not oppose an extension of the discovery deadlines to allow for the enforcement of the above mentioned subpoenas; see Doc. # 84, part IV.

7. A Fed. R. Civ. P. 45(c)(2)(B)(i) motion to compel compliance with the subpoenas will be filed in the near future in the U.S. District Court for the Western District of Pennsylvania.

Wherefore, the Plaintiffs request that the discovery deadline be extended for the limited purpose of enforcing the above mentioned subpoenas. A form order accompanies this motion.

Respectfully submitted,

/s/ Randall S. Herrick-Stare

| Of Counsel: | Paul D. Cullen, Sr. |
|---|---|
| Mark W. Borghesani, Esq. | Joyce E. Mayers |
| c/o The Cullen Law Firm, PLLC | Randall Herrick-Stare |
| 1101 30th Street NW, Suite 300 | Amy M. Lloyd |
| Washington, DC 20007 | The Cullen Law Firm, PLLC |
| (202) 944-8600 | 1101 30th Street NW, Suite 300 |
| | Washington, DC 20007 |
| | (202) 944-8600 |
| | Counsel for Plaintiffs |

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served electronically on this 7th day of April, 2008 to the persons listed below:

Benjamin S. Boyd. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . benjamin.boyd@piperrudnick.com
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
7th Floor
Washington, D.C. 20036-2412

Joel A. Dewey. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . joel.dewey@dlapiper.com
Holly D. Butler.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . holly.butler@dlapiper.com
Jeffrey E. Gordon.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . jeffrey.gordon@dlapiper.com
Sonia Cho.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . sonia.cho@dlapiper.com
Jennifer M. Skaggs.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . jennifer.skaggs@dlapiper.com
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD. 21209

/s/Randall S. Herrick-Stare