UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>)<br>Plaintiffs, )<br>) Civil Action No. 05-1138 (GK)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | |

## ORDER RE: UNOPPOSED MOTION TO EXTEND DISCOVERY
## TO ENFORCE THIRD-PARTY SUBPOENAS

The Court, having reviewed the UNOPPOSED MOTION TO EXTEND DISCOVERY TO ENFORCE THIRD-PARTY SUBPOENAS, and finding good grounds therein for the relief requested, GRANTS that motion. The Plaintiffs are therefore permitted to undertake to enforce the three subpoenas served upon the three management companies for the three Marriott Russian hotels licensed by Marriott.

Done this _____ day of April 2008.

By the Court: _____

1