UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRITT A. SHAW, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 05-1138 (GK) |
| v. | ) |
| | ) |
| | ) |
| MARRIOTT INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL:**
**EXHIBITS TO THEIR BRIEF IN OPPOSITION TO MOTION TO STRIKE**
**DECLARATIONS OF TIMOTHY P. BRICKELL OR TO COMPEL DISCOVERY**

Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International Studies and Sarah Mendelson, on behalf of themselves and all others similarly situated, pursuant to the Stipulated Protective Order entered in the case (Doc. No. 15) and LCvR 5.1(j)(1), request that the exhibits to their Brief in Opposition to Motion to Strike Declarations of Timothy P. Brickell or to Compel Discovery be filed under seal. As grounds therefore, the Plaintiffs state as follows:

1. On October 3, 2005, in response to a stipulation of the parties, the Court entered a protective order covering documents expected to be produced during discovery.

2. ¶ 12 of the Stipulated Protective Order requires the "confidential information" be filed under seal.

3. While not all of the exhibits to the Brief in Opposition to Motion to Strike Declarations of Timothy P. Brickell or to Compel Discovery have been designated as "confidential" a substantial number of them have been so designated. The "confidential" and non-

      confidential exhibits are intermingled to a significant degree.  The Plaintiffs thus believe that all considering the Plaintiffs' memorandum will be best served if the exhibits upon which the Plaintiffs rely are presented in a single bundle rather than in two.

4.  A list of exhibits included within the sealed package is attached hereto as Exhibit A.

    WHEREFORE, the Plaintiffs request that the Court accept for filing the sealed exhibits identified in Exhibit A.

                      Respectfully submitted:

| | |
|---|---|
| Of Counsel:<br>Mark W. Borghesani, Esq.<br>19 Sivtsev Vrazhek Per., kv. 10<br>Moscow 119003 Russia<br>+7-916-640-0290 (Tel.) | /s/ Randall Herrick-Stare<br>Paul D. Cullen, Sr.<br>Joyce E. Mayers<br>Randall Herrick-Stare<br>Amy M. Lloyd<br>The Cullen Law Firm, PLLC<br>1101 30th Street NW, Suite 300<br>Washington, DC 20007<br>(202) 944-8600<br><br>Counsel for Plaintiffs |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this document was served by electronic mail and First-Class Mail on this 11th day of April, 2008:

Benjamin S. Boyd
Holly D. Butler
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
7th floor
Washington, D.C.  20036-2412

Joel A. Dewey
Holly Butler Drumheller
Sonia Cho
Jennifer M. Skaggs
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD.  21209

                                              /s/ Randall Herrick-Stare
                                              Randall Herrick-Stare

.