UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL:
EXHIBITS TO THEIR BRIEF IN OPPOSITION TO MOTION TO STRIKE
DECLARATIONS OF TIMOTHY P. BRICKELL OR TO COMPEL DISCOVERY**

The Court having reviewed PLAINTIFFS' MOTION TO FILE UNDER SEAL: EXHIBITS TO THEIR BRIEF IN OPPOSITION TO MOTION TO STRIKE DECLARATIONS OF TIMOTHY P. BRICKELL OR TO COMPEL DISCOVERY, and finding good grounds therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the exhibits (identified in Exhibit A to the Plaintiffs' motion) be sealed:

Dated:_____   _____
                                  Gladys Kessler
                                  United States District Judge