UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**Exhibits to Plaintiffs' Brief in Opposition to Motion to Strike Declarations of Timothy P. Brickell or to Compel Discovery**

A.  Sample Guest Name Record (GNR).

B.  History of markups at Marriott operated Russian hotels (Bates No. 4M-001968 to 4M-001973).

C.  Britt Shaw's hotel bill (Bates No. PLF-000061 to PLF-000062).

D.  Email "cover letters", with attachments, conveying supplemental disclosures, dated 1/18/08 and 1/23/08.

E.  Email dated 3/24/08 and 3/25/08, regarding questions to be posed to Mr. Brickell upon reconvening his deposition.