UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>Defendant. | Civil Action No. 05-1138 (GK)<br>(Status Conference July 7, 2008) |

**MARRIOTT INTERNATIONAL, INC.'S MOTION
TO FILE EXHIBITS TO SURREPLY TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL**

Defendant Marriott International, Inc. ("Marriott") requests that exhibits to the Surreply in Opposition to Plaintiffs' Motion for Class Certification be filed under seal pursuant to the Stipulated Protective Order currently in force in this case.

In support of this request Marriott states the following:

1. In response to a stipulation by all parties, the Court entered a protective order governing documents produced by parties during the discovery phase of this case, including parts of depositions taken of plaintiffs and defendant witnesses ("the Stipulated Protective Order").

2. The Stipulated Protective Order requires that "confidential information" be filed under seal. (Doc. #15, ¶12).

3. The "confidential" and "non-confidential" documents being designated as exhibits by Marriott in support of its Surreply in Opposition to Plaintiffs' Motion for Class Certification are intermingled to a certain extent. Marriott believes that, by segregating the confidential

BALT2\4364747.1

exhibits the Court may be unduly burdened with the task of searching two different sets of exhibits to view a particular document. Marriott believes its filing of a single set of exhibits will better assist in ensuring the efficient allocation of judicial resources.

4. Marriott has attached hereto a courtesy copy of the Index to the exhibits. *See* Exhibit A.

WHEREFORE, Marriott respectfully requests that this Court accept the exhibits to Marriott's Surreply in Opposition to Plaintiffs' Motion for Class Certification as identified in Exhibit A.

Dated: April 11, 2008

                                        Respectfully submitted,

                                        Counsel for Defendant Marriott International, Inc.:

                                        /s/
                                        Joel Dewey
                                        Holly Drumheller Butler
                                        Sonia Cho
                                        Jennifer Skaggs
                                        DLA Piper US LLP
                                        6225 Smith Avenue
                                        Baltimore, MD  21209-3600
                                        Phone: 410-580-3000
                                        Facsimile: 410-580-3001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April, 2008, a copy of Marriott International, Inc.'s Motion to file Exhibits Under Seal, was served electronically and mailed, postage prepaid, to:

>Paul D. Cullen, Sr., Esquire
>The Cullen Law Firm, PLLC
>1101 30th Street NW, Suite 300
>Washington, DC 20007
>*Counsel for Plaintiffs*

/s/
Joel Dewey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1138 (GK)<br>(Status Conference July 7, 2008) |

**ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S
MOTION TO FILE EXHIBITS TO SURREPLY TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL**

Upon consideration of Marriott International, Inc.'s Motion to File Exhibits to Surreply in Opposition to Plaintiffs' Motion for Class Certification Under Seal, this Court hereby GRANTS the Motion.

Dated: _____

_____
Hon. Gladys Kessler
United States District Court Judge

BALT2\4364747.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.,<br>on behalf of themselves and all others<br>similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>    Defendant. | Civil Action No. 05-1138 (GK)<br>(Status Conference July 7, 2008) |

## EXHIBITS TO MARRIOTT INTERNATIONAL, INC.'S
## SURREPLY TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1.  Deposition of Debbie McGrath

2.  Deposition of Timothy Brickell

BALT2\4364751.1