# EXHIBIT 1

00008
1 inventory of, say, the minibar, for instance we
2 notice they took a few items from the minibar or
3 perhaps they went to the restaurant and charged
4 breakfast to their room, So this would be
5 additional charges that would have been posted to
6 the folio.  However, if they just grab the folio
7 they get under the door early in the morning those
8 charges would not be included there.  So that would
9 be one of the type of transactions we would get.
10      There is also a very normal transaction
11 that is called a guaranteed no show.  That means if
12 a person makes a reservation and forgets to cancel
13 the reservation we automatically charge them for
14 one night room and tax.  So we get that type of
15 dispute as well, from time to time.
16  Q.  Tell me about your staff.  Do you have a
17 staff that you work with?
18  A.  I have about 23 associates or so, of
19 which about ten, roughly around ten do dispute
20 resolution for the U.S. full service managed
21 properties.
22  Q.  And the others, what is their purpose?

00022
1 Chase is behind them.
2        Then an acquirer can also be considered
3 a processor. And a processor basically is somebody
4 who is taking data from one location and routing it
5 on behalf of that merchant. In the case for our
6 full service properties, Chase acts exclusively as
7 an acquirer, not as a processor.
8    Q.   Then what entity would act as the
9 processor?
10   A.   GCS.
11   Q.   Are there any other entities in the
12 process?
13   A.   Well, if you start thinking about the
14 issuing banks, but that's further down the line.
15   Q.   Is the issuing bank --
16   A.   That's the individual issuing bank that
17 provides a cardholder a credit card.
18   Q.   Okay. So the process for the online
19 transactions, how does that differ?
20   A.   It's a little -- it's a little more --
21 it's a little different. When you make a
22 reservation in marriott.com, or for that matter any

00023
1  of our reservation centers, we are not going out
2  for an authorization at that time. That's just --
3  it's extremely complicated to keep things
4  segregated. So what happens here is our
5  reservation system obviously has direct interfaces
6  with our property management systems. So on a
7  daily basis the properties are getting a
8  download -- it's a two-way communication. They are
9  communicating with the reservation system and they
10 are bringing all the reservations into the property
11 management system.
12      What happens then is at the time of
13 check-in that is when we actually authorize the
14 account.
15 Q.  So is the card, the card isn't checked
16 at all to find out if there is any available --
17 A.  No.
18 Q.  And is this for just the U.S. based
19 hotels or international as well?
20 A.  That's pretty much the way it works
21 everywhere. Now, I can tell you that -- well,
22 that's a process across the board, yes.

00024
1   Q.   Now, at this point in the process when
2 the guest goes on line to, say, marriott.com and
3 they enter their information, if the guest does not
4 show up at the hotel, you mentioned they can be
5 charged a fee for that?
6   A.   It's called a guarantee no show. When
7 you make a reservation you are basically
8 guaranteeing the reservation to your credit card.
9   Q.   Okay.
10   A.   If you don't show up by 6 p.m. we will
11 automatically charge your card for one night room
12 and tax. That's actually provided not only
13 verbally when you make a reservation through any of
14 our res centers but also when you make a
15 reservation through marriott.com. And that process
16 doesn't happen in the reservation system, it
17 happens at the property management system level.
18       So, for instance, you failed to call us
19 and cancel the reservation and that's for today.
20 During the night audit for that day, we will
21 basically look for any reservations that didn't
22 show up, and then automatically post one night room

00025

1 and tax.

2   Q.   And what authorization do you have for

3 that charge?

4   A.   What authorization?  The fact that we

5 have disclosed, when you make the reservation, if

6 you fail to cancel the reservation we will charge

7 you for one night room and tax.

8   Q.   Let's go back through your background a

9 little bit.

10   A.   Sure.

11   Q.   How long have you been in the current

12 position?

13   A.   Since 2002.

14   Q.   So about five years?

15   A.   Uhm-hmm.

16   Q.   And before that?

17   A.   I've been with Marriott for 21 years,

18 and I have been involved with credit cards since

19 1992 or so.

20   Q.   Okay.

21   A.   The department as we know it today,

22 credit card operations, I got the opportunity to