IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>   Defendant. | Civil Action No. 05-1138 (GK)<br>**(Status Conference – April 28, 2008)** |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that Exhibits to Marriott International, Inc.'s Surreply to Plaintiffs' Motion For Class Certification were lodged with the Clerk of the Court , in paper format and on CD, under seal pending a Court Order.  These exhibits are not available for public viewing.

Dated: April 18, 2008

             /s/ Joel A. Dewey
             Joel Dewey (Bar No. 358175)
             Holly Drumheller Butler  (Bar No. 459681)
             Sonia Cho (Bar No. MD26995)
             Jennifer Skaggs (Bar No. 500014)

             DLA Piper US LLP
             6225 Smith Avenue
             Baltimore, Maryland 21209
             410-580-3000
             410-580-3001 (facsimile)
             *Attorneys for Defendant*
             *Marriott International, Inc.*