# EXHIBIT 12

**Timothy P. Brickell**
7308 Hartshorne Square
Alexandria, VA 22315
Home 703-971-0919
Cellular 703-623-1675
Timbrickell@aol.com

### Litigation Support Specialist/Data Analyst/Network Administrator

### SUMMARY

Sixteen years of experience as a Litigation Support Specialist, Data Analyst and Network Administrator in the legal profession. As a Litigation Support Specialist and Data Analyst, such support includes computer database management and analysis in various software applications, legal and technical writing, case management, supervision of eDiscovery imaging, cataloging and storage, trial exhibit preparation; live trial exhibit presentation, document production, imaging and OCR support, class action damage and award computations, administration and distribution of class action settlement funds, reading and analyzing contracts, graphics design, statistics research and reporting. Highlights include serving as an expert witness in two class action cases; providing testimony as an expert witness during trial; serving as a live trial technician graphic exhibit presentation in two trials; supervising the transformation of paper document and file storage to a paperless office through electronic storage of documents using imaging and OCR techniques; and administering the distribution of over $100 million in proceeds to several hundred thousand class members in multiple class action law suits.

### SUMMARY OF LITIGATION SUPPORT SKILLS

*Technical:*
- Database management, manipulation, editing and analysis.
- Importing/Exporting data between various applications.
- Data queries and searches.
- Data conversions.
- Report and Layout creation.
- Template creation for importing/exporting between various applications and for Word/WordPerfect documents.
- Document indexing and production.
- Supervising the cataloging and storage of eDiscovery in litigation support software.
- Trial exhibit preparation and presentation before and during trials.
- International Trade statistics reporting and analysis.
- Image and graphics design, creation and import.
- Accounting – Balance Sheets/Income Statements/Bank Reconciliations.
- Class Member Damage and Award Computations/Interest Accrual Calculations.

*Writing:*
- Court Documents – Briefs, Memorandums, Affidavits, Declarations and Reports to the Court.
- Official Correspondence and Internal/External Memorandums.
- Various Tables, Charts, Graphs and Accounting Statements for Court Exhibits.
- Short Articles for Publication; Pullout Forms/Questionnaires.

*Oral Presentations:*
- Case reporting to Clients/Board Members.
- Depositions as Expert Witness.
- Presentation in Court Conferences/Hearings.

Responsibilities as a Network Administrator include managing a network in a Windows NT and Windows 2000 environment, including file servers, mail servers, workstations consisting of both PC and Macintosh computers, network printers and scanners and all other computer hardware and software. Responsible for all issues related to information technology and telecommunications.



# SUMMARY OF TECHNICAL SKILLS

*Experience:*
- Install and maintain hardware, software, updates and patches on Servers and Work Stations.
- Alterations to Network Topology.
- Install and maintain Network Security – anti-virus, remote access, file backups, power backups.
- Hardware and software purchases, licensing.
- Maintain telecommunications including voice mail setup/training, e-mail setup/access and internet setup/access.
- Problem resolution/troubleshooting.
- Preparation of annual budgets.
- Training personnel – hardware and software instruction – individuals and groups.
- Writing technical training/instruction manuals.

| | |
|---|---|
| *Litigation Applications:* | Summation Blaze 5.2, Trial Director, Time Matters, Lexis-Nexis Research, Westlaw's WestMate. |
| *Software Applications:* | MS Access, MS Excel, MS Word, MS Outlook, MS PowerPoint, MS FrontPage, Corel WordPerfect, Claris FileMaker Pro, dBase, Lotus 1-2-3, Lotus Notes, Adobe Acrobat, T.R.A.D.E. Intelligence, Timeslips, Textbridge Pro, Omnipage Pro, PC Anywhere, QuickBooks, PhotoShop, PageMaker, Castelle Faxmain, Avery LabelPro, DataEase, Harvard Graphics. |
| *Programming:* | SAS Base, dBase III Plus, Basic, Paschal, Fortran 77, Shazam. |
| *Operating Systems:* | Windows 3.1-XP, MS-DOS, Windows NT and 2000 Server, Mac OS, OS2. |
| *Network Utilities:* | Microsoft Exchange, Veritas Backup Exec, HP Jet Admin, HP ScanJet Utilities, Castelle Faxpress Fax Server, McAffee Anti-virus, Symantec Utilities and Anti-virus. |

# WORK EXPERIENCE

The Cullen Law Firm, PLLC, Washington, DC                                      Feb. 2004 - Present
*Independent Consultant – Litigation Support*
- Provide litigation support for class action cases including supervising the imaging, cataloging and storage of eDiscovery, prepare trial exhibits and trial exhibit presentations during live trials, analyzing electronic data in submitted in the form of databases by defendants to determine injury to class, identify class members and calculate damages and awards.
- Authored an expert report for the Court detailing computed damages to class members.
- Supervise the distribution of over $1 million in settlement funds to class members which included computing individual payments to class members, managing the class member database, writing and mailing checks to class members, tracking the status of class member payments, providing the accounting of the settlement funds in the form of affidavits and declarations to supervising attorneys and to the Courts.
- Provide IT support upon request such as importing Firm expenses into time entry/billing software, software installation and

The Cullen Law Firm, PLLC, Washington, DC                                      Apr. 1997 – Dec. 2003
*Litigation Support Specialist/Database Administrator/Network Administrator*
- Supervised a team of Litigation Support Specialists, research assistants and data entry personnel which provided litigation support for the Law Firm.
- Such support included data management and analysis, legal and technical writing, case management, imaging and OCR of documents and files, class action damage calculations, administration and distribution of class action settlement funds, reading and interpreting contracts, statistics research and reporting and various other computer-oriented support.
- Served the Law Firm as the Network Administrator and IT technician.
- Responsibilities included installation and management of file servers running on a Windows NT and Windows 2000 platform; mail server in Microsoft Exchange 5.5; computer workstations with Windows 95, Windows 98, Windows 2000 and Windows XP Operating Systems, printers, scanners, backup routines, routers, switches,

- telecommunications and all other computer hardware and software.
- Responsible for purchasing and licensing all computer hardware and software.
- Training staff on use of all computer hardware and software, on network topology, use, rules and regulations
- Assist all users with computer hardware and software problems via telephone, e-mail and in person.

*Accomplishments:*
- Successfully administered the distribution of nearly $70 million in class action settlement funds from an unconstitutional tax imposed by the State of Alabama on the trucking industry.
- Served as an expert witness in two class action law suits which included computation of class-wide damages and the interest on the damages, and provided the Courts with the results through expert reports and depositions.
- Supervise the conversion of the Law Firm to a paperless office with imaging and OCR techniques.
- Expertise in database management and various computer software such as MS Word, MS Excel, Lotus 1-2-3, Corel WordPerfect, File Maker Pro, dBase and SAS.

Georgetown Economic Services, Inc., Washington, DC                Feb. 1991 – Apr. 1997
*Economist/IT Specialist*
- Member of an economic consulting providing litigation support to the attorneys of Collier, Shannon & Scott, to which Georgetown Economic Services was a subsidiary.
- As an Economist, such support included computer database management and analysis, class-wide injury calculation, class action settlement fund management and distribution, international trade statistics reporting and analysis, graphics design, and contract review.
- As an IT Specialist, provided computer support to all Economists including managing and installing all hardware and software. Responsible for hardware and software purchases and licensing, training personnel and problem resolution.

*Accomplishments:*
- Supervised the successful distribution to several thousand class members nearly $50 million in illegal taxes collected by various states on the trucking industry.
- Co-authored an expert report to the Circuit Court of Alabama detailing the damages to record taxpayers by fees imposed by the State of Alabama's Dept. of Revenue on which proved to be the decisive document in the Court's order that the State return nearly $70 million in fees and interest it illegally collected over a 7-year period.
- Expertise in organizing, managing, manipulating and reporting data and statistics using various database management software such as FileMaker Pro 7.0, dBase IV, SAS, MS Access and MS Excel.

## EDUCATION

George Mason University, Fairfax, VA                              1991
*B.S., Economics*

Northern Virginia Community College, Alexandria, VA              1988
*Associate, General Studies*
Emphasis of course work was Business Administration.

## PUBLICATIONS

"Does Idaho Owe You Money?." *Land Line Magazine.* Grain Valley, MO: OOIDA, June 2001

## TRAINING

- SAS Programming - SAS Institute, 1993
- Summation iBlaze 5.2 - Advanced Imaging Solutions, Inc., 2003