UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.,

   Plaintiffs,

   v.

MARRIOTT INTERNATIONAL, INC.,

   Defendant.

Civil Action No. 05-1138
GK/DAR

## ORDER

Defendant's Motion to Strike Declarations of Timothy Brickell (Document No. 89) or, in the Alternative, to Compel Discovery (Document No. 90), is pending for determination by the undersigned United States Magistrate Judge. Upon consideration of the motion, Plaintiffs' opposition thereto (Document No. 94), Defendant's reply (Document No. 100) and the entire record herein, it is hereby

**ORDERED** that Defendant's alternative motion to compel discovery (Document No. 90) is **GRANTED IN PART,** and that no later than May 30, 2008, Plaintiffs shall make Timothy Brickell available to be deposed by counsel for Defendant with respect to the three declarations of Mr. Brickell which Plaintiffs filed in support of their pending Motion for Class Certification (Document Nos. 62, 86).[1] Further consideration of whether or not Mr. Brickell "has offered an

---

[1] Plaintiffs offer no authority for the proposition that a party may file the declarations of a witness, and, at the same time, interpose a claim of privilege with respect to the subject of the declarations. To the extent which any privilege might otherwise have existed, any such privilege must now be deemed waived.

Shaw, et al. v. Marriott International, Inc.

expert opinion" is stayed pending the completion of the deposition.[2]  Accordingly, it is

**FURTHER ORDERED** that Defendant's Motion to Strike Declarations of Timothy Brickell (Document No. 90)–predicated upon the ground that Plaintiffs failed to file expert disclosures with respect to Mr. Brickell–is stayed pending completion of the deposition.

May 9, 2008                                         /s/
                                          DEBORAH A. ROBINSON
                                          United States Magistrate Judge

---

[2] *See* Motion to Strike Declarations of Timothy Brickell (Document No. 89) or, in the Alternative, to Compel Discovery (Document No. 90) at 4.