UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL:
STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE
DISPUTE IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

The Court having reviewed PLAINTIFFS' MOTION TO FILE UNDER SEAL: STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY, and finding good grounds therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the document be sealed:

Dated:_____        _____
                                Gladys Kessler
                                United States District Judge