UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL:
EXHIBITS TO THEIR STATEMENT OF MATERIAL FACTS AS TO WHICH THERE
IS NO GENUINE DISPUTE IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

The Court having reviewed PLAINTIFFS' MOTION TO FILE UNDER SEAL: EXHIBITS TO THEIR STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY, and finding good grounds therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the exhibits (identified in Exhibit A to the Plaintiffs' motion) be sealed:

Dated:_____    _____
Gladys Kessler
United States District Judge