UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**Exhibits to Plaintiffs' Statement of Material Facts
As To Which There Is No Genuine Dispute In Support Of
Plaintiffs' Motion For Partial Summary Judgment On Liability**

Exhibit 41.   Compact Disk, Copy of computerized business records produced by Marriott.

Exhibit 42.   Deposition Testimony of Marriott employee Tina Wolz.

Exhibit 43.   Neal Charness' Marriott Tverskaya hotel bill (Bates No. PLF 000048 - PLF 000049).

Exhibit 44.   Neal Charness' Marriott Grand hotel bill (Bates No. PLF 000050 - PLF 000052).

Exhibit 45.   Irina Paliashvili's Marriott Tverskaya hotel bill (Bates No. PLF 000075 - PLF 000078).

Exhibit 46.   Consumer Complaints (Bates No. 9M-01062 - 9M-01064; 9M-01065 - 9M-01066).

Exhibit 47.   Marriott Internal Email (Bates No. 11M-01919 - 11M-01924).

Exhibit 48.   Marriott Email (Bates No. 11M-01586 - 11M-01592).

Exhibit 49.   Marriott Email (Bates No. 11M-01577 - 11M-01581).

Exhibit 50.   Marriott Email (Bates No. 1M-01298 - 1M-01302).

Exhibit 51.   Deposition of Marriott Employee Debbie McGrath.

Exhibit 52.   Britt Shaw's Answers to Defendant Marriott International, Inc.'s First Set of Interrogatories and Verification.

Exhibit 53.   Britt Shaw's registration card (Bates No. 1M-00666).

Exhibit 54.   Neal Charness' Answers to Defendant Marriott International, Inc.'s First Set of Interrogatories and Verification.

Exhibit 55.   Deposition of Neal Charness.

Exhibit 56.   Neal Charness' Mar Kuehl hotel bill (Bates No. PLF 000057 - PLF 000058).

Exhibit 57.   Fourth Declaration of Timothy P. Brickell.

Exhibit 58.   The Central Bank of Russian Federation, Bulletin of Banking Statistics, No. 5 (144), Moscow 2005.

Exhibit 59.   The Central Bank of Russian Federation, Bulletin of Banking Statistics, No. 12 (139), Moscow 2004.

Exhibit 60.   The Central Bank of Russian Federation, Bulletin of Banking Statistics, No. 1 (140), Moscow 2005.

Exhibit 61.   The Central Bank of Russian Federation, Bulletin of Banking Statistics, No. 7 (134), Moscow 2004.

Exhibit 62.   Minutes of March 5, 2004 Intour Renaissance (Marriott) Board Meeting (14M-02443 - 14M-02446).

Exhibit 63.   Marriott Internal Email (Bates No. 14M-02406 - 14M-02408).

Exhibit 64.   Marriott Internal Email (Bates No. 14M-02520-21).

Exhibit 65.   Minutes of August 28, 2007 Intour Renaissance (Marriott) Board Meeting (10M-00470 - 10M-00474).

Exhibit 66.   Marriott Internal Email (Bates No. 14M-01756 - 14M-01763).

Exhibit 67.   Marriott Email (Bates No. 14M-02959-60).

Exhibit 68.   Marriott Internal Email (Bates No. 14M-01542 - 14M-01551).

Exhibit 69.   Deposition of CSIS Employee Robert Einhorn.

Exhibit 70.  Marriott Document (Bates No. 14M-02121).

Exhibit 71.  Marriott Internal Email (Bates No. 14M-03279).

Exhibit 72.  Marriott Email (Bates No. 14M01184-91).

Exhibit 73.  The Central Bank of Russian Federation, Bulletin of Banking Statistics, No. 8 (111), Moscow 2002.

Exhibit 74.  Dr. Mendelson's Marriott Grand hotel bill (Bates No. CSIS 00163-64).

Exhibit 75.  Dr. Mendelson's Marriott Grand hotel bill (Bates No. CSIS 00140-41).

Exhibit 76.  Dr. Mendelson's Marriott Grand hotel bill (Bates No. CSIS 00146-47).

Exhibit 77.  Dr. Mendelson's Marriott Grand hotel bill (Bates No. CSIS 00149-50).

Exhibit 78.  Dr. Mendelson's Marriott Grand hotel bill (Bates No. CSIS 00152-53).

Exhibit 79.  Dr. Mendelson's Marriott Grand hotel bill (Bates No. CSIS 00209-211).

Exhibit 80.  The Central Bank of Russian Federation, Bulletin of Banking Statistics, No. 10 (113), Moscow 2002.

Exhibit 81.  Mr. Einhorn's Marriott Royal Aurora hotel bill (Bates No. CSIS 00286-287, 289).

Exhibit 82.  The Central Bank of Russian Federation, Bulletin of Banking Statistics, No. 12 (151), Moscow 2005.

Exhibit 83.  Mr. Einhorn's Marriott Grand hotel bill (Bates No. CSIS 00239-40).

Exhibit 84.  Mr. Einhorn's Marriott Grand hotel bill (Bates No. CSIS 00250-51).

Exhibit 85.  Mr. Einhorn's Tverskaya hotel bill (Bates No. CSIS 00231-34).

Exhibit 86.  Declaration of Karen Shimabukuro.