IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.,<br>on behalf of themselves and all others<br>similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>      Defendant. | Civil Action No. 05-1138 (GK)<br><br>Status Conference – July 7, 2008 |

## MARRIOTT INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT

  Defendant Marriott International, Inc. ("Marriott"), by its attorneys, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rules 7.1(h) and 56.1, hereby moves for summary judgment on all claims in Plaintiffs' Second Amended Class Action Complaint and Demand for Jury Trial ("Second Amended Complaint"). The bases for this motion are set forth more fully in the accompanying Memorandum of Points and Authorities and Statement of Undisputed Facts.

Dated: June 2, 2008              Respectfully submitted,

                           /s/ Joel Dewey
                          Joel Dewey (Bar No. 358175)
                          Holly Drumheller Butler (Bar No. 459681)
                          Sonia Cho (Bar No. MD26995)
                          DLA Piper US LLP
                          6225 Smith Avenue
                          Baltimore, Maryland 21209
                          410-580-3000
                          410-580-3001 (facsimile)

                          *Attorneys for Defendant*
                          *Marriott International, Inc.*