IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.,<br>on behalf of themselves and all others<br>similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>                Defendant. | Civil Action No. 05-1138 (GK) |

**[PROPOSED] ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Upon consideration of Defendant Marriott International, Inc.'s ("Marriott's") Motion for Summary Judgment and accompanying materials, Plaintiffs' Opposition thereto, and all other materials submitted by the parties, this Court hereby **GRANTS** Marriott's Motion in full.

SO ORDERED, this _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge

.