UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1138 (GK) |

## MARRIOTT INTERNATIONAL, INC.'S MOTION
## TO FILE EXHIBITS TO STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT UNDER SEAL

Defendant Marriott International, Inc. ("Marriott") requests that exhibits to the Statement of Undisputed Facts in Support of Motion for Summary Judgment be filed under seal pursuant to the Stipulated Protective Order currently in force in this case.

In support of this request Marriott states the following:

1. In response to a stipulation by all parties, the Court entered a protective order governing documents produced by parties during the discovery phase of this case, including parts of depositions taken of plaintiffs and defendant witnesses ("the Stipulated Protective Order").

2. The Stipulated Protective Order requires that "confidential information" be filed under seal. (Doc. #15, ¶12).

3. The "confidential" and "non-confidential" documents being designated as exhibits by Marriott in support of its Statement of Undisputed Facts are intermingled to a certain extent. Marriott believes that, by segregating the confidential exhibits the Court may be unduly

burdened with the task of searching two different sets of exhibits to view a particular document. Marriott believes its filing of a single set of exhibits will better assist in ensuring the efficient allocation of judicial resources.

4.      Marriott has attached hereto a courtesy copy of the exhibits for the Court's review and a copy of corresponding index to the exhibits is attached as Exhibit 1.

WHEREFORE, Marriott respectfully requests that this Court accept and file under seal the exhibits to Marriott's Statement of Undisputed Facts in Support of Motion for Summary Judgment.

Dated: June 2, 2008

                        Respectfully submitted,

                        Counsel for Defendant Marriott International, Inc.:

                        /s/
                        Joel Dewey
                        Holly Drumheller Butler
                        Sonia Cho
                        DLA Piper US LLP
                        6225 Smith Avenue
                        Baltimore, MD 21209-3600
                        Phone: 410-580-3000
                        Facsimile: 410-580-3001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2008, a copy of Marriott International, Inc.'s Motion to file Exhibits Under Seal, was served electronically and mailed, postage prepaid, to:

>Paul D. Cullen, Sr., Esquire
>The Cullen Law Firm, PLLC
>1101 30th Street NW, Suite 300
>Washington, DC 20007
>*Counsel for Plaintiffs*

>/s/
>Joel Dewey

BALT2\4364747.1