UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>Defendant. | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S
MOTION TO FILE EXHIBITS TO STATEMENT OF UNDISPUTED FACTS IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

Upon consideration of Marriott International, Inc.'s Motion to File Exhibits to THE Statement of Undisputed Facts in Support of Motion for Summary Judgment Under Seal, this Court hereby GRANTS the Motion.

Dated: _____

_____
Hon. Gladys Kessler
United States District Court Judge

BALT2\4364747.1