# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC.

    Defendant.

Civil Action No. 05-1138 (GK)

### EXHIBITS TO MARRIOTT INTERNATIONAL, INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1. Second Affidavit of Deborah McGrath
2. Shaw First Interrogatory Responses
3. Charness First Interrogatory Responses
4. Marriott International Inc.'s First Interrogatory Responses
5. Affidavit of Reine Blackwell-Moore with Attachments A, B, C, D & E
6. Deposition of J. Stephen Morrison
7. Deposition of Robert Einhorn
8. Deposition of Gregory Broaddus
9. Chart of Marriott Russia Hotels
10. Marriott International Inc.'s Fourth Interrogatory Responses
11. Deposition of Linda Bartlett
12. Deposition of William Elliot Butler
13. PLF-000061 (document produced by Plaintiffs)
14. Deposition of Irina Paliashvili
15. Deposition of Mary LoGuidice

BALT2\4353333.1

16. Deposition of Deborah McGrath

17. Deposition of Sarah Mendelson

18. Deposition of Neal Charness

19. Declaration of Pankaj Birla with attachments A, B, C, & D

20. Deposition of Britt Shaw

21. CSIS 00001-00005, CSIS 00015, CSIS 00032-00033 (documents produced by CSIS)