UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRITT A. SHAW, *et al.* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-1138 (GK) |
| v. | ) | |
| | ) | |
| | ) | |
| MARRIOTT INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————————— | ) | |

**PLAINTIFFS' NOTICE OF FILING OF SEALED DOCUMENT**

The Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International

Studies, and Sarah Mendelson pursuant to LCvR 5.4(e) hereby give notice that they have filed

under seal their Statement of Material Facts As To Which There Is No Genuine Dispute In

Support Of Plaintiffs' Motion For Partial Summary Judgment On Liability.

Respectfully submitted:

/s/ Paul D. Cullen, Sr.

Of Counsel:                        Paul D. Cullen, Sr.
Mark W. Borghesani, Esq.           Joyce E. Mayers
19 Sivtsev Vrazhek Per., kv. 10    Randall Herrick-Stare
Moscow 119003 Russia               Amy M. Lloyd
+7-916-640-0290 (Tel.)             The Cullen Law Firm, PLLC
                                   1101 30th Street NW, Suite 300
                                   Washington, DC 20007
                                   (202) 944-8600