UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>)<br>Plaintiffs, )<br>) Civil Action No. 05-1138 (GK)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____ ) | |

## PLAINTIFFS' NOTICE OF FILING OF SEALED EXHIBITS

The Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International Studies, and Sarah Mendelson pursuant to LCvR 5.4(e) hereby give notice that they have filed under seal the exhibits to their Statement of Material Facts As To Which There Is No Genuine Dispute In Support Of Plaintiffs' Motion For Partial Summary Judgment On Liability.

Respectfully submitted:

/s/ Paul D. Cullen, Sr.

Of Counsel:  
Mark W. Borghesani, Esq.  
19 Sivtsev Vrazhek Per., kv. 10  
Moscow 119003 Russia  
+7-916-640-0290 (Tel.)

Paul D. Cullen, Sr.  
Joyce E. Mayers  
Randall Herrick-Stare  
Amy M. Lloyd  
The Cullen Law Firm, PLLC  
1101 30th Street NW, Suite 300  
Washington, DC 20007  
(202) 944-8600