UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1138 (GK) |

**MARRIOTT INTERNATIONAL INC.'S NOTICE OF ERRATA**

Marriott International, Inc. ("Marriott") submits this Notice of Errata concerning its Statement of Undisputed Facts to Motion for Summary Judgment which was filed with the Court on June 2, 2008. and states as follows:

1. On June 2, 2008, Marriott filed its Motion for Summary Judgment, Memorandum in Support and Proposed Order ("Motion"). Document 106.

2. On June 2, 2008, Marriott filed its Statement of Undisputed Facts to Motion for Summary Judgment as a separate filing ("Statement") using the "Motion" Category. Document 107.

3. The Statement should have been filed as an attachment to the Motion, Document 106, and is attached hereto. Through this Notice of Errata, Marriott hereby requests the record be corrected to show the Statement of Undisputed Facts as an attachment to The Motion for Summary Judgment.

BALT2\4358181.1

Respectfully submitted,

Marriott International, Inc.

_____/s/_____
Joel Dewey
Holly Drumheller Butler
Sonia Cho
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: 410-580-3000
Facsimile: 410-580-3001

BALT2\4358181.1