UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1138 (GK) |

**MARRIOTT INTERNATIONAL, INC.'S MOTION FOR LEAVE
TO FILE EXHIBITS TO SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT
OF MOTION TO STRIKE DECLARATIONS OF TIMOTHY BRICKELL UNDER SEAL**

Defendant Marriott International, Inc. ("Marriott") requests that exhibits to the Supplemental Memorandum In Further Support of Motion to Strike Declarations of Timothy Brickell be filed under seal pursuant to the Stipulated Protective Order currently in force in this case.

In support of this request Marriott states the following:

1. In response to a stipulation by all parties, the Court entered a protective order governing documents produced by parties during the discovery phase of this case, including parts of depositions taken of plaintiffs and defendant witnesses ("the Stipulated Protective Order").

2. The Stipulated Protective Order requires that "confidential information" be filed under seal. (Doc. #15, ¶12).

3. The "confidential" and "non-confidential" documents being designated as exhibits by Marriott in support of its Supplemental Memorandum in Further Support of Motion to Strike

BALT2\4373204.1

Declarations of Timothy Brickell are intermingled to a certain extent. Marriott believes that, by segregating the confidential exhibits the Court may be unduly burdened with the task of searching two different sets of exhibits to view a particular document. Marriott believes its filing of a single set of exhibits will better assist in ensuring the efficient allocation of judicial resources.

4. Marriott has attached hereto a courtesy copy of the exhibits for the Court's review and a copy of corresponding index to the exhibits is attached as Exhibit 1.

WHEREFORE, Marriott respectfully requests that this Court accept and file under seal the exhibits to Marriott's Supplemental Memorandum in Further Support of Motion to Strike Declarations of Timothy Brickell.

Dated: June 12, 2008

                                        Respectfully submitted,

                                        Counsel for Defendant Marriott
                                        International, Inc.:

                                        /s/
                                        Joel Dewey
                                        Holly Drumheller Butler
                                        Sonia Cho
                                        DLA Piper US LLP
                                        6225 Smith Avenue
                                        Baltimore, MD  21209-3600
                                        Phone: 410-580-3000
                                        Facsimile: 410-580-3001

BALT2\4373204.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2008, a copy of Marriott International, Inc.'s Motion to file Exhibits Under Seal, was served electronically and mailed, postage prepaid, to:

> Paul D. Cullen, Sr., Esquire
> The Cullen Law Firm, PLLC
> 1101 30th Street NW, Suite 300
> Washington, DC 20007
> *Counsel for Plaintiffs*

>                           /s/
>                 Joel Dewey

BALT2\4373204.1