IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>　　　　　Defendant. | Civil Action No. 05-1138 (GK) |

EXHIBITS TO MARRIOTT INTERNATIONAL, INC.'S SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF MOTION TO STRIKE DECLARATIONS OF TIMOTHY BRICKELL

1.　Second Deposition of Timothy Brickell, dated May 22, 2008

2.　Brickell DC Address Analysis – "DC" Reference Only

3.　Brickell DC Address Analysis – Non DC Identifiers

BALT2\4363489.1