UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S
MOTION TO FILE EXHIBITS TO SUPPLEMENTAL MEMORANDUM IN FURTHER
SUPPORT OF MOTION TO STRIKE DECLARATIONS OF TIMOTHY BRICKELL**

Upon consideration of Marriott International, Inc.'s Motion to File Exhibits to its Supplemental Memorandum in Further Support of Motion to Strike Declarations of Timothy Brickell Under Seal, this Court hereby GRANTS the Motion.

Dated: _____            _____
　　　　　　　　　　　　　　　　　　Hon. Deborah A. Robinson
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge

BALT2\4373204.1