IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>        Defendant. | Civil Action No. 05-1138 (GK) |

**NOTICE REGARDING FILING OF SEALED MATERIAL**

Notice is given that Exhibits to Marriott International, Inc.'s Supplemental Memorandum In Further Support for Motion to Strike Declarations of Timothy Brickell were lodged with the Clerk of the Court, in paper format and on CD, under seal pending a Court Order. These exhibits are not available for public viewing.

Dated: June 13, 2008

/s/ Joel A. Dewey
Joel Dewey (Bar No. 358175)
Holly Drumheller Butler (Bar No. 459681)
Sonia Cho (Bar No. MD26995)

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)
*Attorneys for Defendant*
*Marriott International, Inc.*

BALT2\4357832.1