UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> MARRIOTT INTERNATIONAL, INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL:
PLAINTIFFS' ANSWER AND COUNTER-STATEMENT TO MARRIOTT
INTERNATIONAL, INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

The Court having reviewed PLAINTIFFS' ANSWER AND COUNTER-STATEMENT TO MARRIOTT INTERNATIONAL, INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, and finding good grounds therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the document be sealed:


Dated:_____          _____
                                                                Gladys Kessler
                                                                United States District Judge