UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL:
EXHIBITS TO THEIR ANSWER AND COUNTER-STATEMENT TO
MARRIOTT INTERNATIONAL INC.'S STATEMENT OF UNDISPUTED FACTS IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International Studies and Dr. Sarah Mendelson, on behalf of themselves and all others similarly situated, pursuant to the Stipulated Protective Order entered in the case (Doc. No. 15) and LCvR 5.1(j)(1), request that the exhibits to their Answer and Counter-Statement to Marriott International, Inc.'s Statement of Undisputed Facts In Support of Motion for Summary Judgment be filed under seal. As grounds therefore, the Plaintiffs state as follows:

1. On October 3, 2005, in response to a stipulation of the parties, the Court entered a protective order covering documents expected to be produced during discovery.

2. ¶ 12 of the Stipulated Protective Order requires the "confidential information" be filed under seal. Defendants have designated the majority of documents produced in discover as "confidential."

3. Marriott has claimed a substantial amount of the exhibits to the Answer and

Counter-Statement to Marriott International, Inc.'s Statement of Undisputed Facts In Support of Motion for Summary Judgment are confidential. The "confidential" and non-confidential exhibits are intermingled to a significant degree. For the convenience of the court, the exhibits are bundled.

4. A list of exhibits included within the sealed package is attached hereto as Exhibit A.

WHEREFORE, the Plaintiffs request that the Court accept for filing the sealed exhibits identified in Exhibit A.

                Respectfully submitted:

Of Counsel:  
Mark W. Borghesani, Esq.  
19 Sivtsev Vrazhek Per., kv. 10  
Moscow 119003 Russia  
+7-916-640-0290 (Tel.)

/s/ Paul D. Cullen, Sr.  
Paul D. Cullen, Sr.  
Joyce E. Mayers  
Randall Herrick-Stare  
Amy M. Lloyd  
The Cullen Law Firm, PLLC  
1101 30th Street NW, Suite 300  
Washington, DC 20007  
(202) 944-8600

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served by electronic mail and First-Class Mail on this 13th day of June, 2008:

Benjamin S. Boyd
Holly D. Butler
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
7th floor
Washington, D.C.  20036-2412

Joel A. Dewey
Holly Butler Drumheller
Sonia Cho
Jennifer M. Skaggs
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD.  21209

/s/ Paul D. Cullen, Sr.
Paul D. Cullen, Sr.

.