UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL:
EXHIBITS TO THEIR ANSWER AND COUNTER-STATEMENT TO
MARRIOTT INTERNATIONAL INC.'S STATEMENT OF UNDISPUTED FACTS IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The Court having reviewed PLAINTIFFS' MOTION TO FILE UNDER SEAL: EXHIBITS TO THEIR ANSWER AND COUNTER-STATEMENT TO MARRIOTT INTERNATIONAL INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, and finding good grounds therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the exhibits (identified in Exhibit A to the Plaintiffs' motion) be sealed:

Dated:_____     _____
                              Gladys Kessler
                              United States District Judge