UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**EXHIBITS TO PLAINTIFFS' ANSWER AND COUNTER-STATEMENT TO
MARRIOTT INTERNATIONAL, INC.'S STATEMENT OF UNDISPUTED
FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Exhibit 87.     Deposition of Brit Shaw.

Exhibit 88.     The Central Bank of Russian Federation, Bulletin of Banking Statistics, No. 7 (122), Moscow 2003.

Exhibit 89.     Marriott's Response to Plaintiffs' Second Set of Discovery Requests.

Exhibit 90.     August 1, 2007 letter from Marriott.

Exhibit 91      Deposition of Sarah Mendelson

Exhibit 92.     Mendelson Email with Marriott Employee (CSIS 00024-25)