UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>)<br>Plaintiffs, )<br>) Civil Action No. 05-1138 (GK)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | |

## PLAINTIFFS' NOTICE OF FILING OF SEALED DOCUMENT

The Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International Studies, and Sarah Mendelson pursuant to LCvR 5.4(e) hereby give notice that they have filed under seal their Answer and Counter-statement to Marriott International, Inc.'s Statement of Undisputed Facts In Support of Motion for Summary Judgment.

Respectfully submitted:

/s/ Paul D. Cullen, Sr.
Paul D. Cullen, Sr.
Of Counsel:                    Joyce E. Mayers
Mark W. Borghesani, Esq.       Randall Herrick-Stare
19 Sivtsev Vrazhek Per., kv. 10   Amy M. Lloyd
Moscow 119003 Russia           The Cullen Law Firm, PLLC
+7-916-640-0290 (Tel.)         1101 30th Street NW, Suite 300
                               Washington, DC 20007
                               (202) 944-8600