UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFFS' NOTICE OF FILING OF SEALED EXHIBITS**

The Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International Studies, and Sarah Mendelson pursuant to LCvR 5.4(e) hereby give notice that they have filed under seal the exhibits to their Answer and Counter-Statement to Marriott International, Inc.'s Statement of Undisputed Facts In Support of Motion for Summary Judgment.

Respectfully submitted:

/s/ Paul D. Cullen, Sr.
Paul D. Cullen, Sr.
Joyce E. Mayers
Randall Herrick-Stare
Amy M. Lloyd
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600

Of Counsel:
Mark W. Borghesani, Esq.
19 Sivtsev Vrazhek Per., kv. 10
Moscow 119003 Russia
+7-916-640-0290 (Tel.)