## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>                Defendant. | Civil Action No. 05-1138 (GK) |

### [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment on the Issue of Liability and accompanying materials, Defendant Marriott International, Inc.'s Opposition thereto, and all other materials submitted by the parties, this Court hereby **DENIES** Plaintiffs' Motion in full.

SO ORDERED, this _____ day of _____, 2008.

                                                                                            Hon. Gladys Kessler
                                                                                            United States District Judge

.