UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1138 (GK)<br>)  (Status Conference July 7, 2008)<br>)<br>)<br>)<br>)<br>) |

**MARRIOTT INTERNATIONAL, INC.'S MOTION FOR LEAVE
TO FILE STATEMENT OF CONTROVERTED FACTS AS TO WHICH THERE IS A
GENUINE DISPUTE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY AND EXHIBITS THERETO
UNDER SEAL**

Defendant Marriott International, Inc. ("Marriott") hereby moves for leave to file its Statement of Controverted Facts ("SOCF") as to Which There is a Genuine Dispute in Opposition to Plaintiffs' Motion for Partial Summary Judgment on the Issue of Liability, and the Exhibits thereto, be filed under seal pursuant to the Stipulated Protective Order currently in force in this case.

In support of this request Marriott states the following:

1. In response to a stipulation by all parties, the Court entered a protective order governing documents produced by parties during the discovery phase of this case, including parts of depositions taken of plaintiffs and defendant witnesses ("the Stipulated Protective Order").

2. The Stipulated Protective Order requires that "confidential information" be filed under seal. (Doc. #15, ¶12).

BALT2\4374127.1

3. The SOCF contains a number of detailed descriptions and excerpts of facts that Marriott claims are confidential.

4. Marriott has attached hereto a courtesy copy of the Items to be Filed Under Seal.

WHEREFORE, Marriott respectfully requests that the Court accept for filing the Statement of Controverted Facts as to Which There is a Genuine Dispute in Opposition to Plaintiffs' Motion for Partial Summary Judgment on the Issue of Liability, and all exhibits thereto, under seal.

Dated: June 16, 2008

                                                  Respectfully submitted,

                                                  Counsel for Defendant Marriott International, Inc.:

                                                  /s/
                                                Joel Dewey
                                                Holly Drumheller Butler
                                                Sonia Cho
                                                Jennifer Skaggs
                                                DLA Piper US LLP
                                                6225 Smith Avenue
                                                Baltimore, MD 21209-3600
                                                Phone: 410-580-3000
                                                Facsimile: 410-580-3001

BALT2\4374127.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of June, 2008, a copy of the aforementioned motion, was served electronically and mailed, postage prepaid, to:

> Paul D. Cullen, Sr., Esquire
> The Cullen Law Firm, PLLC
> 1101 30th Street NW, Suite 300
> Washington, DC 20007
> *Counsel for Plaintiffs*

/s/
Joel Dewey

BALT2\4374127.1