IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>　　　　　　　　　Defendant. | Civil Action No. 05-1138 (GK) |

## ITEMS TO BE FILED UNDER SEAL

A.     Statement of Controverted Facts as to Which There is a Genuine Dispute In Opposition to Plaintiffs' Motion for Partial Summary Judgment on the Issue of Liability

B.     Exhibit 1:     Two Mendelson invoices for the Moscow Marriott Grand Hotel, designated as CSIS 00182-00187

C.     Exhibit 2:     2005 Bulletin of Banking Statistics, No. 1 (140), The Central Bank of the Russian Federation, pgs. 54-55

D.     Exhibit 3:     Management Agreement for the Renaissance St. Petersburg Baltic