UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARRIOTT INTERNATIONAL, INC. ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 05-1138 (GK) <br> (Status Conference July 7, 2008) |

**ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S MOTION FOR LEAVE TO FILE STATEMENT OF CONTROVERTED FACTS AS TO WHICH THERE IS A GENUINE DISPUTE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY AND EXHIBITS THERETO UNDER SEAL**

Upon consideration of Marriott International, Inc.'s Motion for Leave to File Statement of Controverted Facts as to Which There is a Genuine Dispute in Opposition to Plaintiffs' Motion for Partial Summary Judgment on the Issue of Liability and Exhibits Thereto Under Seal this Court hereby **GRANTS** the Motion.

Dated: _____

_____
Deborah Robinson
Magistrate Judge

BALT2\4374127.1