UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**BRITT A. SHAW**, <u>et al.</u>,           :
                                    :
     **Plaintiffs**,               :
                                    :
  v.                                :   Civil Action No. 05-1138 (GK)
                                    :
**MARRIOTT INTERNATIONAL, INC.**,   :
                                    :
     **Defendant**.               :
_____:

### O R D E R

The Clerk's Office has notified the Court of recurrent procedural defects in Plaintiffs' and Defendant's submission of sealed documents to the Court. Therefore, it is hereby

**ORDERED** that when a Motion for Leave to File Materials Under Seal is filed with the Court (via ECF or otherwise), that the documents for which leave to file is sought be simultaneously submitted to the Clerk's Office per Local Rule 5.1(j), so that they may be considered in determining whether the Motion for Leave to File should be granted; and it is further

**ORDERED** that any such document shall be properly and conspicuously labeled as a "DOCUMENT UNDER SEAL" or "DOCUMENTS SUBJECT TO PROTECTIVE ORDER," or the equivalent <u>on the document itself</u>, as well as on the envelope/box securely sealing such documents.

June 18, 2008

/s/
Gladys Kessler
United States District Judge

<u>Copies to</u>: **attorneys on record via ECF**