Case No. 05-1138 (GK)

# EXHIBIT A

# MEMORANDUM

Date:     March 27, 2008
To:       Tim Brickell
From:     Randall S. Herrick-Stare
Re:       1080.100
          Frequency of accumulated markups exceeding $1,500

Confirming our earlier conversation,

Marriott has alleged in its brief in opposition to the motion for class certification that the class representatives are inadequate because of their apparent willingness to abandon the claims of prospective class members whose damages exceed $1,500.

For a given consumer for a given stay, please assume his "damages" are the accumulated markup, over the price quoted at the time of reservation, calculated as the product of four factors:
1. of the daily price (as noted in U.S. dollars in the MRDW data produced by Marriott),
2. the number of days (as noted in the MRDW data produced by Marriott),
3. 1.18 (to account for the 18% tax reflected on the plaintiffs' hotel bills), and
4. Marriott's markup (the ratio of the "hotel exchange rate" to the Central Bank exchange rate as reported by Marriott, Bates No: 4M-001968 to 1973).

Thus:  Accumulated markup = daily price * number of days * 1.18 * Marriott's markup.

Once you have determined the accumulated markup for each of the records in the MRDW data produced by Marriott, tally the number of those records that reflect an accumulated markup in excess of $1,500.00.

Please advise me of the total number of records, and the number (and percent) of those records that evidence an accumulated markup in excess of $1,500.