Case No. 05-1138 (GK)

# EXHIBIT C



## Text operators

Use text operators to combine two or more text items into one larger item, indicate text constants in a formula, format the results of a formula, or represent special characters in a formula.

| Symbol | Name | Definition |
|---|---|---|
| & | Concatenate | Appends the text string on the right to the end of the text string on the left. Text strings can be fields, constants enclosed in quotes, or certain functions. |
| " " | Text constant | Marks the beginning and the end of characters to be considered a text constant. Quotation marks without text between them indicate an empty value (no text). If you enter text into a formula without using quotation marks, FileMaker Pro tries to interpret the text as a field or function name. |
| \ | Backslash | Marks an operator character to be used as a character instead of an operator. |
| ¶ | Carriage return | Inserts a paragraph carriage return in the result of a formula. |
| /* */ | C style comment | Marks the beginning and the end of characters to be considered as text comments within a formula. |
| // | C++ style comment | Identifies a single-line comment within a formula. |
| ${ } | Reserved name | Identifies reserved function names and keywords used as field names and table names. |

**Related topics**

About formulas

Identifying text constants and special characters in formulas

Adding a new line to the results of a formula

Adding comments to a formula

Using a reserved word or symbol for a field or table name