UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 05-1138 (GK) |
| v. | ) (Status Conference July 7, 2008) |
| | ) |
| MARRIOTT INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR
PLAINTIFFS' AND DEFENDANT'S REPLY MEMORANDA
IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs respectfully submit this motion to extend the deadline for the parties' reply memoranda in support of cross motions for summary judgment.  Pursuant to LCvR 7(d), Plaintiffs' Memorandum of Points and Authorities in Reply to Marriott's Opposition to Plaintiffs' Motion for Summary Judgment is due on Thursday, June 26, 2008.  Defendant's Memorandum of Points and Authorities in Reply to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment is due on Wednesday, June 25, 2008.  The proposed motion would require both reply memoranda to be filed on or by Wednesday, July 2, 2008.

The parties have conferred; counsel for Marriott does not oppose the proposed extension. This schedule change will not effect the Status Conference scheduled for July 7, 2008.

Per Paragraph 11 of the Scheduling Order, the Plaintiffs state that this extension is for compelling reasons including unanticipated workload and staffing issues, and the filing of a motion for summary judgment in another matter.

Plaintiffs respectfully request that the Court grant this Unopposed Motion to Extend the

Deadline for Plaintiffs' and Defendant's Reply Memoranda In Support of Motions for Summary

Judgment.  A proposed order is filed herewith.


Respectfully submitted:



/s/ Paul D. Cullen, Sr.

Of  Counsel:                              Paul D. Cullen, Sr.
Mark W. Borghesani, Esq.                  Joyce E. Mayers
C/o The Cullen Law Firm, PLLC             Randall Herrick-Stare
1101 30th Street NW, Suite 300            Amy M. Lloyd
Washington, DC 20007                      The Cullen Law Firm, PLLC
(202) 944-8600                            1101 30th Street NW, Suite 300
                                          Washington, DC 20007
                                          (202) 944-8600

                                          Counsel for Plaintiffs