UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>)<br>   Plaintiffs, )<br>) Civil Action No. 05-1138 (GK)<br>v. ) (Status Conference July 7, 2008)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>   Defendant. )<br>_____) | |

**PROPOSED ORDER EXTENDING THE DEADLINE FOR REPLY
MEMORANDA IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

Upon consideration of the Plaintiffs' Unopposed Motion to Extend the Deadline for Plaintiffs' and Defendant's Reply Memoranda In Support of Motions for Summary Judgment, the Court hereby grants the motion as submitted.

It is hereby ORDERED that Plaintiffs' and Defendant's Reply Memoranda In Support of Motions for Summary Judgment shall be due on or before July 2, 2008.

Dated: _____                        _____
                                                                            Gladys Kessler
                                                                           United States District Court