IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW,<br>on behalf of himself and all others<br>similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | Civil Action No. 05-1138 (GK) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
CHARLES SCHEELER**

　　　　Joel A. Dewey, a duly admitted member of the Bar of the District of Columbia and the Bar of this Court, pursuant to Rule 83.2 (c) and (d) of the Local Rules (Civil) of Practice for the United States District Court for the District of Columbia, moves to admit Charles Scheeler, Esquire for the limited purpose of appearing and participating as counsel for Defendant Marriott International, Inc. ("Marriott") in the above-captioned case.

　　　　1.　　Current counsel for defendant, Joel A. Dewey, is a partner at DLA Piper US LLP's ("DLA Piper") Baltimore, MD, office and is duly admitted to the Bar of the District of Columbia and is admitted before this Court.

　　　　2.　　Charles Scheeler is a Partner in DLA Piper's Baltimore, Maryland office at 6225 Smith Avenue, Baltimore, Maryland 21209. He is currently a member in good standing of the state and federal bars of Maryland.

　　　　3.　　Mr. Scheeler has never been disciplined by any bar. (*See* Declaration of Charles Scheeler attached hereto as Exhibit A.)

4.  Mr. Scheeler has not been admitted to practice *pro hac vice* in this Court within the last two years.

WHEREFORE, Joel A. Dewey respectfully requests that this Court grant this Motion and allow Charles Scheeler to appear and participate as counsel of record for Defendant Marriott in the instant case. A proposed Order is attached.

Respectfully submitted,

_____/S/_____
Joel. A. Dewey
D.C. Bar No. 358175
Federal Bar No. 486

DLA PIPER US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone (410) 580-3000
Facsimile (410) 580-3001

Attorney for Defendant
Marriott International, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30 th day of June, 2008, a copy of the Motion for Admission *Pro Hac Vice* of Charles Scheeler was electronically filed and served by first-class mail on:

>Paul D. Cullen, Sr. (Bar No. 100230)
>Randall Herrick-Stare
>THE CULLEN LAW FIRM, PLLC
>1101 30th Street, N.W., Suite 300
>Washington, D.C. 20007
>
>Attorneys for Plaintiff

_____/S/_____
Joel A. Dewey

BALT2\4296773.1
14598-60