IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW,
on behalf of himself and all others
similarly situated,

        Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

        Defendant.

Civil Action No. 05-1138 (GK)

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Charles Scheeler, it is this _____ day of _____ 2008, by the U. S. District Court for the District of Columbia, hereby ORDERED that:

1. The Motion for Admission *Pro Hac Vice* of Charles Scheeler is GRANTED; and

2. Charles Scheeler is hereby admitted *pro hac vice* to represent Defendant Marriott in the above-captioned matter. Mr. Scheeler is hereby authorized to perform all functions as counsel for Defendant in this matter, including, but not limited to, signing all pleadings, motions, and other papers; conducting discovery; and speaking on behalf of Defendant in open Court.

_____
Judge Gladys Kessler
United States District Judge

BALT2\4296773.1
14598-60