IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW,
on behalf of himself and all others
similarly situated,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.

Civil Action No. 05-1138 (GK)
Next Scheduled Court Deadline:
Joint Meet and Confer Statement
March 9, 2007

## DECLARATION OF CHARLES SCHEELER

I, Charles Scheeler, declare that:

1.  I am a member in good standing of the state and federal bars of the State of Maryland.

2.  I certify that I have never been disciplined by any bar.

3.  During the past two years, I have not been admitted *pro hac vice* in this Court.

        /s/ Charles Scheeler
        Charles Scheeler
        Federal Bar No. 00295

        DLA PIPER US LLP
        6225 Smith Avenue
        Baltimore, Maryland 21209
        Tel: 410-580-3000
        Fax: 410-580-3001