UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* | ) |
|     Plaintiffs, | ) ) ) ) ) Civil Action No. 05-1138 (GK) |
| v. | ) (Status conference July 7, 2007) |
| MARRIOTT INTERNATIONAL, INC. | ) ) ) |
|     Defendant. | ) ) |

**PLAINTIFFS' STATEMENT OF ISSUES FOR CONSIDERATION AT JULY 7, 2008 STATUS CONFERENCE**

In compliance with the Court's order of June 30, 2008, the Plaintiffs report on the status of the case, and set forth issues for consideration at the July 7, 2008 status conference.

PENDING MOTIONS:

There are four motions pending:

1. Plaintiffs' motion for class certification (Doc. # 53),

2. Marriott's motion to dismiss CSIS (Doc. # 65),

3. Marriott's motion to strike the declarations of Tim Brickell (Doc. # 89), currently before Magistrate Judge Robinson,

4. Marriott's motion for summary judgment (Doc. # 106), and

5. Plaintiffs' motion for partial summary judgment, regarding liability (Doc. # 109).

ANTICIPATED MOTIONS BY PLAINTIFFS:

The Plaintiffs expect to file two motions in the near future:

1. A Fed. R. Civ. P. 37(c)(1) motion to strike certain statements by Marriott because they are premised upon matters not disclosed as required by Fed. R. Civ. P. 26(a)

2. A motion to declassify documents improperly designated by Marriott as "confidential" or "attorneys eyes only."

ISSUES TO BE CONSIDERED:

The Plaintiffs respectfully request that the following issues be addressed at the July 7, 2008 status conference:

1. If the case is certified as appropriate for class treatment, the need for a new scheduling order providing for additional discovery in order to identify class members by name and address, and other contact information, in order to accomplish notice and to identify those who are entitled to statutory damages.

2. If the Court does not look with favor upon the Plaintiffs' Fed. R. Civ. P. 37(c)(1) motion, the need for disclosure and discovery regarding matters not stricken.

3. Marriott data promised but still not produced:

    a. PMS ("Property Management System") data for the Marriott Courtyard City Center. This was produced in an unreadable form. Marriott represented it would produce it in a readable form. It has not been re-produced in a readable form.

    b. MRDW ("Marriott Reservation Data Warehouse") data for the Renaissance Moscow hotel for the period from December 15, 2006 through March 31, 2007.

4. Whether the court will set oral argument regarding class certification and motions for summary judgments.

Respectfully submitted:

_/s/ Paul D. Cullen Sr_____

| | |
|---|---|
| Of Counsel: | Paul D. Cullen, Sr. |
| Mark W. Borghesani, Esq. | Joyce E. Mayers |
| C/o The Cullen Law Firm | Randall Herrick-Stare |
| 1101 30th St. NW, Suite 300 | Amy M. Lloyd |
| Washington, D.C. 20007 | The Cullen Law Firm, PLLC |
| (202) 944-8600 | 1101 30th Street NW, Suite 300 |
| | Washington, DC 20007 |
| | (202) 944-8600 |

Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served via ECF notice on this 2nd of July 2008 to the following people:

Benjamin S. Boyd. .................................................................... benjamin.boyd@piperrudnick.com
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W., 7th floor
Washington, D.C.  20036-2412

Joel A. Dewey. ............................................................................... joel.dewey@dlapiper.com
Holly D. Butler. ............................................................................. holly.butler@dlapiper.com
Jennifer M. Skaggs. ................................................................... jennifer.skaggs@dlapiper.com
Jeffrey E. Gordon. ...................................................................... jeffrey.gordon@dlapiper.com
Sonia Cho. ....................................................................................... sonia.cho@dlapiper.com
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD.  21209

__/s/ Paul D. Cullen Sr____