UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 05-1138 (GK) |
| v. ) | |
| ) | |
| ) | |
| MARRIOTT INTERNATIONAL, INC. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL:**
**PLAINTIFFS' REPLY TO MARRIOTT'S STATEMENT OF CONTROVERTED FACTS**
**AS TO WHICH THERE IS A GENUINE DISPUTE IN OPPOSITION TO PLAINTIFFS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY**

Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International Studies and Dr. Sarah Mendelson, on behalf of themselves and all others similarly situated, pursuant to the Stipulated Protective Order entered in the case (Doc. No. 15) and LCvR 5.1(j)(1), request that their Reply to Marriott's Statement of Controverted Facts As To Which There Is A Genuine Dispute In Opposition to Plaintiffs' Motion For Partial Summary Judgment on the Issue of Liability be filed under seal. As grounds therefore, the Plaintiffs state as follows:

1. On October 3, 2005, in response to a stipulation of the parties, the Court entered a protective order covering documents expected to be produced during discovery.

2. ¶ 12 of the Stipulated Protective Order requires the "confidential information" be filed under seal. Defendants have designated the majority of the documents produced in discovery as "confidential."

3. While not all of the material in the Reply to Marriott's Statement of Controverted Facts

As To Which There Is A Genuine Dispute In Opposition to Plaintiffs' Motion For Partial Summary Judgment on the Issue of Liability has been designated as "confidential," the statement contains a number of detailed descriptions of and excerpts facts that Marriott has claimed are confidential. For the convenience of the Court, the material facts are bundled.

4. WHEREFORE, the Plaintiffs request that the Court accept for filing the Reply to Marriott's Statement of Controverted Facts As To Which There Is A Genuine Dispute In Opposition to Plaintiffs' Motion For Partial Summary Judgment on the Issue of Liability under seal.

Respectfully submitted,

Of Counsel:
Mark W. Borghesani, Esq.
19 Sivtsev Vrazhek Per., kv. 10
Moscow 119003 Russia
+7-916-640-0290 (Tel.)

/s/ Paul D. Cullen, Sr.
Paul D. Cullen, Sr.
Joyce E. Mayers
Randall Herrick-Stare
Amy M. Lloyd
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of this document was served by electronic mail and First-Class Mail on this 2nd day of July, 2008:

Benjamin S. Boyd
Holly D. Butler
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
7th floor
Washington, D.C. 20036-2412

Joel A. Dewey
Holly Butler Drumheller
Sonia Cho
Jennifer M. Skaggs
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD. 21209

                /s/ Paul D. Cullen, Sr.
                Paul D. Cullen, Sr.

.