UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL:
PLAINTIFFS' REPLY TO MARRIOTT'S STATEMENT OF CONTROVERTED FACTS
AS TO WHICH THERE IS A GENUINE DISPUTE IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY**

    The Court having reviewed PLAINTIFFS' REPLY TO MARRIOTT'S STATEMENT OF CONTROVERTED FACTS AS TO WHICH THERE IS A GENUINE DISPUTE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY, and finding good grounds therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the document be sealed:

Dated:_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gladys Kessler
　　　　　　　　　　　　　　　　　　　　United States District Judge