UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al. )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1138 (GK) |

**MARRIOTT INTERNATIONAL, INC.'S MOTION FOR LEAVE
TO FILE EXHIBITS TO MOTION TO STRIKE PORTIONS OF PLAINTIFFS' CLASS
CERTIFICATION BRIEFING THAT RELY ON THE THREE BRICKELL
DECLARATIONS UNDER SEAL**

Defendant Marriott International, Inc. ("Marriott") requests that exhibits to the Motion to Strike Portions of the Plaintiffs' Class Certification Briefing That Rely on the Three Brickell Declarations be filed under seal pursuant to the Stipulated Protective Order currently in force in this case.

In support of this request Marriott states the following:

1.  In response to a stipulation by all parties, the Court entered a protective order governing documents produced by parties during the discovery phase of this case, including parts of depositions taken of plaintiffs and defendant witnesses ("the Stipulated Protective Order").

2.  The Stipulated Protective Order requires that "confidential information" be filed under seal. (Doc. #15, ¶12).

3.  The "confidential" and "non-confidential" documents being designated as exhibits by Marriott in support of its Motion to Strike Portions of the Plaintiffs' Class Certification

BALT2\4373204.1

Briefing That Rely on the Three Brickell Declarations are intermingled to a certain extent. Marriott believes that, by segregating the confidential exhibits the Court may be unduly burdened with the task of searching two different sets of exhibits to view a particular document. Marriott believes its filing of a single set of exhibits will better assist in ensuring the efficient allocation of judicial resources.

4. Marriott has attached hereto a courtesy copy of the exhibits for the Court's review and a copy of corresponding index to the exhibits is attached as Exhibit 1.

WHEREFORE, Marriott respectfully requests that this Court accept and file under seal the exhibits to the Motion to Strike Portions of the Plaintiffs' Class Certification Briefing That Rely on the Three Brickell Declarations.

Dated: July 2, 2008

Respectfully submitted,

Counsel for Defendant Marriott International, Inc.:

_____/s/_____
Joel Dewey
Holly Drumheller Butler
Sonia Cho
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: 410-580-3000
Facsimile: 410-580-3001

BALT2\4373204.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of Marriott International, Inc.'s Motion to file Exhibits Under Seal, was served electronically and mailed, postage prepaid, to:

Paul D. Cullen, Sr., Esquire
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC  20007
*Counsel for Plaintiffs*

                                       /s/
                              Joel Dewey