## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

    v.

MARRIOTT INTERNATIONAL, INC.

                Defendant.

Civil Action No. 05-1138 (GK)

## EXHIBITS TO MARRIOTT INTERNATIONAL, INC.'S MOTION TO STRIKE
## PORTIONS OF PLAINTIFFS' CLASS CERTIFICATION BRIEFING THAT RELY ON
## THE THREE BRICKELL DECLARTIONS

1.     CV Of Timothy Brickell

2.     Deposition of Timothy Brickell I, Dated January 18, 2008

3.     Deposition of Timothy Brickell II, Dated May 22, 2008

4.     Affidavit of Deborah McGrath

5.     Declaration of Olga Nikitina