UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.        )
                             )
                             )
    Plaintiffs,              )
                             )   Civil Action No. 05-1138 (GK)
v.                           )
                             )
MARRIOTT INTERNATIONAL, INC. )
                             )
    Defendant.               )
_____)

**ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S
MOTION TO FILE EXHIBITS TO THE MOTION TO STRIKE PORTIONS OF
PLAINTIFFS' CLASS CERTIFICATION BRIEFING THAT RELY ON THE THREE
BRICKELL DECLARATIONS UNDER SEAL**

Upon consideration of Marriott International, Inc.'s Motion to File Exhibits to the Motion to Strike Portions of the Plaintiffs' Class Certification Briefing That Rely on the Three Brickell Declarations Under Seal, this Court hereby GRANTS the Motion.

Dated: _____          _____
                                       Hon. Deborah A. Robinson
                                       United States District Court
                                       Magistrate Judge

BALT2\4373204.1