UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, *et al.*            )
                                   )
                                   )
                                   )
    Plaintiffs,                    )
                                   )   Civil Action No. 05-1138 (GK)
v.                                 )
                                   )
                                   )
MARRIOTT INTERNATIONAL, INC.       )
                                   )
    Defendant.                     )
_____)

## ORDER

Upon consideration of Marriott's Motion to Strike Portions of Plaintiffs' Class Certification Briefing That Rely on The Three Brickell Declarations, the Court hereby **GRANTS** the motion as submitted.

It is hereby **ORDERED** that all portions of the Plaintiffs' Motion for Class Certification, Memorandum in Support of Plaintiffs' Motion for Class Certification, and the Plaintiffs' Memorandum of Points and Authorities in Reply to Marriott's Opposition to Plaintiffs' Motion for Class Certification which rely on or reference any of the three Declarations of Timothy P. Brickell submitted in support of class certification, are stricken from the record in this case.

Each of the following portions of the Plaintiffs' Memorandum in Support of Class Certification are hereby stricken:

1. Page 10, lines 9-10: "The members of the class as described may be ascertained using the electronic records produced by Marriott."

2. Page 10, Footnote 44: "Exhibit 21, Brickell Declaration."

3. Page 11, lines 5-11 and page 12, line 1: "Based upon an analysis of data produced to date by Marriott for the seven Marriott Russian hotel properties,[49] there are no

less than 110,522 guest stays which fit within the class definition.[50] The records produced by Marriott are currently incomplete.[51] The number of guest stays is likely to be considerable larger. Each guest stay is based upon a separate reservation confirmation.[52] Certain class members may have multiple guest stays, but each guest stay represents a separate violation of the CPPA. A class of more than 110,000 is clearly too large to join all class members in a single action, Class members are readily identifiable through the records produced by Marriott."

4. Page 11, Footnote 49: "Marriott has not yet produced records as follows: Renaissance Samara: Date Gap—9/12/03 thru 1/5/04; Renaissance Moscow: Date Gap—5/13/02 thru 1/1/04; Moscow Marriott Royal Aurora: Date Gap—5/13/02 thru 1/2/04; Moscow Marriott Grand Hotel: Date Gap—5/13/02 thru 1/2/04; Moscow Marriott Tverskaya: Date Gap—5/13/02 thru 1/4/04. Exhibit 21, Declaration of Timothy Brickell."

5. Page 11, Footnote 50: "Exhibit 21, Brickell Declaration."

6. Page 11, Footnote 51: "*Id.*"

7. Page 11, Footnote 52: "*Id.*"

Further, each of the following portions of the Plaintiffs' Memorandum of Points and Authorities in Reply to Marriott's Opposition to Plaintiffs' Motion for Class Certification are hereby stricken:

1. Page 7, lines 3-5: "Note, however, that the MARSHA database records disclose that there are well over 200,000 guest stays booked through participating hotels that were entered into MARSHA. Exhibit 36, Second Declaration of Tim P. Brickell ("Second Brickell Decl.") at 21."

2. Page 7, lines 11-15: "There are approximately 402,801 records of guest stays at Russian hotels in the MARSHA database. Second Brickell Decl. at 18. Assuming that these complaint files are relevant to anything but remedy, dealing with 454 records poses no serious obstacle to class certification. This simply is not a problem large enough to prevent the certification of a class with over 288,000 members."

3. Page 14, lines 13-16: "In this case, the overwhelming majority of guest stays generated overages of less than the $1,500 per violation in statutory damages provided by the CPPA. Plaintiffs estimate that only 691 guest stays or 0.3% of the total class, generated overcharges of more than $1,500. Exhibit 40, Third Declaration of Tim P. Brickell."

4. Page 21, lines 4-6: "More importantly, records produced by Marriott show an additional 8,198 absent class members with addresses in the District of Columbia stayed at Marriott's Russian hotels 11,324 times."

**SO ORDERED.**

Date: _____        _____
                                                          Judge Gladys Kessler