IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC.

        Defendant.

Civil Action No. 05-1138 (GK)

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that Exhibits to Marriott International, Inc.'s Motion to Strike Portions of Plaintiffs' Class Certification Briefing That Rely on The Three Brickell Declarations were lodged with the Clerk of the Court , in paper format and on CD, under seal pending a Court Order.  These exhibits are not available for public viewing.

Dated: July 2, 2008

/s/ Joel A. Dewey
Joel Dewey (Bar No. 358175)
Holly Drumheller Butler  (Bar No. 459681)
Sonia Cho (Bar No. MD26995)

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
410-580-3000
410-580-3001 (facsimile)
*Attorneys for Defendant
Marriott International, Inc.*

BALT2\4357832.1