# RESUBMITTED EXHIBIT 73

**THE CENTRAL BANK OF THE RUSSIAN FEDERATION**

# BULLETIN OF BANKING STATISTICS

№ 8 (111)

MOSCOW 2002

Table 2.6

## Official US Dollar to Ruble Rate

(ruble/USD)

|  | Days of the Month | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| **2001** | | | | | | | | | | | | | | | |
| January | — | — | — | 28.16 | 28.48 | 28.43 | — | — | — | 28.39 | 28.38 | 28.39 | 28.35 | — | — |
| February | 28.40 | 28.44 | 28.45 | — | — | 28.44 | 28.45 | 28.47 | 28.50 | 28.59 | — | — | 28.68 | 28.68 | 28.67 |
| March | 28.62 | 28.62 | 28.65 | — | — | 28.66 | 28.63 | 28.62 | — | — | — | 28.62 | 28.67 | 28.65 | 28.66 |
| April | 28.74 | — | 28.77 | 28.86 | 28.86 | 28.86 | 28.86 | — | — | 28.84 | 28.79 | 28.87 | 28.86 | 28.82 | — |
| May | 28.83 | — | — | 28.88 | 28.96 | — | — | 28.96 | 28.96 | — | 28.95 | 28.96 | — | — | 28.99 |
| June | 29.14 | 29.15 | — | — | 29.16 | 29.16 | 29.16 | 29.16 | 29.13 | 29.13 | — | — | — | 29.12 | 29.08 |
| July | — | — | 29.16 | 29.18 | 29.18 | 29.17 | 29.17 | — | — | 29.22 | 29.23 | 29.20 | 29.21 | 29.20 | — |
| August | 29.32 | 29.30 | 29.33 | 29.36 | — | — | 29.34 | 29.31 | 29.31 | 29.34 | 29.34 | — | — | 29.31 | 29.33 |
| September | 29.41 | — | — | 29.41 | 29.45 | 29.45 | 29.45 | 29.43 | — | — | 29.43 | 29.44 | 29.45 | 29.47 | 29.45 |
| October | — | 29.43 | 29.45 | 29.48 | 29.50 | 29.52 | — | — | 29.52 | 29.52 | 29.50 | 29.53 | 29.50 | — | — |
| November | 29.68 | 29.70 | 29.73 | — | — | 29.74 | 29.68 | — | 29.68 | 29.71 | — | — | 29.71 | 29.72 | 29.72 |
| December | 29.90 | — | — | 29.93 | 29.93 | 29.94 | 29.92 | 29.95 | — | — | 30.09 | 30.08 | — | 30.19 | 30.18 |
| **2002** | | | | | | | | | | | | | | | |
| January | 30.14 | — | — | 30.14 | 30.14 | — | — | — | 30.14 | 30.58 | 30.50 | 30.44 | — | — | 30.45 |
| February | 30.68 | 30.68 | — | 30.73 | 30.72 | 30.73 | 30.72 | 30.76 | — | — | 30.82 | 30.84 | 30.84 | 30.83 | |
| March | 30.94 | 30.94 | — | — | 30.99 | 30.99 | 30.99 | 30.99 | — | — | — | 31.06 | 31.05 | 31.08 | 31.02 |
| April | 31.12 | 31.17 | 31.17 | 31.19 | 31.18 | 31.18 | — | — | 31.19 | 31.16 | 31.17 | 31.20 | 31.17 | — | — |
| May | 31.20 | — | — | — | — | 31.20 | 31.20 | 31.21 | — | — | — | — | — | 31.25 | 31.25 |
| June | 31.31 | — | — | 31.31 | 31.33 | 31.35 | 31.39 | 31.40 | — | — | 31.40 | 31.39 | — | 31.40 | 31.40 |
| July | 31.45 | 31.50 | 31.51 | 31.51 | 31.51 | 31.52 | — | — | 31.53 | 31.55 | 31.55 | 31.54 | 31.56 | — | — |

40

BULLETIN OF BANKING STATISTICS № 3 (111)

**End**

(ruble/USD)

| | | Days of the Month | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| **2001** | | | | | | | | | | | | | | | | | |
| | January | 28.35 | 28.32 | 28.39 | 28.36 | 28.34 | — | — | 28.37 | 28.39 | 28.39 | 28.40 | 28.36 | — | — | 28.36 | 28.37 |
| | February | 28.68 | 28.66 | — | — | 28.66 | 28.69 | 28.65 | 28.61 | 28.68 | — | — | 28.76 | 28.72 | — | — | — |
| | March | 28.66 | 28.66 | — | — | 28.65 | 28.62 | 28.65 | 28.76 | 28.76 | — | — | 28.76 | 28.73 | 28.76 | 28.76 | 28.74 |
| | April | — | 28.85 | 28.86 | 28.87 | 28.90 | 28.88 | — | — | 28.84 | 28.85 | 28.90 | 28.86 | 28.83 | 28.83 | — | — |
| | May | 29.04 | 29.02 | 29.07 | 29.09 | — | — | 29.09 | 29.08 | 29.07 | 29.08 | 29.07 | — | — | 29.07 | 29.10 | 29.09 |
| | June | 29.07 | — | — | 29.05 | 29.09 | 29.14 | 29.08 | 29.10 | — | — | 29.10 | 29.09 | 29.12 | 29.11 | 29.07 | — |
| | July | — | 29.23 | 29.21 | 29.24 | 29.27 | 29.28 | — | — | 29.25 | 29.28 | 29.25 | 29.23 | 29.25 | — | — | 29.27 |
| | August | 29.34 | 29.35 | 29.36 | — | — | 29.37 | 29.35 | 29.35 | 29.37 | 29.37 | — | — | 29.35 | 29.36 | 29.36 | 29.37 |
| | September | — | — | 29.44 | 29.43 | 29.45 | 29.43 | 29.40 | — | — | 29.42 | 29.43 | 29.40 | 29.40 | 29.39 | — | — |
| | October | 29.51 | 29.49 | 29.54 | 29.55 | 29.55 | — | — | 29.54 | 29.54 | 29.57 | 29.59 | 29.63 | — | — | 29.68 | 29.70 |
| | November | 29.76 | 29.78 | — | — | 29.80 | 29.91 | 29.90 | 29.90 | 29.93 | — | — | 29.93 | 29.93 | 29.93 | 29.90 | — |
| | December | — | — | 30.30 | 30.28 | 30.28 | 30.26 | 30.08 | — | — | 30.12 | 30.12 | 30.21 | 30.14 | — | — | — |
| **2002** | | | | | | | | | | | | | | | | | |
| | January | 30.48 | 30.48 | 30.58 | 30.58 | — | — | 30.58 | 30.56 | 30.56 | 30.54 | 30.59 | — | — | 30.66 | 30.65 | 30.69 |
| | February | 30.82 | — | — | 30.82 | 30.89 | 30.88 | 30.86 | 30.84 | — | — | — | 30.89 | 30.93 | — | — | — |
| | March | 31.07 | — | — | 31.11 | 31.12 | 31.13 | 31.13 | 31.12 | — | — | 31.15 | 31.14 | 31.11 | 31.07 | 31.12 | 31.12 |
| | April | 31.15 | 31.15 | 31.15 | 31.16 | 31.17 | — | — | 31.15 | 31.15 | 31.16 | 31.18 | 31.20 | 31.20 | — | 31.20 | — |
| | May | 31.25 | 31.26 | 31.26 | 31.26 | — | 31.26 | 31.26 | 31.27 | 31.28 | 31.29 | — | — | 31.29 | 31.30 | 31.31 | 31.31 |
| | June | — | — | 31.39 | 31.41 | 31.43 | 31.44 | 31.45 | — | — | 31.47 | 31.48 | 31.46 | 31.44 | 31.45 | — | — |
| | July | 31.49 | 31.48 | 31.54 | 31.54 | 31.53 | — | — | 31.51 | 31.50 | 31.50 | 31.53 | 31.51 | — | — | 31.47 | 31.44 |