# EXHIBIT
# 94

00001

1     IN THE UNITED STATES DISTRICT COURT

2     FOR THE DISTRICT OF COLUMBIA

3

4 BRITT A. SHAW, et al., on   )

5 behalf of themselves and all  )

6 others similarly situated,   ) CIVIL ACTION

7     Plaintiffs,   ) NO. 05-1138 (GK)

8 vs.          )

9 MARRIOTT INTERNATIONAL, INC., )

10     Defendant.   )

11    -  -  -  -  -

12     The deposition of BRITT ALLEN SHAW was

13 taken on Tuesday, June 26, 2007, commencing at

14 10:30 a.m., at the offices of DLA Piper US LLP,

15 1200 19th Street, N.W., Washington, D.C., before

16 Josett F. Whalen, RMR-CRR and Notary Public.

17    -  -  -  -  -

18     RIGLER & O'NEILL COURT REPORTERS, INC.

19     (410) 515-5660

20 (This transcript contains personal confidential

21  information of the witness at page 5 line 3.)

**Shaw, Britt 6/29/07**          **Page 1**

00115

1           Is it your understanding that's a

2 Hyatt hotel?

3       A.    Oh, I'm sorry.  I'm confused, yeah.

4 Oh, we're talking about the Renaissance, so I am

5 sorry.  I thought we were talking about Hyatt for

6 some reason.

7           We were talking about Hyatt, weren't

8 we?

9       Q.    Let's start over with Exhibit 19.

10      A.    Okay.  Yes.  This is a confirmation

11 for the Renaissance, which is a Marriott hotel,

12 correct.

13      Q.    All right.  I'm going to be

14 repetitive for a couple of questions, but I think

15 you were confused, so I want to make sure we're

16 clear.

17      A.    Please do it again.

18      Q.    Who made the reservation shown in

19 Exhibit 19?

20      A.    I did.

21      Q.    When did you make it?

00116

1     A.    I couldn't say.  It would have

2 been -- I'm guessing, speculating, but it says

3 here the reservation was confirmed on April 14,

4 so typically you get a confirmation within one or

5 two days after you make a reservation.

6     Q.    So it's your best estimate that you

7 would have made it April 13th or 14th of 2005.

8     A.    Something like that, yeah.

9     Q.    Where were you when you made the

10 reservation?

11     A.    I don't know.  I'd have to check my

12 diary.

13     Q.     Why didn't you use American Express

14 Travel Services to make this reservation?

15     A.    I use -- it was probably more

16 convenient for me to use the Web site.  Depending

17 on where I am and the time of day when I think

18 about it, I have, you know, sort of several

19 different ways, as I explained before, of making

20 reservations and I would use the one that sort of

21 suited me best at the time.

00181

1          CERTIFICATE OF DEPONENT

2       I hereby certify that I have read and

3 examined the foregoing transcript, and the same

4 is a true and accurate record of the testimony

5 given by me.

6       Any additions or corrections that I feel

7 are necessary, I will attach on a separate sheet

8 of paper to the original transcript.

9

10              BRITT ALLEN SHAW

11

12      I hereby certify that the individual

13 representing himself/herself to be the

14 above-named individual, appeared before me this

15        day of          , 2007, and

16 executed the above certificate in my presence.

17

18

19              NOTARY PUBLIC IN AND FOR

20

21 MY COMMISSION EXPIRES:

00182

1 WITNESS:  BRITT ALLEN SHAW

2 DATE:  June 26, 2007

3 CASE:  Britt A. Shaw, et al. vs. Marriott

4 International, Inc.

5 Please note any errors and the corrections

6 thereof on this errata sheet.  The rules require

7 a reason for any change or correction.  It may be

8 general, such as "to correct stenographic error"

9 or "to clarify the record" or "to conform with

10 the facts."

11 PAGE LINE  CORRECTION        REASON FOR CHANGE

12

13

14

15

16

17

18

19

20

21

**Shaw, Britt 6/29/07**                    **Page 182**