# EXHIBIT 95

```
00001
  1        IN THE UNITED STATES DISTRICT COURT
  2           FOR THE DISTRICT OF COLUMBIA
  3
  4 ---------------------------------x
  5 BRITT A. SHAW, et al.,          *
  6           Plaintiffs    *
  7    vs.                 * CIVIL ACTION NO.
  8 MARRIOTT INTERNATIONAL, INC.,    * 05-1138 (GK)
  9           Defendant    *
 10 ---------------------------------x
 11
 12        The Deposition of JESUS HUMBERTO CHACON
 13 was taken on Friday, June 22, 2007, commencing at
 14 10:31 a.m. at the law offices of DLA Piper US LLP,
 15 1200 19th Street, Northwest, 7th Floor, Washington,
 16 District of Columbia, before Cappy Hallock,
 17 Registered Professional Reporter, Certified
 18 Realtime Reporter, and Notary Public.
 19
 20
 21
 22
```

00007

1   Q.   And why is that?

2   A.   Well, from a credit card industry

3 perspective guest disputes are handled, it's just

4 part of the day-to-day business activities. So

5 more often than not it's just the guest who needs a

6 little more information about a transaction. So in

7 that case the credit card company issues a request

8 for information, also known as an inquiry or a

9 dispute. The hotel responds to that, and if that

10 response fulfills the need then that's the end of

11 the transaction. So it is within the lodging

12 environment, actually pretty much any merchant that

13 accepts credit cards, it's a fairly standard

14 practice.

15   Q.   Okay, and what sort of guest disputes do

16 you see with the U.S. based hotels?

17   A.   Just a little bit of everything. We see

18 guests that perhaps see a transaction that they

19 didn't really see in their folio when they checked

20 out. A very good example is after departure

21 charges. They leave the hotel with the folio they

22 get under the door. However, after we do the

**Chacon, Jesus Humberto 6/22/07**   **Page 7**

00008
 1  inventory of, say, the minibar, for instance we
 2  notice they took a few items from the minibar or
 3  perhaps they went to the restaurant and charged
 4  breakfast to their room, So this would be
 5  additional charges that would have been posted to
 6  the folio.  However, if they just grab the folio
 7  they get under the door early in the morning those
 8  charges would not be included there.  So that would
 9  be one of the type of transactions we would get.
10          There is also a very normal transaction
11  that is called a guaranteed no show.  That means if
12  a person makes a reservation and forgets to cancel
13  the reservation we automatically charge them for
14  one night room and tax.  So we get that type of
15  dispute as well, from time to time.
16      Q.  Tell me about your staff.  Do you have a
17  staff that you work with?
18      A.  I have about 23 associates or so, of
19  which about ten, roughly around ten do dispute
20  resolution for the U.S. full service managed
21  properties.
22      Q.  And the others, what is their purpose?