UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.*<br><br>   Plaintiffs,<br><br>   v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-1138 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL:
EXHIBIT 97 TO PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE
STATEMENTS FROM MARRIOTT'S STATEMENT
<u>OF UNDISPUTED FACTS PURSUANT TO FED. R. CIV. P. 37</u>**

      Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International Studies and Dr. Sarah Mendelson, on behalf of themselves and all others similarly situated, pursuant to the Stipulated Protective Order entered in the case (Doc. No. 15) and LCvR 5.1(j)(1), request that Exhibit 97 to their Memorandum of Points and Authorities In Support of Motion to Strike Statements From Marriott's Statement of Undisputed Facts Pursuant to Fed. R. Civ. P. 37 be filed under seal.  As grounds therefore, the Plaintiffs state as follows:

1.    On October 3, 2005, in response to a stipulation of the parties, the Court entered a protective order covering documents expected to be produced during discovery.

2.    ¶ 12 of the Stipulated Protective Order requires the "confidential information" be filed under seal.  Defendants have designated the majority of documents produced in discovery as "confidential."

3.    Marriott has claimed the information contained in Exhibit 97 to the Plaintiffs'

Memorandum of Points and Authorities In Support of Motion to Strike Statements From Marriott's Statement of Undisputed Facts Pursuant to Fed. R. Civ. P. 37 is confidential.

4. A list of the exhibit included within the sealed package is attached hereto as Exhibit A.

WHEREFORE, the Plaintiffs request that the Court accept for filing the sealed exhibit identified in Exhibit A.

Respectfully submitted,

| | |
|---|---|
| Of Counsel: | /s/ Paul D. Cullen, Sr. |
| Mark W. Borghesani, Esq. | Paul D. Cullen, Sr. |
| 19 Sivtsev Vrazhek Per., kv. 10 | Joyce E. Mayers |
| Moscow 119003 Russia | Randall Herrick-Stare |
| +7-916-640-0290 (Tel.) | Amy M. Lloyd |
| | The Cullen Law Firm, PLLC |
| | 1101 30th Street NW, Suite 300 |
| | Washington, DC 20007 |
| | (202) 944-8600 |
| | |
| | Counsel for Plaintiffs |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document was served by electronic mail and First-Class Mail on this 11th day of July, 2008:

Benjamin S. Boyd
Holly D. Butler
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
7th floor
Washington, D.C. 20036-2412

Joel A. Dewey
Holly Butler Drumheller
Sonia Cho
Jennifer M. Skaggs
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD. 21209

                                                /s/ Paul D. Cullen, Sr.
                                                Paul D. Cullen, Sr.

.