UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, *et al.*                      )
                                             )
    Plaintiffs,                              )
                                             )   Civil Action No. 05-1138 (GK)
        v.                                   )
                                             )
                                             )
MARRIOTT INTERNATIONAL, INC.                 )
                                             )
    Defendant.                               )
_____)

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL:
EXHIBIT 97 TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF MOTION TO STRIKE STATEMENTS FROM MARRIOTT'S
STATEMENT OF UNDISPUTED FACTS PURSUANT TO FED. R. CIV. P. 37**

The Court having reviewed PLAINTIFFS' MOTION TO FILE UNDER SEAL:

EXHIBIT 97 TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN

SUPPORT OF MOTION TO STRIKE STATEMENTS FROM MARRIOTT'S STATEMENT

OF UNDISPUTED FACTS PURSUANT TO FED. R. CIV. P. 37, and finding good grounds

therein for the relief requested, hereby grants the Plaintiffs' request, and orders that the exhibit

(identified in Exhibit A to the Plaintiffs' motion) be sealed:

Dated:_____          _____
                                   Gladys Kessler
                                   United States District Judge

1