UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-1138 (GK) |

**EXHIBIT TO PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE
STATEMENTS FROM MARRIOTT'S STATEMENT OF
UNDISPUTED FACTS PURSUANT TO FED. R. CIV. P. 37**

Exhibit 97.    Hotel Performance Benchmarking Report (14M-03145 - 14M-03154).