# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BRITT A. SHAW, et al.** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 05-1138(GK)** |
| **v.** | ) | |
| | ) | |
| **MARRIOTT INTERNATIONAL, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ————————————————————— | ) | |

## PROPOSED ORDER ON PLAINTIFFS' MOTION TO STRIKE STATEMENTS FROM MARRIOTT'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO FED. R. CIV. P. 37 (c)

This matter having come before the Court on Plaintiffs' Motion to Strike Statements from Marriott's Statement of Undisputed Facts pursuant to Fed.R.Civ.P. 37 (c), Defendants' Opposition thereto, Plaintiffs' Reply, and the Court finding that there are sufficient grounds supporting Plaintiffs' motion,

It is therefore:

**ORDERED** that Plaintiffs' Motion is **GRANTED.**


                                                                    _____
                                                                    United States District Judge

Dated: _____

1