UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.*           )<br>                                   )<br>                                   )<br>    Plaintiffs,                   )<br>                                   )   Civil Action No. 05-1138 (GK)<br>        v.                         )<br>                                   )<br>                                   )<br>MARRIOTT INTERNATIONAL, INC.       )<br>                                   )<br>    Defendant.                     )<br>_____) | |

### PLAINTIFFS' NOTICE OF FILING OF SEALED EXHIBITS

The Plaintiffs Britt A. Shaw, Neal M. Charness, the Center for Strategic and International Studies, and Sarah Mendelson pursuant to LCvR 5.4(e) hereby give notice that they have filed under seal Exhibit 97 to their Memorandum of Points and Authorities in Support of Motion to Strike Statements from Marriott's Statement Of Undisputed Facts Pursuant to Fed. R. Civ. P. 37.

Respectfully submitted:

/s/ Paul D. Cullen, Sr.

Of Counsel:
Mark W. Borghesani, Esq.
19 Sivtsev Vrazhek Per., kv. 10
Moscow 119003 Russia
+7-916-640-0290 (Tel.)

Paul D. Cullen, Sr.
Joyce E. Mayers
Randall Herrick-Stare
Amy M. Lloyd
The Cullen Law Firm, PLLC
1101 30th Street NW, Suite 300
Washington, DC 20007
(202) 944-8600