UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRITT A. SHAW, et al.** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 05-1138(GK) |
| **v.** ) | |
| ) | |
| **MARRIOTT INTERNATIONAL, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**PROPOSED ORDER ON PLAINTIFFS' OPPOSITION TO
MARRIOTT'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' CLASS
CERTIFICATION BRIEFING THAT RELY ON THREE BRICKELL DECLARATIONS**

This matter having come before the Court on Marriott's Motion to Strike Portions of Plaintiffs' Class Certification Briefing That Rely on Three Brickell Declarations, and Plaintiffs' Opposition thereto, the Court finding that there are insufficient grounds supporting Marriott's motion, it is therefore:

    **ORDERED** that Marriott's Motion is **DENIED.**

_____
United States District Judge

Dated: _____