UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al.  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>MARRIOTT INTERNATIONAL, INC.  )<br>)<br>Defendant.  )<br>_____)  | Civil Action No. 05-1138 (GK) |

**ORDER GRANTING MARRIOTT INTERNATIONAL, INC.'S
MOTION TO FILE EXHIBITS TO THE OPPOSITION TO PLAINTIFFS' MOTION TO
STRIKE STATEMENTS FROM MARRIOTT'S STATEMENT OF UNDISPUTED
FACTS UNDER SEAL**

Upon consideration of Marriott International, Inc.'s Motion to File Exhibits to the Opposition to Plaintiffs' Motion to Strike Statements from Marriott's Statement of Undisputed Facts Under Seal, this Court hereby GRANTS the Motion.

Dated: _____

_____
Hon. Gladys Kessler
United States District Court Judge