IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>   Defendant. | Civil Action No. 05-1138 (GK) |

**EXHIBITS TO MARRIOTT INTERNATIONAL, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE STATEMENTS FROM MARRIOTT'S STATEMENT OF UNDISPUTED FACTS**

1. Marriott International Inc.s' Disclosure of Possible Witnesses

2. Plaintiffs' Notice of Rule 30 (B)(6) Deposition

3. Letters to Plaintiffs' Counsel

4. Deposition of Deborah McGrath

5. Benchmark Reports Produced by Marriott