# EXHIBIT 98



DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Jeffrey E. Gordon
jeffrey.gordon@dlapiper.com
T  410.580.4162
F  410.580.3162

June 21, 2007

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Paul D. Cullen, Sr., Esquire
Cullen Law Firm
1101 30th Street, NW, Suite 300
Washington, D.C.  20007

    Re:    **Shaw, et al. v. Marriott International, Inc., et al.**
           **U.S. District Court for the District of Columbia**
           **Civil Action No. 05-1138 (GK)**

Dear Paul:

    Enclosed please find documents produced by Marriott International, Inc. ("Marriott") bearing Bates Numbers 7M-000001 through 7M-001192, in further response to Plaintiffs' Second Set of Requests for Production of Documents.

    In connection with the documents that are being produced in electronic format, please note the following:

- CD Vol003 contains guest information for the Courtyard Moscow and bears the Bates Number 7M-000029. Consistent with the parties' agreement and the previous production of guest data for other Russian hotels, CD Vol003 contains tab delimited ASCII files.

- For the guest information in CD Vol003, please also note the following data labels:

| Guest name | guest_prefix_nm<br>guest_first_nm<br>guest_last_nm |
|---|---|
| Address | address_home_line1_txt<br>address_home_line2_txt |



Paul D. Cullen, Sr., Esquire
June 21, 2007
Page Two

|  |  |
|---|---|
|  | address_home_line3_txt<br>city_home_nm<br>state_region_home_txt<br>zip_postal_home_cd<br>country_home_cd |
| Phone number | company_phone_location_cd<br>company_phone<br>home_phone_location<br>home_phone |
| Email address | Msg_info_txt |
| Marriott reservation confirmation number | Confo_num_curr_id<br>Confo_num_orig_id |
| Marriott Rewards account number | freq_pgm_cd<br>freq_member_id |
| Method by which the reservation was made | book_source_txt |
| Person making the reservation | contact_nm |
| Name of the hotel | property_cd<br>property_nm |
| Date of arrival | arrival_date |
| Date of check-out | depart_date |
| Daily charge for the room | proj_gr_local_rev_amt |

- CD Vol004 contains the MARSHA Reference Guide and bears Bates Numbers 7M-000030 through 7M-001192.

Please be advised that most of the documents being produced, including those in electronic format, have been designated either "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS EYES ONLY," and should be treated in accordance with the Protective Order entered in this case.



Paul D. Cullen, Sr., Esquire
June 21, 2007
Page Three

    Do not hesitate to contact me with any questions.

                                        Very truly yours,

                                        Jeffrey E. Gordon

JEG/js
Enclosures
BALT2\4318159.1 6/21/07