# EXHIBIT 99

Case 1:05-cv-01138-GK    Document 137-3    Filed 08/01/2008    Page 1 of 4

**DLA PIPER**

DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600
www.dlapiper.com

Joel A. Dewey
joel.dewey@dlapiper.com
T  410.580.4135
F  410.580.3135

August 2, 2007

**VIA EMAIL/EXPRESS MAIL**

Paul D. Cullen, Sr., Esquire
Cullen Law Firm
1101 30th Street, NW, Suite 300
Washington, D.C.  20007

    Re:    **Shaw, et al. v. Marriott International, Inc., et al.**
              **U.S. District Court for the District of Columbia**
              **Civil Action No. 05-1138 (GK)**

Dear Mr. Cullen:

      Enclosed for production please find CD Vol006, which contains worldwide guest information for the Renaissance Moscow hotel. In connection with this production, please note the following:

- The Bates-Numbers correspond to year of the data:

    - 8M-02004 – Renaissance Moscow 2002
    - 8M-02005 – Renaissance Moscow 2003
    - 8M-02006 – Renaissance Moscow 2004
    - 8M-02007 – Renaissance Moscow 2005
    - 8M-02008 – Renaissance Moscow 2006
    - 8M-02009 – Renaissance Moscow December 16, 2006-April 2007.

- Consistent with the parties' agreement and the previous production of guest data, CD Vol006 contains tab delimited ASCII files.



Paul D. Cullen, Sr., Esquire
August 2, 2007
Page Two

- For the guest information in CD Vol006, please also note the following data labels:

| Guest name | guest_prefix_nm<br>guest_first_nm<br>guest_last_nm |
|---|---|
| Address | address_home_line1_txt<br>address_home_line2_txt<br>address_home_line3_txt<br>city_home_nm<br>state_region_home_txt<br>zip_postal_home_cd<br>country_home_cd |
| Phone number | company_phone_location_cd<br>company_phone<br>home_phone_location<br>home_phone |
| Email address | Msg_info_txt |
| Marriott reservation confirmation number | Confo_num_curr_id<br>Confo_num_orig_id |
| Marriott Rewards account number | freq_pgm_cd<br>freq_member_id |
| Method by which the reservation was made | book_source_txt |
| Person making the reservation | contact_nm |
| Name of the hotel | property_cd<br>property_nm |
| Date of arrival | arrival_date |
| Date of check-out | depart_date |
| Daily charge for the room | proj_gr_local_rev_amt |

Please be advised that CD Vol006 has been designated "CONFIDENTIAL-ATTORNEYS EYES ONLY," and should be treated in accordance with the Protective Order entered in this case.

**DLA PIPER**

Paul D. Cullen, Sr., Esquire
August 2, 2007
Page Three

      Please do not hesitate to call me if you have any questions concerning this production.

                Very truly yours,

                Joel Dewey

JAD/js
Enclosures
BALT2\4324906.1 8/2/07