# EXHIBIT 100



DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Jeffrey E. Gordon
jeffrey.gordon@dlapiper.com
T  410.580.4162
F  410.580.3162

May 7, 2007

**HAND-DELIVERY**

Paul D. Cullen, Sr., Esquire
Cullen Law Firm
1101 30th Street, NW, Suite 300
Washington, D.C.  20007

Re:   **Shaw, et al. v. Marriott International, Inc., et al.**
      **U.S. District Court for the District of Columbia**
      **Civil Action No. 05-1138 (GK)**

Dear Paul:

Enclosed please find documents produced by Marriott bearing Bates Numbers 3M-000001 through 3M-000012 and 4M-000001 through 4M-001972.

In connection with the documents being produced in electronic format, please note the following:

- As discussed and agreed, Marriott is producing the responsive electronic documents in tab delimited ASCII text files.  Each text file has been assigned one Bates Number (*e.g.*, 3M-_____.txt) inside a corresponding named folder.

- CD Vol001 contains data that correspond to data previously produced on April 19, 2007 (US guest information for the Renaissance St. Petersburg Baltic, Renaissance Samara, and Renaissance Moscow), and bear Bates Numbers 3M-00001, 3M-00002, and 3M-00003.

- The data contained in CD Vol002 are guest information from Marriott International for the following properties:

    o  3M-00004      Renaissance Samara
    o  3M-00005      Renaissance St. Petersburg Baltic Hotel
    o  3M-00006      Moscow Marriott Royal Aurora
    o  3M-00007      Moscow Marriott Grand Hotel
    o  3M-00008      Moscow Marriott Tverskaya Hotel


**DLA PIPER**

Paul D. Cullen, Sr., Esquire
Page Two

- o  3M-00009     Renaissance Moscow Hotel Part I
- o  3M-00010     Renaissance Moscow Hotel Part II
- o  3M-00011     Renaissance Moscow Hotel Part III
- o  3M-00012     Renaissance Moscow Hotel Part IV

- For each of the files contained in CD Vol002, please also note the following data labels:

| Guest name | guest_prefix_nm |
| | guest_first_nm |
| | guest_last_nm |
| Address | address_home_line1_txt |
| | address_home_line2_txt |
| | address_home_line3_txt |
| | city_home_nm |
| | state_region_home_cd |
| | country_home_cd |
| Phone number | company_phone_location |
| | company_phone |
| | home_phone_location |
| | home_phone |
| Email address | Msg_info_txt |
| Marriott reservation confirmation number | Confo_num_curr_id |
| | Confo_num_orig_id |
| Marriott Rewards account number | freq_pgm_cd |
| | freq_member_id |
| Method by which the reservation was made | book_source_txt |
| | book_office_cd |
| Person making the reservation | contact_nm |
| Name of the hotel | property_cd |
| | property_nm |
| Date of arrival | arrival_date |
| Date of check-out | depart_date |
| Daily charge for the room | proj_gr_local_rev_amt |



Paul D. Cullen, Sr., Esquire
Page Three

Marriott is still compiling similar data for the Courtyard Moscow City Center, and will produce them in the same electronic format.

Please be advised that most of the documents being produced, including those in electronic format, have been designated CONFIDENTIAL-ATTORNEYS EYES ONLY, and should be treated in accordance with the Protective Order entered in this case.

If you have any questions, please contact us.

Very truly yours,

Jeffrey E. Gordon

JEG/sc
Enclosures

cc: Sonia Cho
    Jennifer Skaggs

BALT1\4334307.1 5/4/07
14598-60