# EXHIBIT 101



**DLA PIPER**

DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
T 410.580.3000
F 410.580.3001
W www.dlapiper.com


JOEL A. DEWEY
Joel.Dewey@dlapiper.com
T 410.580.4135  F 410.580.3135

August 1, 2007

VIA EMAIL ONLY

Randall S. Herrick-Stare
The Cullen Law Firm
1101 30th Street, NW
Suite 300
Washington, DC  20007

      Re:    **Shaw, et al. v. Marriott International, Inc., et al.**
               **U.S. District Court for the District of Columbia**
               **Civil Action No. 05-1138 (GK)**

Dear Mr. Herrick-Stare:

      I write in response to the various e-mails which you have sent us recently concerning discovery issues. I apologize that I was not able to respond to them before now; I had been in trial which finished last week and as a result have been out of my office for the past three weeks. I understand that you have set a conference call with the Court for tomorrow at 4:15 p.m. At least one of your e-mails suggested that we try to define the issues beforehand, and this letter is an effort to address your discovery concerns.

      In response to your e-mail about the Tverskaya guest data, we have confirmed with our IT department that the data produced on the CD delivered to plaintiffs on May 7th contained two sets of Moscow Grand Guest Data, one of which was accidentally mislabeled as Tverskaya Guest Data. We also have confirmed that this accidental mislabeling was disclosed to Mr. Brickell of your office in late May. Given the large volume of Guest Data that Marriott has produced in this case, and the technological hurdles that we have had to overcome in producing the data in the specific format you asked us to create for you, this glitch was inadvertent and no way intended to inconvenience or delay. We are producing today the Tverskaya Guest Data on CD, and I again apologize for the delay.

      Your e-mails also refer to a request for a key or glossary for codes with regard to the reservation method and country fields for the Guest Data that has been produced. We have prepared glossaries for each of these codes and are also producing those today.

BALT2\4324868.1



Randall S. Herrick-Stare
August 1, 2007
Page 2

The third issue you raised was with regard to differences in the US guest data that was produced for 2005 as compared with the worldwide guest data that was produced for 2007. Marriott strongly objects to your suggestion that Marriott produced "false data." We have worked with the departments that collected and compiled the information and have determined that the differences in the data are attributable to the fact that different departments compiled the data. The 2007 worldwide guest data was compiled by the Marriott Reservations Data Warehouse ("MRDW") Group, which used data from MARSHA, Marriott's reservation database, to compile the 2007 worldwide guest data. We have determined that the 2005 US guest data was compiled by the Russian hotels themselves and includes, in addition to guest data from MARSHA, guest data from the Russian hotels' property management systems ("PMSs"). The PMSs collect and store reservations that are made when a guest contacts the hotel property directly. We have learned that, with the exception of the Courtyard Moscow, the Russian hotel properties' PMSs do not interface with MARSHA. Thus, the reservations made through PMS do not get stored on MARSHA, and as a result could not be accessed by the MRDW Group when they prepared the 2007 worldwide guest data. Accordingly, we have acquired worldwide guest data for the Marriott-managed hotels and are producing that data on CD today.[1] This data contains guest information from both MARSHA and the PMSs and thus should be consistent with the 2005 US guest data previously produced.

Your July 26, 2007 e-mail referenced searches in Marriott Global Source. First, I believe your e-mail misstates the written discovery response that Marriott made. You stated that Marriott said it would produce 161 pages of a search; the reference to 161 pages was an example of the number of pages comprising the summary, not the actual pages themselves, for one exemplar term that we included in the response in order to describe the magnitude of the project that plaintiffs have requested. We have completed this search, and it in fact amounts to 1962 pages. We are also producing this today.

With regard to your July 19th request for additional witnesses, my email to you today offered August 10, 2007 for Mr. Tommy Hampton to be deposed in Omaha, Nebraska; your email this afternoon advised this date is not convenient, and we will promptly advise as to an alternative date. Also as stated in my email to you today, we have communicated with Mr. Charles Barks and Ms. Olga Nikitina and have ascertained that they have no plans to come to the United States in the foreseeable future.

---

[1] We are still in the process of compiling the worldwide guest data for the Renaissance Moscow hotel and at the present time are only able to produce US guest data prepared by that property. We will produce the worldwide guest data for the Renaissance Moscow as soon as it becomes available.

BALT2\4324868.1

**DLA PIPER**

Randall S. Herrick-Stare
August 1, 2007
Page 3

Randall S. Herrick-Stare
August 1, 2007
Page 3

      The tone and language of your e-mails indicates that you believe Marriott has exhibited "sluggishness" which is becoming an "irritant." In all fairness, you cannot avoid acknowledging that a review of discovery in this case shows that Marriott has produced tens of thousands of pages, including thousands of pages of electronic data that did not exist in the ordinary course of business and which had to be retrieved from Russia. Our respective technology departments have had to work extensively together to put this data in a format that could accommodate your firm's technology for reading and searching the data. While I again apologize for the glitch concerning the Tverskaya Guest Data, I believe that all of our responses and the voluminous materials we have produced do show a continuing pattern of good faith, in a situation where the volume and the complexity of materials that plaintiffs are requesting have required an extensive amount of time to prepare responses.

      If you have any other questions or wish to discuss these issues prior to tomorrow, please give me a call.

Very truly yours,

Joel A. Dewey

JAD/tc

BALT2\4324868.1