**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRITT A. SHAW, <u>et</u> <u>al.</u>** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1138 (GK)** |
| ) | |
| **MARRIOTT INTERNATIONAL, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**O R D E R**

This matter is before the Court on Marriott's Motion for Summary Judgment [Dkt. No. 106] and Plaintiffs' Motion for Summary Judgment on the Issue of Liability [Dkt. No. 109]. Upon consideration of the Motions, Oppositions, Replies, and the entire record herein, and for the reasons stated below, it is hereby

**ORDERED** that Marriott's Motion for Summary Judgment [Dkt. No. 106] is **granted;**

**ORDERED** that Plaintiffs' Motion for Summary Judgment on the Issue of Liability [Dkt. No. 109] is **denied as moot;**

**ORDERED** that Plaintiffs' Motion to Certify Class [Dkt. No. 62] is **denied as moot;**

**ORDERED** that Marriott's Motion for Partial Dismissal of Plaintiffs' Second Amended Complaint [Dkt. No. 65] is **denied as moot;**

**ORDERED** that Marriott's Motion to Strike Declarations of Timothy Brickell or, in the Alternative, to Compel Discovery [Dkt. No. 89] is **denied as moot;**

**ORDERED** that Marriott's Motion to Strike Portions of Plaintiff's Class Certification Briefing that Rely on the Three Brickell Declarations [Dkt. No. 127] is **denied as moot;** and it is further

**ORDERED** that Plaintiffs' Motion to Strike Statements from Marriott's Statement of Undisputed Facts Pursuant to Federal Rule of Civil Procedure 37(c) [Dkt. No. 131] is **denied as moot.**


August 12, 2008                          /s/

                                         GLADYS KESSLER
                                         U.S. District Judge

**Copies to**: **attorneys on record via ECF**