IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>Defendant. | Civil Action No. 05-1138 (GK) |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION OF GRANT OF SUMMARY JUDGMENT TO MARRIOTT**

Upon consideration of Plaintiffs' Motion for Reconsideration of Grant of Summary Judgment to Marriott, Defendant Marriott International, Inc.'s Opposition thereto, and all other materials submitted by the parties, this Court hereby **DENIES** Plaintiffs' Motion in full.

SO ORDERED, this _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge