## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BRITT A. SHAW, et al.,
on behalf of themselves and all others
similarly situated,

        Plaintiffs,

   v.

MARRIOTT INTERNATIONAL, INC.

        Defendant.

Civil Action No. 05-1138 (GK)

## [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION OF GRANT OF SUMMARY JUDGMENT TO MARRIOTT

Upon consideration of Plaintiffs' Motion for Reconsideration of Grant of Summary

Judgment to Marriott, Defendant Marriott International, Inc.'s Opposition thereto, and all other

materials submitted by the parties, this Court hereby **DENIES** Plaintiffs' Motion in full.

SO ORDERED, this _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge