UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRITT A. SHAW, *et al.* )<br> )<br> )<br> )<br>       Plaintiffs, )<br> )<br>v. )<br> )<br>MARRIOTT INTERNATIONAL, INC. )<br> )<br>       Defendant. )<br>_____) | Civil Action No. 05-1138 (GK) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of September, 2008, a copy of Marriott International Inc.'s Opposition to Plaintiffs' Motion for Reconsideration of Grant of Summary Judgment to Marriott was served electronically on:

> Paul D. Cullen, Sr.      (PDC@cullenlaw.com)
> Joyce E. Mayers          (JEM@cullenlaw.com)
> Randall Herrick-Stare    (RHS@cullenlaw.com)
> Amy M. Lloyd             (al@cullenlaw.com)
> The Cullen Law Firm, PLLC
> 1001 30th Street NW Suite 300
> Washington, D.C. 20007

                                                   /s/ Joel Dewey
                                            Joel Dewey (Bar No. 358175)