# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRITT A. SHAW, *et al.* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 05-1138 (GK) |
| v. | ) | |
| | ) | |
| | ) | |
| MARRIOTT INTERNATIONAL, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER

Pending before the Court is Plaintiffs' Motion for Reconsideration of Grant of Summary Judgment to Marriott. Having considered the Motion, the Opposition thereto, and the record in this matter, Plaintiffs' Motion is hereby **GRANTED.**

SO ORDERED this _____ day of _____, 2008.

_____
Hon. Gladys Kessler
United States District Judge